AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

Southern **DISTRICT OF** Florida

Lucrecia Estevez,

    Plaintiff,

**V.**

Educational Commission for
Foreign Medical Graduates,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02- 22032 CIV-HUCK

TO: (Name and address of defendant)

    Educational Commission for Foreign Medical Graduates
    3624 Market Street
    Philadelphia, Pennsylvania 19104-2685

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jerome H. Shevin
Levey, Airan, Brownstein, Shevin, Friedman, Roen & Kelso, LLP
Gables One Tower, Penthouse 1275
1320 S. Dixie Highway
Coral Gable, Florida 33146
(305) 661-6664

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

JUL 1 1 2002

DATE

