UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-22032-CIV-HUCK/Turnoff

LUCRECIA ESTEVEZ,

          Plaintiff,

vs.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

          Defendant.
_____/



### ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH FEDERAL RULE OF CIVIL PROCEDURE 4(m)

THIS MATTER is before the Court *sua sponte*.

Federal Rule of Civil Procedure 4(m) requires a plaintiff to perfect service of the complaint and summons upon the defendants within 120 days after the filing of the complaint. The record reveals that the complaint in this action was filed on July 10, 2002 and there is no indication that the defendant has been served. Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff shall either perfect service upon the defendants or show good cause why this action should not be dismissed for lack of prosecution by December 13, 2002. Failure to comply with this Order will result in immediate dismissal of the action without prejudice.

DONE in Chambers, Miami, Florida, this 2nd December, 2002.

                                                Paul C. Huck
                                                United States District Judge

Copies furnished to:
Counsel of Record

