## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of District of Florida

Case Number: 02-22032

Plaintiff:
**LUCRECIA ESTEVEZ**

vs.

Defendant:
**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**

For
Jerome H. Shevin, Esquire
Levey, Airan, Brownstein, Shevin, Friecm
1320 South Dixie Highway
Penthouse 1275
Coral Gables, FL  33146

Received by Alberti & Associates Process Service on the 10th day of July, 2002 at 5:00 pm to be served on **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES AT 3624 MARKET STREET IN PHILADELPHIA, PENNSYLVANIA 19104-2685.**

I, Dudley Brown, being duly sworn, depose and say that on the **5th day of November, 2005** at 4:00 pm, I:

Served the within named corporation by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DAMAGES AND ATTACHMENTS** with the date and hour of service endorsed thereon by me to Ruth Anne Dugan as Controller of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**Dudley Brown**
Process Server

**Alberti & Associates Process Service**
P.O. Box 0188
**Miami, FL  33265-0188**
(786) 255-8717

Our Job Serial Number: 2002000008

Subscribed and Sworn to before me on the 22nd day of November, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5 5a

Notarial Seal
Elizabeth A. Tomczak, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Nov. 24, 2003

Member, Pennsylvania Association of Notaries

AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

Southern

Florida

DISTRICT OF

Lucrecia Estevez,

  Plaintiff,

  V.

Educational Commission for
Foreign Medical Graduates,

  Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 02-22032 Civ-Huck

TO: (Name and address of defendant)

  Educational Commission for Foreign Medical Graduates
  3624 Market Street
  Philadelphia, Pennsylvania 19104-2685

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Jerome H. Shevin
  Levey, Airan, Brownstein, Shevin, Friedman, Roen & Kelso, LLP
  Gables One Tower, Penthouse 1275
  1320 S. Dixie Highway
  Coral Gable, Florida 33146
  (305) 661-6664

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

JUL 1 1 2002

CLERK

DATE

(BY) DEPUTY CLERK