UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF FLORIDA

CIVIL ACTION NO.: 02-22032-CIV-HUCK/TURNOFF

LUCRECIA ESTEVEZ,

     Plaintiff

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

     Defendant.

_____/

## AMENDED COMPLAINT FOR DAMAGES AND FOR EQUITABLE RELIEF AGAINST DEFENDANT'S ARBITRARY AND CAPRICIOUS ACTIONS AND VIOLATIONS OF PLAINTIFFS DUE PROCESS RIGHTS AND TO SET ASIDE DEFENDANT'S DENIAL OF PLAINTIFF'S RIGHT TO TAKE THE REMAINING UNITED STATES MEDICAL LICENSING EXAMS REQUIRED SO THAT SHE CAN BECOME A PRACTICING PHYSICIAN IN THE UNITED STATES OF AMERICA

COMES NOW Plaintiff, LUCRECIA ESTEVEZ by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure and sues Defendant EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES (hereinafter "ECFMG") and states:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this action pursuant to 28 U.S.C. 1332, as the amount in controversy exceeds $75,000.00 and the matters complained of arise between citizens of different states.

2.      This Court has supplemental jurisdiction over any state law claims pleaded hereunder, pursuant to 28 U.S.C. 1367.



3.      By virtue of jurisdiction conferred on this Court pursuant to 28 U.S.C. 1332, and

1367, this Court also has equitable powers to hear any claims sounding in equity set

forth hereunder.

4.      The Southern District of Florida is the appropriate venue because Plaintiff resides in

Dade County, Florida and is a resident in this District in which the causes of action

resulting from  Defendants' improper and wrongful conduct have occurred and

continue to adversely affect Plaintiff in this District.


## NATURE OF CLAIMS

5.      This is an action seeking damages in excess of $75,000.00 and for equitable relief

based on the Defendant's wrongful actions taken against the Plaintiff, as well as to

set aside an administrative proceeding which violated Plaintiff's substantive and

procedural due process rights.

6.      All conditions precedent to the filing of this action have occurred.

## PARTIES

7.      Plaintiff , LUCRECIA ESTEVEZ, is an individual over the age of eighteen who

resides in Miami-Dade County, Florida, and who is otherwise *sui juris*.

8.      Defendant, ECFMG, is incorporated in Pennsylvania.  It is apparently in existence

to serve as an arm of the Department of State.  It has a long-standing agreement with

the Department of State.  (See Exhibit 45 CFR 51.2 attached hereto and made a part

hereof as Exhibit "A")  Among its other governmental functions, it verifies

credentials to foreign  medical students after they have completed their medical

-2-

education.  Once those credentials are issued, foreign medical school students can take the required medical examinations that certify them to practice medicine in the United States.

GENERAL ALLEGATIONS

9.    Plaintiff, Lucrecia Estevez (Estevez) graduated from the Universidad Central del Este (UCE), a medical school in the Dominican Republic, in 1998.

10.   In February, 1998,  Estevez applied to the Defendant, i.e. Educational Commission for Foreign Medical Graduates (ECFMG) after Estevez applied to take all of her exams to qualify for certification for her residency program.

11.   ECFMG, through its program of certification, assesses whether international medical graduates are ready to enter residency or fellowship programs in the United States.

12.   ECFMG certification is one  of the eligibility requirements to take the three step testing process through the United States Medical Licensing Examination (USMLE). The three step testing is Basic Sciences, Clinical Sciences and Clinical Assessment. Most states in the United States,  including Florida, also require foreign medical graduates to have  the ECFMG certification to obtain a license to practice medicine.

13.   On or about June 9-10, 1998, Estevez took the USMLE Step 1 Basic Science Exam. She felt positive about her results on this fist step of the exam process.  Thereafter, ECFMG communicated with Estevez that it was unable to independently verify Estevez' Medical School diploma, which had been issued on or about February 24, 1998, by Universidad Central del Este, (UCE).

14.   Notwithstanding voluminous documents, including diplomas, degrees, affidavits,

certifications, and transcripts, attesting to Estevez' attendance and completion of the Medical Curriculum at UCE, ECFMG improperly, arbitrarily and wrongfully determined that Estevez would not receive its approval to take her additional medical exams. Instead, Estevez was told that she would have to wait 10 years before she could even attempt to qualify for said exam. The diploma issued directly to the client was verified to be the authentic signatures thereon by the verification agency CONES in the Dominican Republic (Consejo Nacional de Educacion Superior/English Translation: The National Counsel of Superior Education) See attached copy of verification and degree of medicine marked as Composite Exhibit "B".

15. ECFMG then took action to bar Estevez from certification and admission to further USMLE examinations for an indefinite period of time. In addition, it refused to report the score to Plaintiff which she achieved on the Step 1 portion of the USMLE basic Science exam.

16. At a hearing, ECFMG designated three (3) individuals who were selected from ECFMG's Board of Trustees to determine whether or not Plaintiff's appeal would be decided favorably to the Plaintiff so that she could complete her medical school examinations with USMLE and become appropriately credentialed and certified to practice medicine.

17. The USMLE Committee on Irregular Behavior conducted a review and ultimately determined Estevez had engaged in possible (emphasis added) irregular behavior, but recommended that Estevez be barred from her taking the remaining Medical Board Exams through the USMLE not for a ten (10) year period time frame, but that

-4-

USLME, on the other hand, recommended only a one (1) year delay, which has long since passed. (See attached copy of USMLE recommendation attached hereto and made a part hereof as Exhibit "C")

18. Estevez enrolled in a second medical school, Central American Health Science University (CAHSU), and successfully completed the portion of her medical curriculum (approximately 25% of her clinical work and studies which were lost or misplaced by the first Medical School, UCE), with Honors grades in a number of the courses which UCE had reported to ECFMG as "failed".

19. Estevez then re-applied to ECFMG to obtain Certification and credentials so that she could take the remaining USMLE administered exams, and obtain her grade on the one USMLE Basic Science exam that she had already taken.

20. Again, despite verifying Estevez' diploma and other credentials and without the benefit of a full hearing on the matter, ECFMG decided to bar Estevez from taking the remaining exams administrated by USMLE, for an unreasonable, lengthy and arbitrary period of time: ten (10) years or until 2011, which was directly contrary to the recommendation of USMLE.

21. Estevez formally requested basic information regarding past hearings that involved the school in question. The agency curtly rejected the request. (See Composite Exhibit "D") Estevez feels that once discovery is commenced herein, she will show that ECFMG has not disclosed all information and data that should have been provided to her and her counsel.

## SUBSTANTIVE AND PROCEDURAL DUE PROCESS VIOLATIONS RELATIVE TO THE ABSENCE OF LAWFUL AND FAIR

## APPELLATE PROCEDURES WHICH ON THEIR FACE VIOLATE PLAINTIFF'S DUE PROCESS RIGHTS

22.     Estevez appealed that decision to the ECFMG Review Committee, pursuant to the ECFMG Rules of Appellate Procedure, as adopted by the ECFMG Board of Trustees. The subject Rules of Appellate Procedure are legally deficient in that they do not cover nor provide for a variety of rights and remedies which should be legally required at a minimum by administrative agencies who must satisfy and provide basic due process rights to applicants seeking similar certifications or credentials as did the Plaintiff. At the appeals hearing conducted on May 22, 2002, a number of additional individuals from ECFMG attended that hearing, aside from its designated Board of Trustee members, and grilled Ms. Estevez asking her numerous questions, all of which she answered directly and honestly. Prior to said hearing, ECFMG withheld and refused to produce any of its documents and records Estevez and her Counsel had requested on separate occasions verbally and in writing. (See exhibit "D") Furthermore, at the subject hearing, no documents were introduced by ECFMG's General Counsel, nor ECFMG's private/outside counsel, both of whom attended and participated in questions directed to the Plaintiff at the hearing. No witnesses were called to testify on behalf of ECFMG, and the hearing transcript does not reflect a scintilla of evidence submitted by ECFMG as to the reason and/or the basis for ECFMG's denial of Plaintiff's appeal, which is legally required by law in connection with such a federal administrative proceeding. Furthermore, the hearing was presided over by members of the Board of Trustees of ECFMG, hardly an objective body to

-6-

rule on the original finding of the agency itself.  William Kelly, manager of the credentials department and Executive Director of the agency stayed throughout the meeting attended by all of the ECFMG members and counsel, for the deliberations after Estevez and her counsel were excused.   Minimal due process was absent throughout.  The arrogance of Defendant continued when the general counsel and Vice President of ECFMG wrote the Plaintiff and its counsel a letter that made no attempt whatsoever to explore or give reasons why the Plaintiff's appeal had been rejected. (Attached hereto and made a part hereof as Exhibit "E" is ECFMG's General Counsel's/Vice President's letter denying Plaintiff's appeal. )This action was beyond belief since ECFMG's appellate process effectively violated Plaintiff's due process rights and caused among other things, the following:

a.      She is in debt to the extent of more than one hundred thousand dollars ($100,000.00) to her student loan lender, EDUCAID;

b.      She has excelled in every area of her medical school education achieving honors grades (90 or better) in approximately ten (10) to twelve (12) of her medical school courses including courses that UCE had said she failed or had not taken.

23.    ECFMG's appellate rules provide an excellent example of the complete absence of due process afforded Plaintiff after she had completed a successful medical school education and had received nothing but compliments and praise from those doctors she interned or sub-interned for, and the ten to twelve exceptional grades she achieved in the subjects in which she excelled with Honors Grades therein.

(Attached as Composite Exhibit "F " are Dr. James McCabe's and Dr. Modavi's Affidavits supporting the foregoing facts).

24.    The most flagrant violations of due process are reflected by ECFMG's Appellate Rules, and ECFMG's communication of its administrative "appeals" hearing without providing any written reason or basis for its decision rendered against the Plaintiff herein. The ECFMG Rules of Appellate Procedure are ineffective and legally deficient in a number of significant areas . These rules lack even the appearance of impartiality and do not provide procedural and/or substantive due process rights or protections to this applicant, nor to any appellants who apply thereunder. (See Appellate Rules of ECFMG attached as Composite Exhibit "G")

25.    Pursuant to the Rules, an applicant must file a "Notice of Review" within thirty days of receipt from ECFMG of written ineligibility for certification, to begin the appeal process. Then the President of ECFMG, or his designate, reviews the notice of appeal to determine its sufficiency. This person may be the same party who rendered the decision which is being appealed. This party also determines whether to grant an oral or written hearing, Clearly, the practice of having the same party acting in these potentially adverse capacities presents conflicts and impairs the applicant's right to a fair and impartial review of the decision being appealed. Furthermore, the appellate process is convened and deliberations held that include the Executive Director and officers of ECFMG participating in the deliberations of the Panel following the abbreviated evidentiary hearing herein, and ECFMG's refusal to produce any of the documents requested by Plaintiff's counsel before the hearing

was held.

26.    Next, assuming the Notice of Appeal is acceptable to the President of ECFMG or his

designate, the Chairman of the Board of Trustees of ECFMG  appoints a Review

Committee.  This committee must have a minimum of three people, one of whom

must be on the Board of Trustees of ECFMG. Members of the executive staff of

ECFMG, including the President,   may be appointed to the Review Committee.

However, such members render a decision that is fair and impartial and against

ECFMG, is Employer.  The Review Committee appoints its own Chairman who must

be a member of the Board of Trustees of ECFMG, another direct ECFMG

connection.   Again, the same inherent conflicts are present in this procedure.   The

relationship of all parties involved at ECFMG is so incestuous, as to make any truly

fair review an impossibility.

27.    The ECFMG Appellate Rules expressly state that all hearings shall be conducted in

a fair and impartial manner. However, the Rules themselves evidence a distinct lack

of impartiality. For example, the Rules provide that  at the hearing it may consider

any evidence *it* deems appropriate; the applicant has no right to be present at a

written hearing, but may be present at an oral hearing . Of course, the determination

of whether a hearing should be written or oral is  within the sole discretion of the

President or his designate--- again quite possibly the same person who rendered the

original decision such as the Executive Director of ECFMG (who actually attended

and participated deliberations phase of the hearing as well as two of ECFMG's in-

house counsel, one of whom is an officer of ECFMG and another legal counsel who

also was adverse to the Plaintiff), neither of whom were an impartial fact-finder or

-9-

judge.

28.     An applicant may have counsel present at an oral hearing but counsel may not participate. In this case, Estevez's counsel was permitted to participate minimally, at an oral hearing. He was given a short period of time within which to present his client's case, and most of the hearing time was taken up by extensive and repetitive cross examination by multiple persons in attendance representing the interests of ECFMG and questioning primarily the Plaintiff herein. Such a procedure is not an appellate procedure but is simply an evidentiary hearing in the nature of a "star chamber" proceeding when weighted against what should be a fair administrative proceeding, which could not take place under the subject circumstances. The result of the hearing did not contain any specific findings as to the basis of the negative decision, but seemed to be the 'rubber stamp' that one could predict when Plaintiff and the undersigned left the hearing so that deliberations could begin with all of ECFMG's advocates or "judges" could render a decisions without any legal basis or reason for same.

29.     Any member of the Board of Trustees and ECFMG legal counsel may be present at the hearing, may bring to the attention of the Committee any matters it deems appropriate and may examine the applicant and any witnesses. Ostensibly, however they shall not participate in any vote. In this case, no less than 8 members of ECFMG were present, along with ECFMG's in-house counsel, outside counsel, the Executive Director of the agency that headed the credentialing process, the three designated members and others. (See Exhibit Hearing Transcript dated May 22, 2002 attached hereto and made a part hereof as Exhibit "H") At the conclusion of the

hearing, all of those present remained in the room after the applicant and her counsel departed, presumably to participate in whatever deliberations took place before the "inevitable" decision was reached. How could there be a fair and impartial hearing under such circumstances!!

30.    All of those who participated in the evidentiary hearing phase asked questions of Ms. Estevez, but she was not permitted to ask questions of the Credentials Committee. Indeed, ECFMG in no way presented any substantiation nor even basic reason, legally required to be in writing, for its decision to bar her from certification, for a ten year period, particularly after a one year bar had been recommended by USMLE. As the applicant, she was not permitted access to any of ECFMG's records which were clearly relevant to and/or probative of Ms. Estevez' position, nor was she provided with any reasons why her appeal was rejected. (See letter from ECFMG Counsel to the undersigned counsel marked Exhibit "E")

31.    According to the Rules, an applicant has the burden to prove his eligibility for certification.    However, an applicant can never meet this burden if he/or she is denied access to relevant information and is even denied access to knowledge of the facts supporting the credential committee's decision and the reasoning it applied in reaching its decision. All Estevez ever received was a letter stating that her file had been reviewed and it was determined that she should be barred from certification until, incredibly the year 2011.

32.    The ECFMG Rules of Appellate Procedure provide that the Findings of the committee shall be set forth in writing.    Again, all Estevez received was a letter stating that the Review Committee determined her appeal should be denied.    It is

fundamental in administrative law that an agency such as ECFMG must examine the relevant data and articulate a satisfactory explanation for its actions. The ECFMG Rules of Appellate Procedure contain no safeguards to ensure such a process. Indeed, ECFMG did not do this, either when rendering its original decision or in rendering its decision on the appeal. Even when faced with very clear evidence demonstrating the lack of veracity of UCE's allegations (whatever they were), ECFMG failed to articulate any explanation for its outrageous and unreasonable bar.

33.     The ECFMG Rules of Appellate Procedure are nothing more than a collection of self-serving Rules promulgated by an organization intent on rubber-stamping its own decisions, without regard to the rights of any applicant. In comparison to Rules of other administrative agencies, these Rules provide no opportunity for an applicant to adequately defend him or herself and provide no mechanism by which to safeguard the neutrality/impartiality of the decision maker.

34.     Aside from the above, the treatment of the Plaintiff in this proceeding was outrageous particularly in that she had excelled in her medical school curriculum (i.e., Honors Grades in ten to twelve of her courses (as testified to by the Dean of the second medical school she attended) and her exceptional evaluations by doctors she worked for in the field. The Defendant's arrogance was further evidenced when it supplied no reasons whatsoever as a basis of its decision; the Defendant's appellate rules which are unfair and anything but "fair and impartial" in allowing it to select and control the appellate process based on those rules; and the skewed results herein which have clearly trampled on our client's rights without according her the legally legally due process speaks volumes to the lack of fairness in the process. Accordingly

-12-

the following relief is requested:

a.  A setting aside of the Defendant's denial of the Plaintiff's appeal as being unreasonable, capricious, arbitrary and without any factual basis.  In this regard, no reasons whatsoever are set forth in the written letter from ECFMG's Vice President and in-house counsel.  (See Exhibit E");

b.  An award of damages in excess of one hundred thousand dollars ($100,000.00) based on the amounts of money the Plaintiff expended through EDUCAID, her educational lender, which at all times received positive reports from U.C.E. (See Affidavit of Tera Kolvenbach attached hereto as Exhibit "I").  See testimony attached hereto of Plaintiff's witness Dr. Modavi, who indicated that Plaintiff had Honors grades in 10 to 12 courses she took at CAHSU, and even a letter from one of (UCE's) professors that gave her a high grade in the course that she took, which course was reported by a UCE administrator as having been failed or not taken.  (See letter from Dr. Miguel Polnio Reyes marked as Exhibit "J").

c.  Equitable Relief including but not limited to damages caused by the denial of Plaintiff's appeal and the delays caused Plaintiff, as well as expenses and damages relative thereto.

I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Complaint was furnished via U.S. Mail this _13th_ day of January, 2003 to: Dale L. Friedman, Esquire, Conroy, Simberg, Ganon, Krevans & Abel, P.A., 3440 Hollywood Boulevard, 2nd Floor, Hollywood, Florida 33021.

Jerome H. Shevin, P.A.
Levey, Airan, Brownstein, Shevin, et al.
Attorneys for the Plaintiff
Gables One Tower, Penthouse

1320 S. Dixie Highway
Miami, Florida 33146
Telephone: (305) 661-6664

By: _____
    Jerome H. Shevin
    FBN: 097952

C:\Wp51-Raixa\1186\002\pldg\Amended - First - Complaint 1-9-03.wpd

EXHIBIT "A"

45 CFR § 51.2
45 C.F.R. § 51.2

Page 1

**CODE OF FEDERAL REGULATIONS**
**TITLE 45--PUBLIC WELFARE**
**SUBTITLE A--DEPARTMENT OF HEALTH**
**AND HUMAN SERVICES**
**SUBCHAPTER A--GENERAL**
**ADMINISTRATION**
**PART 51--CRITERIA FOR EVALUATING**
**COMPREHENSIVE PLAN TO REDUCE**
**RELIANCE ON**
**ALIEN PHYSICIANS**
  Current through December 19, 2002; 67 FR 77697

END OF DOCUMENT

§ 51.2 Application.

Materials covering procedures for applying for
substantial disruption waivers (including the
comprehensive plan) may be obtained from the
Educational Commission for Foreign Medical
Graduates, 3624 Market Street, Philadelphia,
Pennsylvania 19104.

EXPLANATORY NOTE: The Department of
State entered into an agreement with the
Educational Commission for Foreign Medical
Graduates in 1971 whereby the latter was
designated the authority to administer the issuance
of the Form IAP-66 in all cases involving the
admission, certification, transfer or extension of
stay for foreign physicians in exchange visitor status
who are receiving graduate medical education or
training. The Commission was further designated
the authority (FEDERAL REGISTER, Volume 44,
No. 59, March 26, 1979), to process waiver
requests under the "substantial disruption"
provision of Pub.L. 94- 484, as amended, within
criteria to be provided by the United States
Information Agency on advice from the Department
of Health and Human Services (formerly
Department of Health, Education, and Welfare).

<General Materials (GM) - References,
  Annotations, or Tables>

45 C. F. R. § 51.2

45 CFR § 51.2

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

COMPOSITE EXHIBIT "B"



# Universidad Central del Este

Fundada el 15 de Octubre de 1970

SAN PEDRO DE MACORIS, REPUBLICA DOMINICANA

El Consejo Universitario en virtud de las disposiciones legales vigentes:

Por cuanto:     **Lucreria Estevez**

ha cursado en la

Facultad de Ciencias de la Salud

de esta Universidad los estudios requeridos y ha sido aprobado en los exámenes correspondientes.

Por tanto, ha venido en otorgarle y le otorga el título de

**Doctor en Medicina**

Y para que sea notorio y constante le expide el presente Diploma, firmado y sellado en San Pedro de Macorís, República Dominicana, hoy día 24 de Febrero del año 1998.

Dr. José E. Kasim Trappier
EL RECTOR

Dr. Juan A. Silva S.
EL DECANO DE LA FACULTAD

Lic. Piedad Altagracia Mojan Mejía

REGISTRADO BAJO EL No. 20870 FOLIO 556
DEL LIBRO DE GRADOS Y TITULOS

El Secretario de la Universidad

  

## DR. FELIX PEGUERO DEL ROSARIO
### COUNSELOR AT LAW - NOTARY PUBLIC
### JUDICIAL INTERPRETER
Las Mercedes No. 214, Zona Colonial, Tel.: 687-6069
Santo Domingo, República Dominicana

**Bilingual translation into:**
**SPANISH, ENGLISH, FRENCH, ITALIAN, PORTUGUES, HOLLAND, GERMAN**
**(Papiamento, Creole, Japonese, etc.)**

Núm. 502/98 (219)

Dr. Felix Peguero del Rosario, Judicial Interpreter, hereby certify, having translated this document originally written in Spanish to the best of my knowledge it has the following version in English language:

PRESIDENCY OF THE DOMINICAN REPUBLIC
The National Council of Superior Education (CONES)

n. 0001203/98.

The National Council of Superior Education (CONES), hereby certifies, the signature on the attestation of degree in the career of medicine, anne - xed, issued in behalf of Dra. Lucerecia Estevez belongs to L.c. Piedad L Noboa Mejia, Secretary General for the Universidad Central del Este (UCE), and it's the same that such individual executes in this kind of instruments.

It has been issued upon request of the interested party, at the city of Santo Domingo de Guzman, N. D., Dominican Republic, on this 25th day of Feb. 1998.

Signed: Alejandrina German M.A.
Secretary of State
Pres. of the National Council
of Superior Education (CONES).

The above translation is true and correst pursuant to its original in Spanish, has been issued upon request of the interested party, at the city of Santo Do - mingo, N. D., Dominican Republic, on this 26th day of Feb. 1998.

Dr. Peguero del Rosario FELIX
Judicial Interpreter



## *Presidencia de la República Dominicana*

### CONSEJO NACIONAL DE EDUCACION SUPERIOR
### (CONES)

NUMERO: 0001203/98

EL CONSEJO NACIONAL DE EDUCACION SUPERIOR (CONES)

HACE CONSTAR QUE LA FIRMA QUE APARECE EN LA CERTIFICACION DE GRADO DE LA CARRERA DE MEDICINA, ANEXA.

EXPEDIDO A FAVOR DE DR. LUCRECIA ESTEVEZ CORRESPONDE A LICDA. PIEDAD L. NOBOA MEJIA, SECRETARIA GENERAL DE LA UNIVERSIDAD CENTRAL DEL ESTE (UCE), Y ES LA MISMA QUE DICHA PERSONA ACOSTUMBRA USAR EN ESTA CLASE DE DOCUMENTOS.

EXPIDE LA PRESENTE A SOLICITUD DE LA PARTE INTERESADA, EN SANTO DOMINGO DE GUZMAN, DISTRITO NACIONAL, CAPITAL DE LA REPUBLILCA DOMINICANA, A LOS VEINTICINCO (25) DIAS DEL MES DE FEBRERO DEL AÑO MIL NOVECIENTOS NOVENTA Y OCHO (1998).

Sellos de R.I. adheridos

$10.00/$2.00/$0.25

ALEJANDRINA GERMAN M.A.
Secretaria de Estado
Presidenta del Consejo Nacional
de Educación Superior (CONES)

**NOTA:** Esta Certificación será válida, siempre y cuando no sufra borraduras ni alteraciones en su contenido.

`

EXHIBIT "C"



**U·S·MLE**

United States

Medical

Licensing

Examination

Secretariat:
3750 Market Street
Philadelphia, PA 19104
(215) 590-9600
Fax: (215) 590-9470
www.usmle.org

Composite Committee

John E. Chapman, MD
Chair

L. Thompson Bowles, MD, PhD
D. Clifford Burross, MD
Anthony J. Cortese, DO
J. Lee Dockery, MD
William E. Drips, Jr., MD
Mary C. Falvey
Nancy E. Gary, MD
Donald E. Melnick, MD
Robert E. Porter, MD
Susan M. Spaulding
James E. West, MD
Alexander H. Williams, III
James R. Winn, MD

Alternates:

William R. Ayers, MD
Robert O. Kelley, PhD
Alan E. Shumacher, MD

**via Federal Express**
**Personal and Confidential**

January 27, 1999

Ms. Lucrecia Teresa Estevez                USMLE ID #: 0-597-216-1
3242 Mary Street, PH 3-S
Coconut Grove, FL 33133

Dear Ms. Estevez:

This is to confirm actions relating to you taken by the USMLE Committee on Irregular Behavior, as well as the USMLE Composite Committee.

Evidence that you falsified information on your application form for the June 1998 Step 1 was reviewed by the Committee on Irregular Behavior, as you were informed it would be in my letter to you dated October 1, 1998.

The Committee on Irregular Behavior discussed the information contained in the October 1, 1998 letter to you and the materials referenced in it during its careful consideration of this matter. Following such consideration, the Committee on Irregular Behavior determined that you engaged in irregular behavior in connection with the June 1998 administration of Step 1. In reaching this decision, the Committee made the following findings:

- In the USMLE Bulletin of Information, examinees are advised that falsifying information on application forms constitutes irregular behavior.

- In the application form that you provided to the Educational Commission for Foreign Medical Graduates (ECFMG) for the June 1998 Step 1, you indicated that you received your medical school diploma from the Universidad Central del Este in January 1993. You provided a copy of a medical school diploma to ECFMG.

- On a verification of medical education credential form dated June 16, 1998, Rene R. Garcia-Szabo, MD, PHD, Associate Dean of Medical Sciences, Universidad Central del Este, informed ECFMG that the diploma you provided to ECFMG was false and that you did not complete the core courses of that medical school.

*A Joint Program of the Federation of State Medical Boards of the U.S., Inc. and the National Board of Medical Examiners*



Federation of State Medical Boards of the U.S., Inc.
400 Fuller Wiser Road, Suite 300
Euless, TX 76039-3855
(817) 868-4000
Fax: (817) 868-4098
www.fsmb.org



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax: (215) 590-9555
www.nbme.org

January 27, 1999
Ms. Estevez
Page 2 of 2

- It was noted by the Committee on Irregular Behavior that you did not respond to my letter of October 1, 1998.

In accordance with "USMLE Procedures Regarding Irregular Behavior," copy of which was included with my October 1, 1998 letter to you, your USMLE record will include an annotation indicating that the Committee on Irregular Behavior determined that you engaged in irregular behavior in connection with the falsification of information on your application for the June 1998 Step 1. Therefore, any USMLE transcripts sent to you or any third party will include this annotation.

In making its decision regarding your irregular behavior, the Committee on Irregular Behavior also determined the following:

- When at any time in the future you submit requests for USMLE transcripts to be sent to third parties which are considered to be legitimately interested entities, such as state medical boards, the transcripts will be accompanied by information regarding the decision of the Committee on Irregular Behavior. Such information would be based on the content of this letter and the documents referenced in it.

- Information regarding the decision of the Committee on Irregular Behavior will be included in the Board Action Data Bank of the Federation of State Medical Boards.

As explained in procedure #8 of the Procedures, in the event of irregular behavior that is egregious and/or deemed to threaten the integrity of the examination system, the Committee on Irregular Behavior may recommend to the Composite Committee that the examinee be barred from future examinations. The Committee on Irregular Behavior found such conditions applicable in this instance and made a recommendation to the Composite Committee that you be barred from taking future administrations of USMLE for a one-year period, the commencement of such period to be tolled until such time as you become eligible to apply for USMLE. This recommendation was subsequently approved by the Composite Committee.

As also noted in the above-referenced Procedures, a decision of the Committee on Irregular Behavior may be appealed to the Composite Committee if the individual involved has a reasonable basis to believe that the Committee did not act in compliance with applicable USMLE policies and/or procedures or that the decision of the Committee was clearly contrary to the weight of the evidence before it.

Please do not hesitate to contact me at (215) 590-9877, or Janet Carson, legal counsel for the USMLE, at (215) 590-9548, if you have any questions regarding the information above.

Sincerely,

Marie L. Shafron
Office of the USMLE Secretariat

c: William C. Kelly, ECFMG

COMPOSITE EXHIBIT "D"

**LEVEY, AIRAN, BROWNSTEIN, SHEVIN, FRIEDMAN, ROEN & KELSO, LLP**
**GABLES ONE TOWER, PENTHOUSE**
**1320 SOUTH DIXIE HIGHWAY**
**CORAL GABLES, FLORIDA 33146**
**(305) 661-6664 (Telephone)**

*Facsimile*
(305) 661-6477

*e-mail*
LeveyPA@aol.com

*Lewis J. Levey*
*D.S. (Dar) Airan*
*Steven R. Brownstein*
*Allison L. Friedman*
*James P.E. Roen*
*John R. Kelso*

*Michele R. De Bianchi*
*Linley B. Schatzman*
*Maurice Castellanos*
*Gary Appel*

*Of counsel*
*Lenard H. Gorman*
(305) 448-4255
*J.B. Harris*
(305) 446-5551

*Of Counsel*
*Todd A. McDowell*
Box 713, Cocoa, FL 32923-0713
*Rex M. Pietrobono*
2 Surles Street, Mt. Kisco, NY 10549

February 27, 2002

Stephen S. Seeling, Esq.
Educational Commission for Foreign Medical Graduates
3624 Market Street
Philadelphia, Pennsylvania 19104-2685

Re: Lucrecia Teresa Estevez
USMLE/ECFMG Identification No.: 0-597-216-1

Dear Mr. Seeling:

In preparation for the Oral hearing or personal appearance before the Review Committee, in the above-referenced matter, we would like to review certain records of your organization that we believe may be relevant to and/or probative of Ms. Estevez' position.

Those records are the findings, decisions and or actions of the Medical Education Credentials Committee with regard to other students who attended Universidad Central del Este and applied to ECFMG for certification, during the past ten years.

Inasmuch as ECFMG regularly reports its actions to USMLE, state medical licensing boards, graduate medical education program directors , the Federation of State Medical Boards Action Data Bank and Canadian licensing authorities, among others, there does not appear to be an applicable privilege, which would prevent the production of such records for our review.

Page 2

Please contact me or Michele De Bianchi, to coordinate production of these documents. We will, of course, remit a reasonable fee for copying or administrative costs, upon request. We look forward to hearing from you shortly.

Very truly yours,

Jerome H. Shevin

cc: William Kelly
   Lucrecia T. Estevez
   Michele R. De Bianchi

 **EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES**

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 ● FAX: 215-387-9963 ● INTERNET: www.ecfmg.org

March 13, 2002

Jerome H. Shevin, Esq.
Levey, Airan, Brownstein, Shevin, Friedman, Roen & Kelso, LLP
Gables One Tower, Penthouse
1320 South Dixie Highway
Coral Gables, FL 33146

Re:   Lucrecia Teresa Estevez
      USMLE/ECFMG Identification No. 0-597-215-1

Dear Mr. Shevin,

I am in receipt of your letter of February 27, 2002. In that letter, you indicate that you are representing Lucrecia Teresa Estevez before the ECFMG Review Committee. You request copies of records containing "findings, decisions, and or actions of the Medical Education Credentials Committee with regard to other students who attended Universidad Central del Este and applied to ECFMG for certification during the past ten years."

Each case is considered on the basis of the unique and particular facts of that case. Decisions are rendered after a careful review of the individual circumstances of each case. For these reasons, other actions involving students who attended Universidad Central del Este would not be relevant to the Estevez matter currently pending before the Review Committee. Therefore, your request is hereby denied.

Sincerely,

Stephen S. Seeling, J.D.
Vice President for Operations

SSS/lrs

`

EXHIBIT "E"



# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

### PHILADELPHIA OFFICE

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.

TELEPHONE: 215-386-5900 ● FAX: 215-386-9767 ● INTERNET: www.ecfmg.org

Personal and Confidential
Via Federal Express

June 10, 2002

Dr. Lucrecia Teresa Estevez                  USMLE™/ECFMG® Identification No.
3242 Mary Street, PH3-S                       0-597-216-1
Miami, FL 33133

### Re: ECFMG Review Committee Decision

Dear Dr. Estevez:

On October 29, 2001, the Educational Commission for Foreign Medical Graduates (ECFMG) Medical Education Credentials Committee reviewed your petition that it specify the duration of its bar of you from admission to all ECFMG examinations and from ECFMG certification. After review, the ECFMG Medical Education Credentials Committee took action to continue to bar you from admission to all ECFMG examinations and from ECFMG certification until October 2011.

On December 12, 2001, you filed a Notice of Appeal of this action. Your appeal was heard on May 22, 2002 in Philadelphia, Pennsylvania, before a Review Committee consisting of Stephen I. Schabel, M.D., Chair, Mr. Thomas C. Gentile, Jr. and Deborah E. Powell, M.D. You requested and made a personal appearance before the Committee accompanied by Jerome H. Shevin, Esq.

The ECFMG Review Committee considered all the information before it, including the material you had provided to the ECFMG Medical Education Credentials Committee, your Notice of Appeal and additional material you submitted, and the statements before the Review Committee, including those of Maurice Modavi, M.D. A copy of the transcript of the proceedings is enclosed.

Based on its review of all information presented to it, the ECFMG Review Committee has determined <u>not</u> to grant your December 12, 2001 appeal of the decision of the ECFMG Medical Education Credentials Committee.

*ECFMG® is an organization committed to promoting excellence in international medical education*

Dr. Lucrecia Teresa Estevez
June 10, 2002
Page 2

If you have any questions, please direct your correspondence to me or Mr. William C. Kelly, Manager, Medical Education Credentials Department.

ECFMG REVIEW COMMITTEE

Stephen I. Schabel, M.D.
Mr. Thomas C. Gentile, Jr.
Deborah E. Powell, M.D.

By: _____
Stephen S. Seeling, J.D.
Vice President for Operations
Educational Commission for Foreign Medical Graduates
At the Direction of the ECFMG Review Committee

SSS/wck
Enclosure

cc:   Jerome H. Shevin, Esq.

COMPOSITE EXHIBIT "F"

## AFFIDAVIT

BEFORE ME, the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared James McCabe, who, upon first being duly sworn, deposes and says as follows:

1. Lucrecia Estevez was a medical student as a sub-intern during her senior year at Kanakank Hospital in Dillingham, Alaska from December 6, 1999 through January 14, 2000.

2. During this time she was under my immediate supervision.

3. She saw patients in a walk-in clinic and in the emergency room setting. She also followed hospitalized patients and was on first call on the average of every four (4) nights during the rotation.

4. Lucrecia exhibited highly desirable traits for a medical student/future physician. She is a very amicable person, who had a gentle demeanor with patients and the nursing staff. She got along well with all hospital personnel.

5. Lucrecia handled uncooperative patients very well in the emergency setting and I observed her cultural sensitivity with patients at all times.

6. Lucrecia's history and physical examinations were at the expected level for a 4rth year student, at the start of the rotation. However, she showed steady improvement throughout the rotation. She was enthusiastic and willing to learn.

7. Lucrecia gave a presentation to the medical staff on sleep disorders. The presentation was thorough and informative.

8. Lucrecia will do well in the field of medicine. She was an excellent student and I would highly recommend her for any internship and residency. She has gone above and beyond for patient care, and I'm sure she will continue to do so when she becomes a certified physician.

FURTHER AFFIANT SAYETH NOT

_Kathrn Ackerman rv_

**WITNESS**

_James D. McCabe, Jr._

James Mc Cabe

Sworn to and subscribed before me this **30** day of April, 2002, by _James McCabe_ who is personally known to me or who produced a _Alaska_ driver's license as identification.

_Janice Tate_

ALASKA NOTARY PUBLIC

My commission expires: _16 May 2003_

## AFFIDAVIT

BEFORE ME, the undersigned authority, duly authorized to administer oaths and take acknowledgments personally appeared Maurice Modavi, who, upon first being duly sworn, deposes and says as follows:

1. That this Affidavit is based upon my personal knowledge.
2. I am the Dean of Central American Health Sciences University, (CAHSU), School of Medicine in Belize, Central America.
3. As such, I have known Lucrecia Estevez for approximately 3 year. She was graduated from the University in April 2000.
4. CAHSU was established in 1996 and has a good number of graduates who have successfully completed the USMLE and other board examinations in other countries, acquiring residencies in the US as well as UK.
5. I first met Ms. Estevez when she was inquiring about entering our school. She explained that she had already completed her studies at Universidad Central del Este, (UCE) but that the school had denied all knowledge of her attendance, upon being contacted by ECFMG during a routine verification procedure.
6. From my own experience with ECFMG and its verification procedure, I know them to be fair, thorough and meticulous. Accordingly, I was very concerned about the response ECFMG had received from Universidad Central del Este.
7. Nonetheless after lengthy discussions with Ms. Estevez I believe she was an innocent victim of some bureaucratic bungle. This was not the first such occasion that I had heard of students suffering similar fate in a medical school in the Dominican Republic.
8. Official transcripts were requested to be send directly form UCE to CAHSU as a part of our normal verification procedure.
9. Upon receipt's of Ms Extevez official transcript from UCE and comparing UCE's general course schedule and descriptions with that of our won, we reached the decision to give Ms. Estevez a certain number of course credits, based on our evaluation, and required her to take on additional studies to qualify for graduation.
10. Accepting Lucrecia Estevez to our student body proved to be a good decision. She is bright, hard working and a worthy contribution to all classroom debates.
11. She earned excellent grades on all her examinations and course work. Interestingly, Lucrecia earned honors grades in many of these courses UCE reported she had not taken or failed.
12. The various attending physicians who supervised her work during clinical rotations were impressed by her knowledge and praised her ability to apply that theoretical knowledge in a clinical setting. Again, it is interesting to note, these are clinical studies UCE denied Ms. Estevez took or passed.
13. Ms. Estevez went on to complete clinical rotations in Michigan, Alaska and Juarez, Mexico. She also worked with the president of CAHSU on research into alcohol and drug addiction at a rehabilitation center.
14. Ms. Estevez proved to be an exemplary member of our student body and I believe she will become an asset to any hospital.
15. The unfortunate misunderstanding regarding her grades received at UCE should not prejudice her chances of becoming the excellent doctor I know she will be.

FURTHER AFFIANT SAYETH NOT

_Sofía Díaz_
WITNESS

_Maurice Modavi_
Maurice Modavi

Sworn to and subscribed before me this 2nd day of April 2002, by Maurice Modavi, who is personally known to be me or who produced a 13350461 driver's license as identification.

_Carmen D. Medrano_
TEXAS NOTARY PUBIC

My commission expires:



CARMEN D. MEDRANO
NOTARY PUBLIC
In and for the State of Texas
My commission expires
April 5, 2003

EXHIBIT "G"

ECFMG

## RULES OF APPELLATE PROCEDURE*

### A.  Right of Appeal

1.   Any foreign medical graduate who has submitted a
completed application for certification by the Educational
Commission for Foreign Medical Graduates (hereinafter "ECFMG"),
who is found to be ineligible for certification or who has
failed an examination, may appeal such decision to the Review
Committee of ECFMG.

2.   All appeals must be made in accordance with the
procedures set forth in these rules.  The ECFMG shall not be
responsible for the payment of any expense incurred by any
individual in bringing an appeal.

### B.  Notice of Appeal

To initiate an appeal, a written notice of appeal
must be submitted to ECFMG within 30 days after written determi-
nation of ineligibility for certification or an examination
failure has been received by the applicant.  This notice must
specify the particular basis (or bases) upon which the appeal
is made, each reason for the appeal, and each fact which supports
the appeal; the notice must also identify each person purportedly
having knowledge of any fact which supports the appeal.

---

*    Adopted by ECFMG Board of Trustees October 27, 1975.

## C.  Initial Review

1.  The President of ECFMG, or his designate, shall review each notice of appeal to determine: (a) whether it has been submitted in accordance with the procedures set forth herein; and, (b) whether the appeal states facts which reasonably tend to support a conclusion that the decision appealed from may have been rendered improperly.

2.  If the notice of appeal complies with the procedural requirements and is supported by sufficient facts, the President, or his designate, shall set the appeal for a hearing before the Review Committee.

3.  If the President, or his designate, finds the notice of appeal to be deficient, he shall so advise the appellant in writing, stating the reasons for such a finding.

4.  At least forty-five (45) days prior to the hearing, ECFMG shall provide the appellant with written notice of the hearing.  The notice shall specify whether the hearing will be written or oral and, if oral, the notice shall state the time and place of the hearing and shall list the names of the members of the Review Committee who are scheduled to hear the appeal.  It shall be within the discretion of the President, or his designate, to determine whether the hearing shall be written or oral and, when this decision is made, consideration shall be given to whether the credibility of any individual is likely to be at issue.  The notice shall also state that the applicant may submit in written form no later than five (5) days before the hearing any statement, exhibits, or other matters which he wishes the Review Committee to consider.

5.   If the appellant is advised that an initial notice of appeal is deficient, he may, within 30 days thereafter, resubmit the original notice in an effort to correct the deficiencies noted.  The resubmission shall be reviewed by the President or his designate in accordance with the standards set forth above for reviewing the original notice of appeal; the decision concerning any resubmission shall be final and the appellant may not appeal from said decision.

6.   The President or his designate may elect to grant any appeal at any time without complying with the provisions of these Rules.

### D.  Review Committee

1.   The members of the Review Committee shall be appointed by the Chairman of the Board of Trustees of ECFMG, as may be necessary, so that there shall be a minimum of three members on the Review Committee, at least one of whom shall be a member of the Board of Trustees.  Members of the executive staff of ECFMG, including the President, may be appointed members of the Review Committee.

2.   The Review Committee shall select its own Chairman, who must be a member of the ECFMG Board of Trustees.

### E.  Hearings

1.   All hearings within the scope of these Rules shall be conducted by three or more members of the Review Committee.  The Committee need not meet more than twice each

-3-

year to conduct hearings.  All hearings shall be conducted in a fair and impartial manner.

2.  At a hearing, the Review Committee may consider materials, data, evidence or other information deemed appropriate by the Committee.

3.  The Committee may have legal counsel present at any stage of the proceedings to advise it on issues of procedure.

4.  The Chairman of the Review Committee, or his designate, shall preside over the hearing and shall rule on all procedural issues.

5.  The applicant shall not have the right to be present or to attend any hearing designated as a "Written Hearing" in the notice of hearing.

6.  The applicant may, if he choses, be present at any hearing designated in the notice of hearing as an "Oral Hearing".  The applicant may have legal counsel present at any such "Oral Hearing", but such counsel may not participate in the hearing.

7.  At any such "Oral Hearing", the testimony of any witnesses shall be taken under oath or affirmation; a transcript of the hearing shall be made; the applicant may, if he wishes, submit for consideration by the Committee any relevant statement, exhibits or other materials not already submitted pursuant to Section C.4 above of these Rules; and, the applicant may examine any witness testifying at the hearing.

8.  Any member of the Board of Trustees of ECFMG and legal counsel for ECFMG may be present at any hearing and may

- 4 -

bring such matters to the attention of the Committee as it may deem appropriate. In this capacity, any such individual may be allowed an opportunity to examine any witness testifying at the hearing, but he shall not participate in any vote on any matter before the Committee.

9. The burden is upon the applicant to prove his eligibility for certification or that he should have been awarded a passing grade on any examination.

## F. Findings

1. After all parties have been afforded a reasonable opportunity to address the issues before the Committee, the hearing shall close to allow the Committee to determine whether the appeal is to be granted or denied. The Committee may consult with legal counsel on procedural matters at any time.

2. If a majority of the Committee members present at the time of its deliberations are satisfied that the appeal should be granted, it shall be granted. If less than a majority of the Committee members are so satisfied, the appeal shall be denied.

3. The findings of the Committee shall be set forth in writing and mailed to the applicant within sixty (60) days of the hearing.

## G. Relief

If the appeal is granted, the Committee shall enter an order directing such relief as it may deem appropriate.

## H.  Finality of Findings

1.     Decisions of the Review Committee are final and
binding on both the applicant and ECFMG, unless the ECFMG Board
of Trustees decides in its discretion to review the decision of
the Committee, in which event the Board of Trustees may make
any changes it wishes (or no changes) in the Review Committee's
decision.  The applicant, the Review Committee, or ECFMG staff
may request in writing that the Board of Trustees review any
particular decision, but it shall be within the discretion of
the Board whether to grant any such review.

2.     An applicant may petition ECFMG for a rehearing,
but only on the basis of the discovery of evidence which was
not known by the applicant, and which could not have been
discovered by the exercise of due diligence at the time of the
hearing before the Review Committee.  ECFMG shall have the
discretionary power to grant or deny such a petition for rehear-
ing.

-6-

EXHIBIT "H"

1

1          EDUCATIONAL COMMISSION
       FOR FOREIGN MEDICAL GRADUATES

2
                            - - -

3
   IN THE MATTER OF:                    :
4  ECFMG ID NO. #0-597-216-1           :
                                        :
5  LUCRECIA TERESA ESTEVEZ             :

6                           - - -

7              Hearing held in the

8  above-captioned matter, on Wednesday, May

9  22, 2002, at 3624 Market Street,

10  Philadelphia, Pennsylvania, commencing at

11  or about 3:03 p.m., reported by Irene

12  Bernstein, a Registered Diplomate

13  Reporter and a Notary Public in and for

14  the Commonwealth of Pennsylvania.

15                          - - -

16

17

18

19

20

21

22
            IRENE BERNSTEIN
23     Registered Diplomate Reporter
          401 Harvard Avenue
24       Broomall, PA 19008
          (610) 356-2546

**ECFMG Hearing**                    CondenseIt!™                    **Lucrecia Teresa Estevez**

---

Page 1

```
 1            EDUCATIONAL COMMISSION
          FOR FOREIGN MEDICAL GRADUATES
 2
 3  IN THE MATTER OF:
 4  ECFMG ID NO.: #0-597-216-1
 5  LUCRECIA TERESA ESTEVEZ
 6                - - -
 7          Hearing held in the
 8  above-captioned matter, on Wednesday, May
 9  22, 2002, at 3624 Market Street,
10  Philadelphia, Pennsylvania, commencing at
11  or about 3:03 p.m., reported by Irene
12  Bernstein, a Registered Diplomate
13  Reporter and a Notary Public in and for
14  the Commonwealth of Pennsylvania.
15                - - -
16
17
18
19
20
21
22            IRENE BERNSTEIN
23      Registered Diplomate Reporter
          401 Harvard Avenue
24        Broomall, PA 19008
```

Page 2

```
 1  BEFORE THE ECFMG REVIEW COMMITTEE FOR
    APPEALS:
 2
 3      STEPHEN I. SCHABEL, M.D.,
        Chair
 4
        THOMAS C. GENTILE, JR.,
 5      ECFMG Trustee
 6      DEBORAH E. POWELL, M.D.,
        ECFMG Trustee
 7
                - - -
 8  ECFMG STAFF:
 9      JAMES A. HALLOCK, M.D.,
        President ECFMG
10
        DINO PRIVITERA, ESQUIRE,
11      Morgan Lewis & Bockius
        ECFMG Counsel
12
        STEPHEN S. SEELING, J.D.,
13      Vice President for Operations
14      WILLIAM C. KELLY,
        Manager, Medical Education
15      Credentials Department
16                - - -
17  APPEARANCES:
18      JEROME H. SHEVIN, ESQUIRE
        Gables One Tower, Penthouse
19      1320 South Dixie Highway
        Coral Gables, Florida 33146
20      (305) 661-6664
        Attorney for Lucrecia Teresa
21      Estevez
22                - - -
23
24
```

Page 3

```
 1           I N D E X
 2  WITNESS   QUESTIONING BY:        PAGE
 3  LUCRECIA TERESA ESTEVEZ
 4      BY MR. SHEVIN      19, 93
 5      BY MR. SEELING     75, 97
        BY MR. GENTILE         86
 6      BY MR. PRIVITERA       86
        BY DR. POWELL          90
 7
 8  MAURICE MODAVI
 9      BY MR. SHEVIN          58
        BY MR. PRIVITERA       81
10
11                - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1                - - -
 2      (Whereupon Lucrecia Teresa
 3  Estevez, along with her attorney,
 4  Jerome H. Shevin, Esquire, and
 5  Maurice Modavi, Dean of Central
 6  America Health Sciences
 7  University, was called into the
 8  hearing room)
 9                - - -
10      MR. KELLY:  And this is the
11  Committee.
12      And this is Dr. Estevez and
13  Mr. Shevin.
14      THE CHAIRMAN:  Come in.  And
15  we'll have you sit there, Mr.
16  Shevin; Dr. Estevez, we'll let you
17  sit here.
18      DR. ESTEVEZ:  Thank you.
19      MR. KELLY:  And then Dr.
20  Modavi.
21      THE CHAIRMAN:  And Dr.
22  Modavi we'll put over here.
23      MR. KELLY:  We can put him
24  at the end for the time being, and
```

Page 5

```
 1  then he can move if --
 2      THE CHAIRMAN:  That sounds
 3  good.
 4      Welcome to all of you.  I'm
 5  Dr. Stephen Schabel, I'm the chair
 6  of this Committee.
 7      Dr. Estevez, what we're
 8  going to do, I'll just tell you
 9  that the plan that we have here
10  today is that the court reporter
11  will swear you, and then we'll go
12  around the table and have everyone
13  introduce themselves, so you'll
14  know who is here.
15      DR. ESTEVEZ:  Yes.
16      THE CHAIRMAN:  Mr. Kelly
17  will then give us a brief summary
18  of what's happened in this case,
19  and how we have gotten to where we
20  are.
21      And then you and Mr. Shevin
22  will have an opportunity to
23  present whatever materials you
24  want.
```

Page 6

```
 1      We've all read through the
 2  material that was sent to us.  So
 3  we don't need to read through
 4  that.  But if you have summaries
 5  that you want to give us, that's
 6  fine.
 7      And then after whatever
 8  presentation that you have, if
 9  you'll be willing to answer
10  questions from the Appeals
11  Committee and the staff that are
12  here, that would be appreciated as
13  well.
14      MR. SHEVIN:  Sure.
15      THE CHAIRMAN:  And first
16  we'll let you be sworn.
17      MR. SHEVIN:  And, by the
18  way, I want to thank you for the
19  water.  That's a nice touch.
20      THE CHAIRMAN:  And there's
21  more, if you need one, sir.
22      Now we'll let the court
23  reporter swear you in.
24
```

---

**Irene Bernstein, RDR**                              Page 1 - Page 6

Page 7

1      - - -
2          LUCRECIA TERESA ESTEVEZ,
3  having first been duly sworn, was
4  examined and testified as follows:
5      - - -
6          THE CHAIRMAN: All right,
7  Mr. Kelly.
8          MR. KELLY: Hi. I'm Bill
9  Kelly, manager of the Credentials
10 Department at ECFMG.
11         MR. SEELING: Stephen
12 Seeling, Vice President,
13 Operations, ECFMG.
14         DR. HALLOCK: I'm James
15 'Hallock, president of the ECFMG.
16         MR. GENTILE: I'm Tom
17 Gentile, a member of the Appeals
18 Committee and a member of the
19 Board of Trustees.
20         THE CHAIRMAN: I'm Steve
21 Schabel, a member of the Appeals
22 Committee and the Board of
23 Trustees.
24         DR. POWELL: Deborah Powell,

Page 10

1  the dean who said the diploma was
2  completely false, and that she has
3  not completed her studies at the
4  university.
5          Subsequently ECFMG received
6  additional information from the
7  medical school that the signature
8  on the application was false, and
9  that she had withdrawn prior to
10 graduation.
11         ECFMG wrote to Dr. Estevez
12 to advise her of the school's
13 statement, and asked that she
14 resolve the matter; and we never
15 reported its USMLE Step One score
16 to her.
17         We received a letter dated
18 July 14th, 1998, in which she
19 indicated she was attempting to
20 resolve the matter with the
21 medical school; but no further
22 communications up to the time in
23 July 1998, when this was first
24 reviewed by the ECFMG Credentials

Page 8

1  a member of the Appeals Committee
2  and the Board of Trustees.
3          MR. PRIVITERA: And my name
4  is Dino Privitera, and I represent
5  ECFMG.
6          Nice to meet you all.
7          DR. MODAVI: My name is
8  Maurice Modavi, M-O-D-A-V-I; I'm
9  the Dean of Central America Health
10 Sciences University.
11         MR. SHEVIN: I'm Jerry
12 Shevin, just another lawyer.
13         DR. ESTEVEZ: And I'm
14 Lucrecia Estevez, the appellate.
15         THE CHAIRMAN: Mr. Kelly,
16 would you please give us a
17 summary.
18         MR. KELLY: It's not quite
19 as brief as you have said.
20         THE CHAIRMAN: Well, that's
21 all right.
22         MR. KELLY: Okay. We're
23 here because Dr. Estevez, through
24 her attorney Mr. Shevin, has filed

Page 11

1  Committee.
2          At that time the Committee
3  took action to bar Dr. Estevez
4  from admission to exams and from
5  certification for a yet to be
6  specified period of time; to refer
7  the matter to the USMLE Committee
8  on Irregular Behavior; and to
9  review the matter again after the
10 USMLE Committee's decision.
11         ECFMG notified Dr. Estevez
12 of these actions in August 1998.
13         The USMLE Committee on
14 Irregular Behavior reviewed this
15 in December 1998, and took action
16 to annotate Dr. Estevez's USMLE
17 transcript and record; to notify
18 the Federation of State Medical
19 Boards; and to bar her from
20 admission to USMLE for a one-year
21 period, to be tolled from the time
22 she would otherwise be eligible.
23         On remand from the USMLE
24 Committee on Irregular Behavior,

Page 9

1  an appeal of an action taken by
2  the ECFMG Credentials Committee in
3  October 2001, in response to her
4  request to specify the length of
5  its earlier bar of her from exams
6  and certification.
7          Dr. Estevez first applied to
8  ECFMG for the June 1998 Step One.
9  On the application she certified
10 she had attended and graduated
11 from the Universidad Central del
12 Este in the Dominican Republic,
13 and graduated in February of
14 1998.
15         She provided with her
16 application form a copy of the
17 diploma that purported to be from
18 the school and a transcript.
19         The ECFMG wrote to the
20 medical school, Universidad
21 Central del Este, in accordance
22 with our procedure, to verify the
23 diploma.
24         We received a response from

Page 12

1  the ECFMG Credentials Committee
2  reviewed this again in April 1999,
3  and took action to continue the
4  period of bar from exams and
5  certification for a yet to be
6  specified period of time.
7          The ECFMG notified Dr.
8  Estevez of this in May 1999.
9          In June 2000, ECFMG received
10 a request from Dr. Estevez that
11 ECFMG specify the length of its
12 bar from her for exams and
13 certification.
14         She submitted a copy of an
15 M.D. diploma and transcript from
16 the Central America Health
17 Sciences University School of
18 Medicine in Belize, and showing
19 she had enrolled there in March
20 1999 and graduated in April 2000.
21         The ECFMG verified these
22 documents with the medical
23 school.
24         Also upon request she

**Page 13**

1 provided a transcript from the
2 prior medical school attended,
3 Universidad Central del Este,
4 which showed attendance dates of
5 1994 to 1997, but not graduation,
6 which ECFMG verified with the
7 Universidad Central del Este.
8 The ECFMG Credentials
9 Committee reviewed the request
10 that ECFMG specify the length of
11 the bar in April 2001, but
12 deferred its decision pending
13 receipt of additional information
14 concerning the transfer credits
15 from Central del Este to the
16 Central America Health Sciences
17 University and information about
18 her rotations.
19 This additional information
20 was subsequently obtained by
21 ECFMG, and the Credentials
22 Committee considered the request
23 again in October 2001; and at that
24 time it took action to continue

**Page 14**

1 the bar from exams and
2 certification through October
3 2011.
4 ECFMG notified Dr. Estevez
5 of the Committee's decision in
6 November 2001; and in December
7 2001, the ECFMG received a notice
8 of appeal from Dr. Estevez through
9 her attorney Mr. Shevin.
10 THE CHAIRMAN: Thank you,
11 Mr. Kelly.
12 Mr. Shevin? Dr. Estevez?
13 MR. SHEVIN: I just want to
14 be very brief in my statement.
15 The bottom line here is that
16 USMLE, first of all, looked at
17 this violation, and made a
18 determination that it would
19 recommend a one-year suspension.
20 Obviously it has not joined
21 -- as far as I understand it --
22 has not joined in a ten-year delay
23 in the taking of this exam.
24 And I think the evidence

**Page 15**

1 will show, from the testimony in
2 this case, that not only -- not
3 only did she complete a four-year
4 term; but she also -- that the
5 school continuously reported
6 satisfactory progress in all of
7 her courses.
8 Because a requirement of
9 EDUCAID is that there be a showing
10 by the administration of UCE, a
11 showing that basically each and
12 every semester the courses were
13 being taken, there were
14 satisfactory grades attributable
15 for the courses.
16 And that's exactly what was
17 reported out in order for them to
18 get eighty-nine thousand dollars
19 worth of loan funds for purposes
20 of putting -- of paying for Ms.
21 Estevez's education.
22 So she will testify, and
23 you've seen an affidavit of hers,
24 that indicate exactly what scores

**Page 16**

1 she did get in all of these
2 courses.
3 We will have Dr. Modavi who
4 is going to testify specifically
5 about the fact that she had
6 something like ten or twelve, or
7 more, honors grades in all of the
8 courses.
9 And this is -- this is one
10 of those situations in which after
11 she gets the verification through
12 CONES, CONES gives a specific
13 verification of everything that
14 she did, she gets the verification
15 from CONES; CONES says that
16 everything that she said is true
17 and correct, and the document that
18 involved the diploma was
19 specifically signed by those that
20 -- whose signature appeared
21 thereon.
22 And everything is going fine
23 except when there's an inquiry
24 directed to the school, and the

**Page 17**

1 school says something that's
2 totally preposterous based on the
3 background and the evidence in
4 this case.
5 And the bottom line is that
6 I'm not going to say that the
7 school administration is corrupt,
8 or anything like that; but there
9 have been a number of problems in
10 that -- in the Dominican Republic,
11 with regard to medical school
12 education.
13 And the bottom line is that
14 this woman has more than earned
15 her right to take this exam and to
16 move forward.
17 And she has had stellar
18 grades in both schools. She has
19 had satisfactory -- she has made
20 satisfactory progress each and
21 every year.
22 And the bottom line is that
23 the extent to which they have
24 indicated otherwise is simply not

**Page 18**

1 correct.
2 And I think all of the
3 evidence in this case will show
4 that.
5 Okay. I -- do you want us
6 to proceed with --
7 THE CHAIRMAN: Yeah, go
8 ahead.
9 MR. SHEVIN: -- with our
10 testimony?
11 THE CHAIRMAN: Yes, please
12 go ahead.
13 MR. SHEVIN: Okay.
14 THE CHAIRMAN: That's fine.
15 And if we have questions, we'll
16 interrupt you.
17 MR. SHEVIN: Okay. Do you
18 want to swear in the witness, the
19 court reporter?
20 THE CHAIRMAN: She's already
21 been sworn.
22 THE COURT REPORTER: Yes,
23 she's been sworn.
24 MR. SHEVIN: Okay.

**ECFMG Hearing**                     CondenseIt!™                     **Lucrecia Teresa Estevez**

Page 19

1 BY MR. SHEVIN:
2   Q.  Ma'am, for the record would you
3 state your name and your residence and
4 business address?
5   A.  My name is Lucrecia Estevez, and
6 I live in New York City now, just
7 recently relocated.  I was 3242 Mary
8 Street in Coconut Grove, Florida, for
9 most of my life.
10   Q.  All right.  Now, would you tell
11 the Committee the circumstances under
12 which you received your original diploma,
13 when you received it from the Dominican
14 Republic medical school; and what steps
15 you took in accordance with your
16 understanding of what the procedures were
17 once you received it?
18   A.  Upon completion of my four-year
19 medical degree, I had to have all the --
20 had to have all the documents legalized
21 by CONES.
22       Once that was done, I went
23 back home -- finished completely in the
24 Dominican Republic, and went back home

Page 20

1 and then studied for the USMLE.
2       I sent in the application,
3 and I took Part One.
4       I think shortly after I had
5 taken Part One, about two weeks or
6 something like that, I received a letter
7 from the ECFMG saying that they had tried
8 to verify my credentials, and they had
9 gotten a letter from the school saying
10 that my records were false.
11       Once I heard that, I
12 immediately called the school, and I
13 spoke with the dean, and the dean said,
14 "oh, it must be a mistake".
15       I knew this person really
16 well, because at one point a bunch of us
17 students had hired him to tutor us for
18 the USMLE.
19       And he said, "it's
20 definitely a mistake, I'm going to make
21 sure that I look into this, and I
22 correspond with the ECFMG right away."
23       I waited about a couple of
24 weeks, I would say, and I called Mr.

Page 21

1 Kelly; and Mr. Kelly said that he had not
2 received anything from the school.
3       I called again the school,
4 and they assured me that something was
5 going to be sent by mail.
6       Again, I think I spoke with
7 Mr. Kelly.  And Mr. Kelly said, "look,
8 I'm not getting anything."
9       And I asked him, "can you
10 speak with the dean?"
11       And he said, "no, I'm
12 speaking with this other person named
13 Mary Frances something or other".
14       I have no idea who this
15 woman was, because she wasn't there at
16 the time that I was in school.
17   Q.  Is that Mary Frances Antun?
18   A.  Antun.  She was not the person
19 in charge of the -- we were called the
20 foreigners.  So she was not the person in
21 charge of the foreigners.
22       But, anyhow, he says that he
23 was dealing with this person, because she
24 was the liaison between the ECFMG and the

Page 22

1 student.
2       And so he said, "do you want
3 me to call this person, and put -- put
4 you on a three-way conversation"?
5       And, by the way, forgive me
6 if I'm a little bit nervous, I've just
7 never been through anything like this
8 before.
9       THE CHAIRMAN:  That's all
10 right.
11       DR. ESTEVEZ:  But so I said
12 "yes, of course".
13       And he called, and she
14 introduced herself, she was a very
15 nice lady, and she said "I have in
16 my records that your last semester
17 here was May -- May-August"; and I
18 said "that's right".
19       And she said "but you did
20 not graduate."
21       And I said "no, that's
22 incorrect, you know, I think
23 you're looking at some other files
24 or something, because I did

Page 23

1 graduate".
2       And I said my last class
3 semester was that semester that
4 you're stating, but that's not the
5 very last semester I was there.  I
6 went on to do rotations later on
7 and I graduated.
8       And she goes, "look, I'm
9 sorry, that's all the information
10 I can give you.  And if you want
11 further details on this, you're
12 going to have to come down and see
13 the rector".
14       I tried to see the rector
15 for six months.  I mean, I was
16 granted an appointment, and every
17 time I went there it was either a
18 different story.
19       First, the country had had a
20 hurricane.
21       Then -- the rector is a
22 politician, so he was involved in
23 politics, and he could not see
24 me.

Page 24

1       Then his father was ill.
2       Then he had to fly his father out
3 of the country.
4       And to make a very long
5 story shorter, on the fifth trip
6 to the Dominican Republic I was
7 able to see this man, this is the
8 rector of the school.
9       When I went to see him, I
10 guess, you know, he had been
11 warned that I was coming down
12 there.
13       Because originally I had
14 spoken with the -- his assistant,
15 which was a person that granted
16 the appointment.
17       And this person told me,
18 "get all your records together,
19 put them in a file, make sure you
20 bring them with you when you come
21 to speak with the rector,
22 otherwise he will not see you".
23       When I finally saw this man,
24 when I spoke with this man, he

**Irene Bernstein, RDR**                                          Page 19 - Page 24

Page 25

1  said, "you know, what is the
2  problem."
3      And I said, "well, the
4  problem is that the ECFMG is
5  having a problem verifying my
6  records".
7      And I said-- and he said,
8  "well, they're having a problem
9  verifying your records because we
10 have no records of you ever
11 attending our university".
12     And I said, "well, that's
13 impossible. You know, I was here,
14 I came through the university, I
15 was here all the time".
16     And he said, "look, we have
17 no record of you". He was really
18 like a stone wall. And he said,
19 "but you're welcome to pursue a
20 career in our school".
21     And I said, "I don't want to
22 pursue a career in your school
23 because I've already been here, I
24 finished, and I just basically

Page 26

1  want to fix this problem and be
2  out of here".
3      And he was just -- I mean,
4  this person was just completely
5  very adamant.
6      And I said -- I mean, I was,
7  I was pleading with this guy to
8  look everywhere, to -- I know for
9  a fact from all the years that I
10 was there, that they had no system
11 in their archives, as far as
12 filing grades, or anything like
13 that, because it was very common
14 to lose a student's grade.
15     And I begged with the guy, I
16 pleaded. It was -- it was an
17 extremely humiliating experience.
18 I mean, I was totally devastated,
19 I was crying and pleading with
20 this man to look everywhere for my
21 records.
22     And it was just like -- you
23 know, I just couldn't get through
24 to him.

Page 27

1      And I said, "I owe a lot of
2  money to the U.S. Government. I
3  owe thousands of dollars. And
4  that would prove that I was here,
5  that I have paid this money to
6  your university that I attended,
7  that I completed everything".
8      And he goes, "well, let me
9  think about this. Why don't you
10 leave all the records with me."
11     And I said "fine". And he
12 said "come back tomorrow".
13     When I went back the next
14 day to see him, I went and hire an
15 attorney -- I mean, I was -- I
16 just -- I don't know what I was --
17 I mean, I thought the whole thing
18 was a writeoff, because this man
19 was just not coming through with
20 trying to help me in any way
21 possible at all.
22     So he said -- so I called an
23 attorney in the morning, before I
24 went to see him.

Page 28

1      And this person had called
2  him. And he said "don't go in
3  until I speak with him first".
4      By the time I went to see
5  the rector -- his name was Hazim
6  -- he had a transcript, an
7  unofficial transcript.
8      And he said, "we found some
9  of your records".
10     And I go, "well, that's
11 great. Can you please call the
12 ECFMG right away and notify them
13 of your finding?"
14     And he goes, "no, this is
15 all we found." And again he said,
16 "but you're welcome to finish
17 your career here".
18     I mean, he was very
19 persistent that I either take on a
20 career or finish a career, or just
21 keep me there I guess forever and
22 ever.
23     And I said, "no, please".
24     And, I mean, I was just

Page 29

1  desperate.
2      And I said "keep looking for
3  the records, because I've been
4  here. I mean, I have proof."
5      And he goes, "this is all
6  I'm gonna look, this is all there
7  is, and that's it. This is the
8  end of the chapter."
9      So I said, "well, can I
10 please have an official
11 transcript, then"?
12     And he goes -- he said,
13 "well, I will only give you an
14 official transcript" -- because
15 that was an unofficial transcript
16 that he was showing me, with
17 approximately, I don't know,
18 seventy-five percent of the whole
19 career.
20     And he said, "well, the only
21 way that I will give you an
22 official transcript is if I keep
23 all the records".
24     Now, I had taken my

Page 30

1  enrollment classes receipts, I had
2  taken payments of all the years
3  that I have been there, that I
4  have paid, moneys that I have paid
5  to the university, I had taken my
6  original diploma -- I was told
7  specifically that unless I took
8  all my documents, my original
9  documents, this man would not see
10 me -- my certification, my classes
11 for rotations, and everything.
12     And basically the deal with
13 him was that either I keep
14 everything, and you can go on.
15     And towards the end -- I
16 mean, as I said, this was the
17 thing that I don't wish to
18 anybody, because it was very -- it
19 was an awful experience.
20     And he said, when he gave me
21 the transcript -- sorry (The
22 witness is visibly upset).
23     THE CHAIRMAN: That's all
24 right.

**Page 31**

1      DR. ESTEVEZ: He said "just
2 take your transcript and get
3 out".
4 BY MR. SHEVIN:
5    Q. Now, let me ask you, with regard
6 to the original diploma, when did you --
7 when -- who did you get the -- what
8 institution issued that diploma, when did
9 you get it, and when did you leave it
10 again with Dr. Hazim?
11    A. I'm sorry, could you repeat
12 that?
13      MR. SHEVIN: Do you have the
14 question?
15      THE COURT REPORTER: Sure.
16      - - -
17      (Whereupon the reporter
18 repeated the pending question, as
19 follows:
20      "Q. Now, let me ask you,
21 with regard to the original
22 diploma, what institution issued
23 that diploma, when did you get it,
24 and when did you leave it again

**Page 32**

1 with Dr. Hazim?")
2      - - -
3    DR. ESTEVEZ: Yes.
4      The issuing institution was
5 the university that I attended,
6 Universidad Central del Este.
7      I obtained the diploma after
8 graduation, a week later after
9 graduation, from the woman in the
10 rectory that gave everybody their
11 diploma. I picked it up
12 physically.
13      I then turn it over to a
14 person within the school that took
15 all the documents to CONES to get
16 it legalized.
17      And eventually I got all the
18 papers with the seal of approval,
19 saying that everything was fine
20 and dandy, I guess, three weeks
21 after that.
22 BY MR. SHEVIN:
23    Q. And what -- the institution of
24 CONES, what do they do? Do they verify

**Page 33**

1 signatures, what do they --
2    A. They legalized all the documents
3 that the students provide, and they --
4 they make sure that all the signatures
5 are authentic.
6    Q. Okay. Do you have --
7      MR. GENTILE: Excuse me.
8 What does CONES stand for?
9      MR. SHEVIN: It stands for
10 -- let's see, the National
11 Council of Superior Education,
12 with parentheses C-O-N-E-S in all
13 caps.
14 BY MR. SHEVIN:
15    Q. Now, let me show you some
16 documents that relate to CONES.
17      And, first of all, let me
18 see if you can find the document that
19 verified the signatures on the diploma
20 itself.
21    A. Okay. Where is the -- (Witness
22 looking through documents) right here.
23 (indicating)
24    Q. Now, the document is in

**Page 34**

1 Spanish. Would you publish it to the
2 court reporter, so she can have it on the
3 record?
4    A. Translate it, you mean?
5    Q. Yes, translate it.
6    A. It's actually translated in here
7 in English. It's the National Council of
8 Superior Education, hereby certifies the
9 signature on the titled Doctor of
10 Medicine file under 20870 Page 556 NX,
11 issued on behalf of Dr. Lucrecia Estevez,
12 belongs to Dr. Jose E. Hazim, rector for
13 the University Central del Este, and it's
14 the same as such individual executes in
15 this kind of instrument.
16      It has been issued upon
17 request of the interested party of the
18 city of Santa Domingo, Dominican
19 Republic, on the twenty-fifth day of
20 February of 1998.
21    Q. Did anybody ever tell you that
22 you had to get it -- you had to get your
23 diploma verified by CONES?
24    A. It was known, once you got to

**Page 35**

1 about your eighth or ninth semester, the
2 students knew somehow, one way or the
3 other, that unless you had all your
4 documents legalized by the government
5 institution, the documents would be no
6 good.
7      I mean, you just had to get
8 it through them; and, you know, get it
9 legalized, whatever "legalized" means.
10    Q. You mentioned that the owner of
11 the school is a politician. What office,
12 if any, did he hold, to the best of your
13 knowledge?
14    A. I think it was a governor of the
15 town or place of San Pedro; but
16 definitely a governor.
17    Q. Now, there's some additional
18 CONES documents that verified other --
19    A. There are additional --
20    Q. -- parts of your education?
21      Why don't you tell us about
22 those as well?
23    A. Upon completion of the
24 rotations, which came after your last

**Page 36**

1 semester, your four clinical rotations;
2 you received a certification saying that
3 you had completed your rotations in
4 Internal Med, Family, OB-GYN, and so
5 forth, the grades you got -- and it
6 doesn't say here where you did it.
7      You know, basically they
8 certify that too. So that's the
9 certification. And CONES also -- and
10 that was signed by someone in the school,
11 and CONES also legalized that.
12    Q. Okay. Whose signature do they
13 verify in that instance?
14    A. In this instance they verified
15 Dr. Tania Acosta from the registrar's
16 office.
17    Q. Now, you mentioned a Miss Antun,
18 that wasn't at the school when you were
19 attending the school; is that correct?
20    A. That's correct.
21    Q. Okay. And did you ever get any
22 correspondence from anybody that was
23 attending the school, who was in the
24 administration, with regard to whether or

Page 37

1  not your diploma was correct or not,
2  whether or not you had not completed
3  courses, anything of that nature?
4      A.  Never.
5      Q.  And you filed an affidavit
6  recently that indicated exactly all of
7  the courses that you took at UCE and/or
8  CAHSU, in order to continue your medical
9  education.
10        Would you tell us
11 specifically what grades you received in
12 connection with the UCE-related courses,
13 where they said, first, that there's none
14 of them -- nothing exists that shows that
15 you took anything at the school; second,
16 "well, we found a few transcript pages";
17 and, third, the entire UCE curriculum?
18     A.  Okay.  To backtrack a little
19 bit, once I was able to get that final
20 transcript from the first university that
21 I attended, and I was given a certain
22 amount of credit, this -- of course, you
23 know, it was incomplete on the classes.
24        Some of the classes showed

Page 38

1  that I have never attended.  Some of the
2  classes showed that I had failed them.
3  And of course all these classes were
4  passed.
5        For instance, in the case of
6  surgical pathology, they actually issued
7  at one point one official transcript.
8        A year later I had to go
9  back, physically go back there -- because
10 this is, you know, communication is
11 another story with this school.
12        And it was upon completion
13 of the second medical school that I had
14 submitted my new documents now to the
15 ECFMG.
16        I had spoken with Mr. Kelly,
17 and he had mentioned that the whole
18 package was going to go to a board review
19 again, and so he needed to verify again
20 the transcript for the first university.
21        Well, they weren't coming
22 through, they weren't doing anything
23 about it.
24        And so I had to go

Page 39

1  physically there, and they said -- first
2  of all, they came up with this idea that
3  I owe them money, and that's why they
4  couldn't verify to Mr. Kelly's asking
5  transcript again.
6        When they eventually issued
7  that transcript to -- I guess,
8  communicate with the ECFMG, there's so
9  many discrepancies in that transcript, as
10 opposed to the very first one that they
11 gave me when I was able to get awarded so
12 many credits.
13        For instance, in the case of
14 surgical pathology on the first
15 transcript, they gave, I think it's
16 fifty-six.
17        And on the second transcript
18 they show the same class -- three
19 classes, three times taken.
20        The first time apparently I
21 passed it with an eighty.
22        The second time I failed it
23 -- I don't know why anybody would take
24 the same class twice if you passed it

Page 40

1  with an eighty, but -- so the second time
2  shows a grade of fifty-six.
3        And the third one shows a
4  grade of three.
5        And this is on one
6  instance.
7        On another instance, the
8  Pediatrics and Nosology, it shows on the
9  transcript I never attended, I'm
10 absent, I have no grade; yet I had an
11 eighty-five on that class.
12        Now, I've recently called
13 the doctor, because, as I said, I moved
14 to New York City, and I've been looking
15 for a job -- and I was just hoping that
16 in the meantime I can get a job at a
17 hospital doing anything.
18        And in most places they want
19 three letters of reference.  And I
20 already had two, and I figured he was a
21 good person, because I knew he would
22 remember me.
23        And he gave me a nice letter
24 of reference, which includes my grade in

Page 41

1  the semester that I was there.
2        Yet these people are saying
3  that I -- and this is another discrepancy
4  that is very obvious -- in saying that I
5  never went to the class, and I never, you
6  know, passed that class.
7      Q.  And you got that letter -- which
8  I think we've submitted as part of our
9  documents in this case -- you got that
10 letter from him, of recommendation, where
11 he remembered specifically that, what
12 your grade had been, and the fact that it
13 had been a pretty good grade; is that
14 correct?
15     A.  That is correct.
16     Q.  Now, are you testifying today,
17 under oath, that all of these courses,
18 with their scores, and with their
19 descriptions in the three columns, are
20 essentially what you achieved while you
21 were at UCE?
22     A.  Yes, I am.  And not only that,
23 but I just want to point out that the
24 courses that they didn't give me credit

Page 42

1  for, and that they show in some absent
2  and in some bad, low grades, what have
3  you; I had to, of course, retake it,
4  because I had to complete these courses
5  in the second medical school.
6        And I have honors in the
7  second medical school.  It wasn't like I
8  was scraping for a grade there.
9      Q.  Do you recall how many courses
10 you scored honors in in the second
11 school?
12     A.  More than ten.
13     Q.  Ten, ten to twelve, something
14 like that?
15     A.  Yes, right.
16     Q.  Okay.  Now, are there any other
17 verifications from CONES, other than the
18 ones we've just discussed, that you can
19 see?
20     A.  Basically they verified the
21 diploma, the signatures on the diploma;
22 they verified the internship.  That's
23 pretty much it.
24     Q.  So another -- just so the record

Page 43

1 will be absolutely clear; you had no
2 contact with the diploma, other than to
3 receive it from the school, and to take
4 it to an individual who was going to get
5 it verified through CONES, and to get the
6 CONES verifications; is that correct?
7   A.  That's what it was, yes.
8   Q.  Now, there was something about
9 your owing money to the institution, is
10 that correct?
11   A.  No, I don't.
12   Q.  Or that the -- on that one
13 meeting that you finally received with
14 the rector, that he said you owed money,
15 or somebody else said you owed money?
16   A.  No.  A year later, when I was
17 asked to get another transcript for
18 verification of the new documents, the
19 second medical school, the ECFMG needed
20 to go back and verify whatever credits I
21 was awarded in school one.
22       So, you know, they were
23 taking time in sending this transcript
24 again, and eventually I had to go down

Page 44

1 there.
2       And, you know, first the
3 woman had sent the wrong letter to Mr.
4 Kelly, saying something completely
5 irrelevant as to what he needed.
6       Secondly, she said that the
7 reason she gave me -- said she had not
8 sent anything, because I owed money to
9 the university. .
10      And I said "there's no way I
11 owe" -- you know, I didn't owe one penny
12 to this place.
13   Q.  Now, what was your understanding
14 about the EDUCAID funds, in terms of how
15 they would be disbursed to the
16 institution, and under what
17 circumstances?
18   A.  It is my understanding -- we
19 had, we had to apply for this Stafford
20 Loans twice a year, and we had to fill
21 out this application, take it back to the
22 rectory, to have them put their seal that
23 we were in good standing, that there were
24 no failing classes, that we were not

Page 45

1 taking any semesters off, otherwise they
2 cut you off and they don't give you any
3 more loans.
4       And once they did that, they
5 would submit the application, and we
6 would get -- actually the money would
7 come to them, the check would come to
8 them, and they would call us to the
9 rectory, we had to endorse the check, and
10 give us the change back.
11   Q.  When they said that you were in
12 good standing, as it related to courses
13 taken, what did that mean from the
14 standpoint of both -- of EDUCAID and the
15 institution?
16   A.  Okay.  Well, as far as the
17 school went, if you failed the class,
18 they would call you right away.  Because
19 if you have failing classes, they will
20 not sign for loans.
21       Because, you know, that
22 leaves, you know, an open field.  Because
23 when you're taking -- failing classes and
24 taking money and doing whatever they

Page 46

1 please with it.
2       So they had to make sure
3 that you were passing your classes and
4 that they were getting the money in
5 turn.  So --
6   Q.  All right.  Would you publish
7 paragraphs three and four of the EDUCAID
8 affidavit, which, you know, we -- which I
9 think you all have?
10      MR. SHEVIN:  And,
11 incidentally, maybe procedurally
12 what I should do is move into
13 evidence everything that we have
14 submitted to you.
15      MR. SEELING:  No, that's all
16 right.
17      THE CHAIRMAN:  That's fine.
18 We have that.
19      MR. SHEVIN:  All right.
20 BY MR. SHEVIN:
21   Q.  Okay.  Go ahead and publish
22 paragraphs three and four.
23   A.  Read that?
24   Q.  Yes.

Page 47

1   A.  Yes.
2       Paragraph three says, "these
3 moneys were funded each semester in 1994,
4 1995, ninety-six and ninety-seven to Ms.
5 Estevez and the Universidad Central del
6 Este, upon receipt of a certification at
7 the beginning of each school year from
8 the school of Ms. Estevez's attendance
9 and satisfactory progress.
10      "The Universidad Central
11 del Este issued four" -- in parentheses
12 "four" -- "such certification to
13 EDUCAID, one in each of 1994,
14 ninety-five, ninety-six and ninety-seven
15 school years".
16      And paragraph four:  "If
17 Universidad Central del Este has not
18 provided certification to Ms. Estevez's
19 enrollment and eligibility for financial
20 aid in 1994, ninety-five, ninety-six and
21 ninety-seven, EDUCAID would not have
22 advanced funds for her in each such
23 school year to continue her medical
24 education at the above medical school".

Page 48

1   Q.  All right.  Now, let me show you
2 this document that apparently started all
3 the turmoil here, and -- from Mary
4 Frances Antun to ECFMG.
5       First of all, you're not,
6 you're not taking any -- you're not
7 taking a position that ECFMG did anything
8 wrong or inappropriate, or anything of
9 that nature; is that correct?
10   A.  No, I'm not.
11   Q.  Your concern and your focus is
12 on the school UCE, is that correct?
13   A.  Yes.
14   Q.  Now, with regard to Ms. Antun,
15 what does she say in terms of 1997, and
16 what does she say in terms of the
17 diploma?
18      MR. SEELING:  Counsel, could
19 you identify that document,
20 please?
21      MR. SHEVIN:  Yes.  It's a
22 document dated June 16th, 1998.
23 And it's a memorandum that I
24 believe -- and correct me if I'm

Page 49

1  wrong, Mr. Kelly -- that was
2  transmitted by you to -- either
3  transmitted by you to Ms. Estevez,
4  or transmitted directly, you know,
5  direct -- or received directly
6  from Ms. Antun.
7      MR. KELLY: Okay. This is
8  the fax that's in -- the Committee
9  has an Attachment for, addressed
10 to Mrs. Carol Beede.
11     MR. SHEVIN: Right.
12     MR. GENTILE: It's June
13 22nd, 1998?
14     MR. KELLY: Yes, that's it.
15     THE CHAIRMAN: Yes, we have
16 it.
17     MR. SHEVIN: Okay. This is
18 June -- our thing says June 16th,
19 our copy.
20     MR. KELLY: 16th, yes.
21 BY MR. SHEVIN:
22  Q. In any event, go ahead and
23 publish this --
24  A. Okay.

Page 50

1  Q. -- this affidavit or this memo
2  document.
3  A. Okay. It's from Mary Frances
4  Antun, and it's actually -- it's
5  addressed to the ECFMG, with reference to
6  myself.
7      And it says: "Attached
8  please find form 399 A, Lucrecia Estevez,
9  Student I.D. Number" such and such --
10 well, 55538 -- "withdrew from Universidad
11 Central del Este in October 1997. She
12 did not complete the curriculum of our
13 school of medicine nor graduate from
14 UCE. The diploma that she has attached
15 is completely a false one".
16  Q. Now, did Ms. Antun say in that
17 document that this was -- that the --
18 that the document was a false diploma,
19 period, without any copy, or indication
20 of the -- of what the reason was, or who
21 might have tampered with the diploma?
22      Was there anything of that
23 nature whatsoever communicated in this
24 document, other than in big black print

Page 51

1  "false diploma"?
2  A. This document was sent to the
3  ECFMG. And the first time I ever saw it
4  was when Mr. Kelly sent it to me in a
5  package.
6      So if it has a hidden
7  meaning, I have no idea. But, you know,
8  that's what I read.
9  Q. And this is the woman that you
10 said was never at the school during the
11 time that you attended?
12  A. No.
13  Q. Okay. Now, what does it say --
14 does it say the same thing in Spanish on
15 the second page, that you just read in
16 English?
17  A. (The witness reviewed the
18 document).
19      Yes.
20  Q. Okay. And has anybody ever
21 given you an explanation, from UCE, as to
22 how and why this was false, when, in
23 effect, it wasn't in your possession
24 during the period of time that this woman

Page 52

1  was sending a memo about a false
2  diploma?
3  A. No.
4  Q. You got the -- you got the
5  verified document back, the verified
6  diploma, from CONES --
7  A. Yes.
8  Q. -- and you gave it -- and you
9  went to the school to try to have a
10 meeting with the rector; is that
11 correct?
12  A. Yes, sir.
13  Q. And the rector said he would not
14 talk to you unless you turned over to him
15 the diploma and all documents relative to
16 your applications and your course work;
17 is that correct?
18  A. Absolutely.
19  Q. Okay. Did you ever get that
20 diploma back?
21  A. No. That was a condition, that
22 he would issue an official transcript
23 only, and only if I left all my original
24 documents with him; including those

Page 53

1  documents for payments which I had made
2  through all the four years of my medical
3  career.
4  Q. Do you have any idea what would
5  have happened to this diploma after you
6  turned it over to Mr. Hazim?
7  A. No.
8  Q. You've never had it returned to
9  you --
10  A. No.
11  Q. -- is that correct?
12  A. No.
13  Q. Now, at some point in time, at
14 my request, you requested an affidavit
15 from the financier of the education, is
16 that correct?
17  A. Yes, that's correct.
18  Q. And her name was Tara
19 Kolvenbach, is that correct?
20  A. That's right.
21  Q. And, again, I'd -- again, this
22 is part of your documents, I believe --
23 but, basically, I would just ask that you
24 read paragraphs three and four, publish

Page 54

1  it for the record.
2  A. I believe I --
3  Q. Yeah, that you've actually read,
4  yes.
5      So, basically, EDUCAID said
6  under no circumstances would they have
7  released funds, unless they had been
8  receiving status reports, with
9  satisfactory progress in all courses; is
10 that correct?
11  A. That is correct.
12     THE CHAIRMAN: Mr. Shevin,
13 we're going to run longer than our
14 time allotted.
15     Let me just see if I can
16 summarize what you have said so
17 far.
18     Now, I understand, your
19 point is that the school in the
20 Dominican Republic lied about her
21 not being there, and took her
22 diploma and kept it.
23     MR. SHEVIN: Yes.
24     THE CHAIRMAN: They're -- we

Page 55

1  can't believe what they're telling
2  us, because they're liars, is that
3    --
4     MR. SHEVIN: Well, I'm not
5  saying -- and there's going to be
6  evidence further --
7     THE CHAIRMAN: I understand.
8  But --
9     MR. SHEVIN: Further
10 evidence on that.
11    THE CHAIRMAN: -- so far, the
12 reason that we got into this
13 situation was that we asked the
14 dean of that medical school to
15 verify her diploma, and he said
16 it's false.
17    And your contention is that
18 you've got evidence they said she
19 passed the courses, they took the
20 money.
21    She believed she graduated,
22 and now they're lying.
23    MR. SHEVIN: Well,
24 obviously, if they weren't

Page 56

1  certifying that they were entitled
2  to this money on a regular basis,
3  and looking at her academic
4  record, then they wouldn't be
5  getting the money.
6     THE CHAIRMAN: All right.
7     MR. SHEVIN: And to that
8  extent, yes, we're saying that.
9     THE CHAIRMAN: Okay. And to
10 you know, we have -- we have this,
11 we have your -- I don't think we
12 need to publish it all.
13    If there are points you need
14 to make, go on ahead.
15    MR. SHEVIN: Okay. And I'm
16 going to look at my notes and see
17 if I can prune it down a little
18 bit.
19    THE CHAIRMAN: Okay.
20    MR. SHEVIN: Do you all have
21 this?
22    Off the record.
23      - - -
24    (Whereupon there was a

Page 57

1  discussion off the record)
2      - - -
3     MR. SHEVIN: I think that's
4  basically all I have. Because I
5  think that's the main focus of
6  this case.
7     THE CHAIRMAN: All right.
8  Did you want --
9     MR. SHEVIN: I still want Dr.
10 Modavi to testify briefly.
11    THE CHAIRMAN: We'll need
12 him to be sworn too, and then
13 we'll hear that.
14    THE COURT REPORTER: And
15 your full name, sir.
16    DR. MODAVI: Yes, Maurice
17 Modavi, M-O-D-A-V-I.
18
19    MAURICE MODAVI, having
20 first been duly sworn, was
21 examined and testified as follows:
22
23      - - -
24

Page 58

1      - - -
2      EXAMINATION
3
4  BY MR. SHEVIN:
5     Q. Sir, for the record would you
6  state your name and your -- and your
7  business and residence address, as well
8  as your profession?
9     A. My name is Maurice Modavi. I'm
10 the dean of Central America Health
11 Sciences University School of Medicine.
12    I live -- my primary
13 residence is in El Paso, Texas. I travel
14 to Mexico and the Middle East on a
15 regular basis for managing and overseeing
16 the school operation.
17    Q. And you know that Ms. Estevez
18 was a student at your institution, is
19 that correct?
20    A. That's correct.
21    Q. And how would you describe her,
22 both as a student and a person?
23    A. She -- she was well-behaved, and
24 there is nothing unusual that I can --

Page 59

1  that I can recall.
2     Q. Did she have -- did she make
3  honors grades in many courses?
4     A. She did, as far as I remember,
5  yes.
6     Q. Was it between ten and twelve
7  courses that she had honors grades?
8     A. More or less.
9     Q. Okay. And basically did she
10 fulfill all of the requirements to get a
11 degree?
12    A. Based on the -- on the
13 requirements that the university has, you
14 have to have, to establish one year of
15 residency at Central American Sciences
16 University before you can graduate.
17    Transcript from previous
18 university was evaluated by our
19 evaluation, and they recommended for her
20 to pursue and take the courses that she
21 completed before graduation.
22    Q. Okay. And basically she has
23 taken those courses?
24    A. That's correct.

Page 60

1     Q. And at this point the only thing
2  that holds her back from becoming a
3  doctor and practicing medicine is
4  essentially the fact that she hasn't had
5  her residency?
6     A. Well, graduating as -- with a
7  degree of Doctor of Medicine is the first
8  step.
9     And then she has to meet her
10 requirements by passing the USMLE and
11 obtaining ECFMG certification. After
12 that, residency.
13    Q. And you're aware of the fact
14 that she has been delayed in that process
15 by some ten years, approximately, from
16 the date that the --
17    A. I cannot give you the exact,
18 exact number of years; but I understand
19 that she has been delayed.
20    Q. Okay. Now, you have -- have you
21 had a number of UCE students transfer
22 from their institution -- from that
23 institution to your institution?
24    A. I cannot pinpoint UCE students.

Page 61

1 But we have had a group of students
2 transfer from the Dominican Republic,
3 especially after they closed down several
4 universities a few years ago.
5   Q.  You don't know of any that were
6 specifically at UCE?
7   A.  I don't recall exactly anybody
8 specifically at UCE.
9   Q.  Have you heard from students
10 that have come from institutions in the
11 Dominican Republic talk about their
12 experiences?
13   A.  We have had -- we have had
14 several students talk about what they
15 have to experience, in order to obtain
16 their records from Dominican Republic.
17   Q.  And what kind of communications
18 have you received in that regard?
19   A.  I'll use an example, there were
20 two couples.  Both couples were enrolled
21 in the medical school in Dominican
22 Republic.  They were in the same class,
23 same university.
24        And the university was

Page 62

1 ordered to be closed by the Dominican
2 Republican Government.  I don't know the
3 exact reason behind it, but several of
4 them were closed.
5        My understanding was that
6 they were -- there were some
7 irregularities specifically in relation
8 to guaranteed loan issues.
9        But these students, one
10 couple was able to obtain his transcript,
11 with all his courses listed on it.
12        And the other couple, who
13 attended the same classes, at the same
14 university, could not get their
15 transcript with all those courses listed
16 on the transcript.
17        At that time the transcripts
18 were not being issued by the university
19 any longer; CONES was producing the
20 documents because the university was
21 closed.
22   Q.  Now, at some point in time I
23 think you referred -- either in a written
24 document or verbally to the -- to what

Page 63

1 took place at UCE as a bureaucratic
2 bungle.
3        What did you mean by the
4 terminology "bureaucratic bungle"?
5   A.  Well, there is -- Dominican
6 Republic, as I have learned from the
7 students, is a -- an environment that
8 bureaucracy flourishes.
9        And not necessarily does
10 everything that the student or
11 individuals who are -- who are doing
12 reflect as is, at all times.
13        My understanding is that
14 several universities over the course of
15 years have opened and closed.
16        And some of it has been due
17 to irregularities that was found by the
18 government; some of them were due to
19 political orientation of the university
20 owners; some of them were due to internal
21 complications at the university.
22        If you're more specific, I
23 can be more -- if you ask me more
24 specific questions.

Page 64

1   Q.  Well, give me a few instances, a
2 few specific examples, of students that
3 have taken those approaches, and why they
4 told you they did that?
5   A.  Approaches?
6   Q.  Some students had done this, and
7 some students have done that.  Why don't
8 you give us some specific examples?
9   A.  My understanding, from what
10 records we have received in different
11 times, is that the CONES, back in 1993,
12 ninety-four, was formed by the government
13 of Dominican Republic in order to
14 standardize or oversee the activity of
15 different universities in relation to
16 their records.
17        And, for instance, one of
18 the universities which was -- was closed,
19 Uniremhos, for a period of time, they --
20 the government, through the CONES,
21 apparently took over the records of the
22 university.
23        Now, some of the records
24 were not being given to the CONES;

Page 65

1 because the individuals who had the
2 records at Uniremhos owed tuition to
3 Uniremhos.
4        And some of the -- some of
5 the students who had to go get those
6 records were able to get it directly from
7 CONES.
8        Some of them had to go back
9 to Uniremhos and request those records,
10 after having to deal with certain tuition
11 requirements that they had with -- with
12 Uniremhos.
13        But not at all times did all
14 records surface at CONES, for whatever
15 reason, that the records were not -- were
16 not surfacing at CONES.
17        They were telling me that
18 they cannot get -- get one record or
19 another, because CONES does not have it,
20 because university did not turn it over
21 to CONES.
22        And they were reciting the
23 reason as university wanting to get paid,
24 for whatever reason it was, whether it

Page 66

1 was the tuition fee or other issues.
2        There are differences in --
3 in the records of people, if they have
4 been there at the same time, same place;
5 and one of them could get the records and
6 the other one couldn't.  I have seen that
7 one.
8   Q.  But you -- what about the
9 bureaucratic bungle that I have made
10 reference to before?  You haven't
11 answered that question.  What did you
12 mean by that?
13   A.  Well, the bureaucracy down there
14 --
15   Q.  In this particular situation?
16   A.  Well, I was -- I was referring,
17 in terms of the bureaucracy up there, as
18 the whole society or whole environment in
19 Dominican Republic.
20        One clear issue is that in
21 Dominican Republic, at least several
22 years ago, there was no security, job
23 security, in any -- in any form or
24 shape.

**ECFMG Hearing**  CondenseIt!™  **Lucrecia Teresa Estevez**

<table>
<tr><td valign="top">

Page 67

1  If you would sign up to be a
2  policeman, you would work for about
3  thirty years. And at the time of
4  retirement, you would not have a
5  pension.
6  Also in some other, some
7  other jobs.
8  Therefore, the people who
9  take a job, they would -- they would
10 create their own bureaucracy and
11 corruption in order to support and
12 sustain themselves after retirement.
13 So it was not unusual to see
14 policemen, clerics, university personnel
15 and others, to try to extort money from
16 students, passersby.
17 It was a cultural problem
18 across the board.
19 And it would turn into a
20 situation where the bureaucracy was
21 centered around support to sustain
22 themselves in the long term.
23 There were some students who
24 would go in there and they would ask for

</td><td valign="top">

Page 70

1  I'm sure it's reinforcing -- is
2  that the institutions of the
3  Dominican Republic are flawed.
4  We've --
5  MR. SHEVIN: Okay.
6  THE CHAIRMAN: We can
7  believe that.
8  MR. SHEVIN: Okay.
9  BY MR. SHEVIN:
10 Q. Aside from the ten to twelve
11 honors courses that Ms. Estevez achieved
12 grades in, was she successful in her
13 practicals and her rotations at the
14 school, at your school -- which I can
15 abbreviate C-A-H-S-U, CAHSU?
16 A. Well, the grades I received from
17 different professors, whether they were
18 in basic science courses that she had to
19 repeat, or clinical rotations, has been
20 satisfactory or honors.
21 We have -- our grading
22 system is zero to seventy-five is a
23 failing grade; seventy-five to
24 eighty-nine is a pass; ninety and above

</td></tr>
<tr><td valign="top">

Page 68

1  the transcripts. They weren't going to
2  be produced until they paid someone.
3  CONES was created to oversee
4  the activity of the universities. And it
5  was not by itself a reso -- a solution to
6  the problem, it was more of another
7  bureaucracy complicating the first
8  bureaucracy.
9  CONES's office, as they --
10 as it has been described to me, is not a
11 very friendly environment. You go in
12 there, there is a wall. You go give your
13 name, they tell you to come back
14 tomorrow.
15 If you go there tomorrow,
16 you should expect not to have what they
17 have promised you to have. Then you have
18 to return up there.
19 You may have to go several
20 times between CONES and the primary
21 institution, to get the primary
22 institution to give CONES the necessary
23 documents.
24 CONES has to go back and

</td><td valign="top">

Page 71

1  is honors.
2  And they have graded her
3  based on those standards --
4  Q. And do --
5  A. -- and her clinical score based
6  tests.
7  Q. Do you think it's probable that
8  if she had failed courses a number of --
9  if she had been given failing grades in
10 courses by UCE, and then performed
11 extremely well in those courses, that
12 there would be some kind of inconsistency
13 between the first school and your
14 school?
15 A. Well, the --
16 Q. Or would it be possible or
17 probable that that could happen?
18 A. Well, the inconsistency arises
19 from the fact that she was -- she was
20 able to successfully complete the work
21 that was assigned to her.
22 Now, if they have indicated
23 that she failed or was incapable of doing
24 that in Dominican Republic, there is an

</td></tr>
<tr><td valign="top">

Page 69

1  forth, and it's not always done in a
2  regular fashion. It -- things get lost.
3  They're extended.
4  It is just basically a
5  bureaucracy that I think could do
6  anything to create a bungle for you.
7  She probably had something
8  similar, if CONES had approved a
9  signature and then goes back to the
10 university, and the university says what
11 CONES has approved does not exist.
12 Q. But that didn't happen in this
13 case, did it?
14 A. Well, from the documentation you
15 have presented, CONES had approved --
16 Q. Right.
17 A. -- the signature; and the
18 university says that it did not exist, or
19 it is a false signature.
20 Now, who do you believe,
21 CONES or the individual? And this would
22 --
23 THE CHAIRMAN: Mr. Shevin,
24 this, again, this testimony -- and

</td><td valign="top">

Page 72

1  inconsistency in that. So --
2  Q. All right.
3  MR. SHEVIN: I have a
4  two-page document, and I'm not
5  positive because the witness
6  brought it down with him today and
7  -- but I have a two-page document
8  that sort of summarizes her record
9  at your school.
10 First of all, could we mark
11 this as an exhibit, so that it's
12 -- I don't think that's one of
13 the documents, because --
14 MR. KELLY: We have on
15 record a verified transcript from
16 Central America Health Sciences
17 University --
18 DR. ESTEVEZ: I think it's
19 --
20 MR. SHEVIN: No, this is the
21 document.
22 MR. GENTILE: We have it.
23 THE CHAIRMAN: Yes.
24 MR. SHEVIN: Okay.

</td></tr>
</table>

**Irene Bernstein, RDR**  Page 67 - Page 72

Page 73

1 BY MR. SHEVIN:
2   Q. First of all, would you tell me
3 how many honors, how many honors grades
4 -- which would be ninety and above --
5 she scored on that document?
6   A. I count twelve honors here.
7   Q. Okay. And do you recall that in
8 any of these honors that basically she
9 had gotten less than average grades or
10 failing grades from the first school,
11 UCE?
12   A. To be honest with you, I don't
13 recall the exact -- I can't
14 cross-reference that exactly.
15   •   But I do remember there was
16 one or two courses that they were, the
17 evaluations was indicating that she had
18 not completed successfully at the --
19   Q. And she was either absent --
20   A. Yes.
21   Q. -- or had not completed it at
22 all, satisfactorily?
23   A. Something to that effect was
24 being told to me.

Page 74

1       But since I don't match
2 them, and I don't do the evaluation, I
3 cannot tell you exactly what courses they
4 were.
5   Q. Okay. In retrospect, was it --
6 and you, as the rector of CAHSU -- in
7 retrospect was it a good or bad decision
8 to have accepted Lucrecia Estevez as a
9 medical student at CAHSU?
10   A. We have had no, absolutely no
11 problems with Ms. Estevez. She has not
12 created any complications, and she has
13 met her requirements as set forth by the
14 university.
15       So I cannot say that we had
16 any bad -- we made a bad decision. It
17 was a good decision to accept her.
18   Q. Okay.
19   A. She has made proper progress
20 during the course of her enrollment at
21 the university.
22   Q. All right.
23       MR. SHEVIN: I have nothing
24 further.

Page 75

1       THE CHAIRMAN: Questions
2 from panel?
3       MR. SEELING: Yes.
4       THE CHAIRMAN: Mr. Seeling.
5       MR. SEELING: Yes, I have a
6 couple of questions.
7       Dr. Estevez, just for the
8 record, who is Renee Garcia Szabo,
9 M.D., Ph.D.?
10       DR. ESTEVEZ: Renee Garcia,
11 originally he was a physiology, my
12 physiology teacher; and eventually
13 he got promoted to assistant
14 dean.
15       MR. SEELING: And you know
16 him?
17       DR. ESTEVEZ: Yes, of
18 course.
19       MR. SEELING: And he knows
20 you?
21       DR. ESTEVEZ: Yes.
22       MR. SEELING: By the way,
23 UCE is still in existence,
24 correct?

Page 76

1       DR. ESTEVEZ: That I know
2 of, yes.
3       MR. SEELING: Still
4 operating?
5       DR. ESTEVEZ: Yes.
6       MR. SEELING: And still has
7 students?
8       DR. ESTEVEZ: Yes.
9       MR. SEELING: Okay. What
10 was your professional relationship
11 like with Dr. Garcia Szabo?
12       DR. ESTEVEZ: As I said, he
13 was my physiology teacher, so I
14 had him for one semester.
15       Then towards the end, the
16 very last semester, about ten, ten
17 students hired him, outside from
18 the school, and -- to tutor us for
19 the USMLE.
20       MR. SEELING: You never had
21 any problems with him?
22       DR. ESTEVEZ: No.
23       MR. SEELING: And he never
24 had any problems with you?

Page 77

1       DR. ESTEVEZ: No.
2       MR. SEELING: Thank you.
3       THE CHAIRMAN: Any other
4 questions?
5       MR. GENTILE: I have.
6       THE CHAIRMAN: Mr. Gentile?
7       MR. GENTILE: On these loans
8 that you have referenced, and that
9 you indicate that they had to --
10 in order to receive the loan
11 payment, or for you to get the
12 loan payment, they had to verify
13 that you completed the course
14 study?
15       DR. ESTEVEZ: And that I was
16 making progress.
17       MR. GENTILE: Did you, when
18 you submitted those, who did you
19 submit those loan requests to?
20       DR. ESTEVEZ: I actually
21 took it to a woman named Dona
22 Blanca. She was the aunt of the
23 rector, and she was the person in
24 charge of it.

Page 78

1       MR. GENTILE: So you
2 actually submitted those loan
3 requests to the school?
4       DR. ESTEVEZ: Yes, to the
5 school.
6       MR. GENTILE: And they
7 verified it, and sent it in?
8       DR. ESTEVEZ: Yes, that's
9 right.
10       MR. GENTILE: Did you
11 receive the check or did the
12 school receive the check?
13       DR. ESTEVEZ: The school
14 received the check.
15       MR. GENTILE: Were you
16 required to sign that check?
17       DR. ESTEVEZ: Yes. We
18 endorsed the check. Because the
19 check came in both of our names,
20 my name and their name.
21       MR. GENTILE: Okay. On this
22 verified transcript that you
23 finally received --
24       DR. ESTEVEZ: Um-hmm.

ECFMG Hearing                    CondenseIt!™                    Lucrecia Teresa Estevez

**Page 79**

1  MR. GENTILE: -- when you
2  received that, did the rector sign
3  that for you as well?
4  DR. ESTEVEZ: When I
5  eventually took it, the very last
6  one?
7  MR. GENTILE: Yes.
8  DR. ESTEVEZ: I believe that
9  transcript was signed by someone
10 in the register's office.
11 MR. GENTILE: It was not
12 signed by the dean, though?
13 DR. ESTEVEZ: No, not that I
14 --
15 MR. GENTILE: Okay. And on
16 that verified transcript, were all
17 of the courses that you took
18 listed?
19 DR. ESTEVEZ: They were
20 listed, but not with a passing
21 grade.
22 MR. GENTILE: Why did you
23 accept the transcript, then?
24 DR. ESTEVEZ: The choice was

**Page 80**

1  I either take what I'm giving you
2  and get out; or -- you know what
3  I'm saying, you have papers that
4  are no good; and, you know, why --
5  what else was I supposed to do?
6  MR. GENTILE: Well, at that
7  time could you not have made a
8  complaint to the U.S. department
9  that was providing those loans to
10 the school, that they were not
11 adequately providing that to you?
12 Did you ever make that
13 complaint?
14 DR. ESTEVEZ: No.
15 MR. GENTILE: Why?
16 DR. ESTEVEZ: Well, number
17 one, I didn't think of it.
18 Number two, my objective at
19 that one point was to resolve the
20 problem, to get my credits in
21 order; to notify the ECFMG that
22 everything had been resolved.
23 I mean, I wasn't -- I really
24 wasn't thinking in terms of a

**Page 81**

1  loan. I was thinking in terms of
2  resolving the problem with my
3  diploma.
4  MR. GENTILE: Okay. Thank
5  you.
6  THE CHAIRMAN: Other
7  questions?
8  MR. PRIVITERA: I have --
9  actually may I ask a real quick
10 one for Dr. Modavi, and one more
11 actually for Mr. Shevin.
12 Dr. Modavi, in all your
13 years as a physician and as an
14 educator, have you ever come
15 across a situation -- aside from
16 Dr. Estevez's -- where there was a
17 situation where a student
18 graduated from the university in
19 the Dominican Republic, went to
20 obtain their credentials, their
21 diploma or whatever, evidence of
22 the fact that they had been there;
23 that they were denied access to
24 those records, for no apparent

**Page 82**

1  reason, forced to transfer to
2  another university to complete
3  studies that had already been
4  completed presumably at the school
5  where she really graduated from,
6  and then follow it up by sending
7  falsified diplomas to some medical
8  licensing board to prevent that
9  physician from being able to
10 practice medicine or enter into a
11 residency program?
12 In other words, my question
13 is, have you ever heard of a
14 situation like this, aside from
15 Dr. Estevez's situation?
16 MR. SHEVIN: Just -- I -- I
17 have a reservation to even say
18 anything at this point.
19 But I do want, for the
20 record, to indicate that the
21 hypothetical doesn't encompass all
22 of the facts that are in evidence
23 and have been testified to by
24 either Dr. Modavi or Ms. Estevez.

**Page 83**

1  And I think it's an
2  inappropriate hypothetical to
3  ask.
4  MR. PRIVITERA: I'll
5  rephrase my question, then.
6  My question is given what
7  you've heard today from Dr.
8  Estevez, and given what -- that
9  statement, plus all the documents
10 that she submitted in support of
11 her position; have you heard of
12 another situation that mirrors Dr.
13 Estevez's situation?
14 MR. SHEVIN: And I -- just
15 to add to the objection -- it's
16 also, I think, irrelevant and
17 immaterial, that, as it relates to
18 a question to this witness.
19 MR. SEELING: The rules of
20 evidence for this proceeding have
21 been quite informal and loose. So
22 I think --
23 THE CHAIRMAN: Yeah.
24 MR. SHEVIN: Well, I haven't

**Page 84**

1  --
2  MR. SEELING: He can
3  respond.
4  THE CHAIRMAN: Do you know
5  of another case like this?
6  DR. MODAVI: I don't know of
7  cases which are exactly identical,
8  but I know of cases of people who
9  have completed their medical
10 education and they cannot
11 graduate.
12 THE CHAIRMAN: The Dominican
13 Republic has a crappy record
14 system.
15 But do you know of another
16 example like this?
17 DR. MODAVI: There are --
18 there are -- I don't know whether
19 two or four applicants, who are
20 Puerto Ricans, and they attended
21 medical school in the Dominican
22 Republic.
23 I was talking to our
24 admissions office several days

Irene Bernstein, RDR                    Page 79 - Page 84

ECFMG Hearing                    CondenseIt!™                    Lucrecia Teresa Estevez

Page 85

1  ago, and they said that these guys
2  have stipulated that they
3  completed all their medical
4  education and they cannot
5  graduate.
6      I don't know the details of
7  why and how yet.
8      But if they go through their
9  application process, I will learn
10 that.
11     MR. PRIVITERA:  Thank you.
12 I appreciate that.
13     THE CHAIRMAN:  Did you have
14 a second one?
15     MR. PRIVITERA:  Yes.
16     Mr. Shevin.
17     MR. SHEVIN:  Excuse me, I
18 didn't think I was a witness.
19     MR. PRIVITERA:  I just --
20 well, I'll ask Dr. Estevez, then.
21     MR. SHEVIN:  Yes, she
22 probably knows better.
23     MR. PRIVITERA:  You could
24 probably -- I assume you'll jump

Page 86

1  in, in a moment.
2      Dr. Estevez, if you had the
3  best possible result you can get
4  today, what is it that you're
5  asking for exactly?  What is it
6  that you want this Committee to do
7  on your behalf?
8      DR. ESTEVEZ:  I'm asking you
9  to please look at all the
10 documents, very carefully, and
11 also look into your hearts,
12 because I haven't done anything
13 wrong, and allow me to take the
14 exam.
15     That's all.
16     MR. PRIVITERA:  Okay.  I
17 have nothing else.
18     Thank you.
19     THE CHAIRMAN:  I have one
20 question, Dr. Estevez, and it's a
21 little bit long.
22     How many students were in
23 your class in the Dominican
24 Republic?

Page 87

1      DR. ESTEVEZ:  When I started
2  the Dominican Republic, there were
3  about eighty in my class.
4      THE CHAIRMAN:  How many of
5  those were foreigners?
6      DR. ESTEVEZ:  Oh,
7  foreigners?
8      THE CHAIRMAN:  Like you?
9      DR. ESTEVEZ:  Oh, yes.
10     Fifteen, twenty.
11     THE CHAIRMAN:  And you were
12 there for four years?
13     DR. ESTEVEZ:  Yes, sir.
14     THE CHAIRMAN:  Do you keep
15 in touch with any of those
16 people?
17     DR. ESTEVEZ:  No.
18     THE CHAIRMAN:  You don't?
19     DR. ESTEVEZ:  No.
20     THE CHAIRMAN:  You weren't
21 friends with any of them?
22     DR. ESTEVEZ:  I knew them,
23 but I was not friends with them.
24 They were from Chicago, from

Page 88

1  California, from Puerto Rico.
2  There were a couple from Florida.
3      THE CHAIRMAN:  Right.
4      DR. ESTEVEZ:  You know, I
5  did not keep in touch.
6      THE CHAIRMAN:  The scenario
7  that if we believed your side of
8  the story, that we would believe
9  was that either the rector and the
10 medical school are grossly
11 incompetent, horribly incompetent,
12 or sleazy in a terrible way,
13 extorting money from her to get
14 her to stay in school a couple
15 more times.
16     Do you know of any reason
17 that you would have been singled
18 out as the person to have had that
19 happen, the extortion part?  And
20 did it ever happen to anyone else
21 in your class, that you knew, any
22 of the other --
23     DR. ESTEVEZ:  Yes.
24     THE CHAIRMAN:  -- foreigners

Page 89

1  that were there --
2      DR. ESTEVEZ:  Yes.
3      THE CHAIRMAN:  -- that you
4  --
5      DR. ESTEVEZ:  Yes, I would
6  like to add to that.
7      I don't think the rector and
8  the other person were grossly
9  singled out as -- whatever you
10 just said.  I think it was more
11 than that.
12     And, yes, there were many
13 cases before me.  I knew of two
14 student that had pretty much the
15 same situation before me.
16     One guy who actually -- you
17 know, I guess he wasn't able to
18 work things out, and he went back
19 home and got a hotel, a room, and
20 shot himself.
21     And I know another woman
22 whose father is a very -- a
23 prominent surgeon.  And nobody
24 ever heard from her again.

Page 90

1      But I did know of those two
2  cases before me.
3      And this did happen, not
4  only to me, but it happened quite
5  often, more than one cares to
6  know.
7      Except you never think it's
8  going to happen to you.  You're
9  into your studies, you're in
10 there, you go, you want to finish,
11 you're into your things.
12     When you hear about these
13 things, you just -- you know --
14 but it did happen.  It wasn't that
15 it only happened to me.
16     THE CHAIRMAN:  You had a
17 question?
18     DR. POWELL:  I did.
19     When you left the Dominican
20 Republic and went back to the
21 United States in 1997, after your
22 documents, you received the
23 documents from the school and then
24 they had been certified by CONES;

Irene Bernstein, RDR                    Page 85 - Page 90

ECFMG Hearing | Condenselt!™ | Lucrecia Teresa Estevez

Page 91

1 did you take your -- a copy of
2 your diploma or your original
3 diploma with you back to the
4 United States?
5     DR. ESTEVEZ: Okay. When I
6 went back, I actually went back in
7 1998, not in 1997.
8     DR. POWELL: No, I didn't
9 mean go back to the Dominican
10 Republic. I meant -- you went to
11 medical school?
12     DR. ESTEVEZ: Yes.
13     DR. POWELL: And you
14 graduated?
15     DR. ESTEVEZ: And I went --
16     DR. POWELL: You got a
17 diploma?
18     DR. ESTEVEZ: Yes.
19     DR. POWELL: And all -- the
20 diploma and the signatures were
21 certified by CONES?
22     DR. ESTEVEZ: Yes, ma'am.
23     DR. POWELL: And then you
24 went home to the United States,

Page 92

1 and you were taking the first part
2 of the --
3     DR. ESTEVEZ: Yes, ma'am.
4     DR. POWELL: -- USMLE?
5     DR. ESTEVEZ: Yes.
6     DR. POWELL: When you went
7 back home to the United States,
8 before you took the first part of
9 the USMLE, before you applied to
10 ECFMG --
11     DR. ESTEVEZ: Um-hmm.
12     DR. POWELL: -- did you take
13 your diploma with you, or did it
14 stay in the Dominican Republic?
15     DR. ESTEVEZ: I never left
16 the Dominican Republic until I had
17 my diploma and all my records
18 completed.
19     DR. POWELL: Okay.
20     DR. ESTEVEZ: Once I had all
21 that completed and sealed and
22 everything, is when I went back
23 home.
24     Eventually, when I went

Page 93

1 back, to speak with the rector, I
2 took the documents.
3     DR. POWELL: You took the
4 documents with you?
5     DR. ESTEVEZ: Yes.
6     DR. POWELL: Thank you.
7 That's all I wanted to know.
8     THE CHAIRMAN: Any other
9 questions?
10         - - -
11     (No response)
12         - - -
13     THE CHAIRMAN: No?
14     MR. SHEVIN: Could I just
15 ask one thing?
16     Did you ask the rector to
17 look into his storage facility,
18 and try and determine, try and
19 pull out the accurate records that
20 would support the courses that you
21 took, and things of that nature,
22 in order to have a verified
23 transcript?
24     DR. ESTEVEZ: Yes, I did. I

Page 94

1 did that when he showed me the
2 transcript -- the transcript with
3 only an amount, a certain amount
4 of credit.
5     But that's when he was -- he
6 said no, that's it, that's all he
7 found, and he was not going any
8 further.
9     MR. SHEVIN: Did they have
10 any kind of computerized program,
11 that listed or designated what all
12 those documents were?
13     DR. ESTEVEZ: No, they had
14 no such thing. It was man --
15     MR. SHEVIN: What was the
16 nature of the, of their storage
17 system?
18     DR. ESTEVEZ: It was -- the
19 records were kept in the
20 basement.
21     Basically the -- when you
22 finished a course, towards the end
23 of the semester, you had to make
24 sure you knew what grade you were

Page 95

1 getting; because you never knew
2 what the next semester would
3 bring, if your grade was going to
4 show up or not.
5     Or even if it did, you were
6 always worried, you know, two
7 semesters down the pike, it just
8 -- it would not be there.
9     So basically sometimes you
10 went back to the rectory, to make
11 sure that the grade had been
12 recorded.
13     And they would give you
14 answer, whoever was on the window
15 -- because they had, like, three
16 or four windows -- and they would
17 say things like, well, you know,
18 "it doesn't show, but we have to
19 look in the basement".
20     So from my recollection, the
21 only thing that I could think of
22 was they kept all the records in
23 the basement.
24     I guess when the teachers

Page 96

1 turned in the grades, they kept
2 the original records down in the
3 basement.
4     This is why later on, when I
5 went to him, I said, "please look
6 in the basement, because I know my
7 records are there".
8     MR. SHEVIN: And what was
9 his response to that?
10     DR. ESTEVEZ: Well, he
11 didn't want to look any further.
12 That was the end of that.
13     MR. SEELING: Dr. Estevez,
14 the individual who signed the
15 formal response to us, that the
16 ECFMG received in June of 1998,
17 was Dr. Renee Garcia Szabo, M.D.,
18 Ph.D., whom you indicated you had
19 a good relationship with.
20     Did you ever -- he was the
21 person who actually signed the
22 formalized response, that
23 indicated that "the attached
24 diploma was completely false" --

Irene Bernstein, RDR | Page 91 - Page 96

**ECFMG Hearing**                    **CondenseIt!™**                    **Lucrecia Teresa Estevez**

Page 97

1  DR. ESTEVEZ: Um-hmm.
2  MR. SEELING: -- "MS.
3  Estevez has not completed her
4  studies at this university, nor
5  has she completed the four courses
6  of our school of medicine".
7  DR. ESTEVEZ: Um-hmm.
8  MR. SEELING: Given the fact
9  that you did have an ongoing good
10  relationship with this individual,
11  did you ever go to him and
12  confront him with what you thought
13  was this false information?
14  DR. ESTEVEZ: As a matter of
15  , fact, I did try to speak with him,
16  and he would not have anything to
17  do with me.
18  This is why, when I -- when
19  I -- one of the times when I spoke
20  with Mr. Kelly, and he said,
21  "well, I am not -- I haven't been
22  speaking with the rector" -- not
23  the rector, the dean, or the
24  assistant dean -- he said, "I've

Page 98

1  been speaking with this woman".
2  But I actually, I actually
3  wanted him to speak with Mr.
4  Garcia. And, you know, he just
5  would not see me.
6  I was -- I was told
7  specifically that I had to see the
8  rector. In other words, you know,
9  "I don't want to deal with you",
10  you know, "let the rector handle
11  it".
12  So I couldn't even speak
13  with him.
14  MR. SEELING: Thank you.
15  THE CHAIRMAN: No other
16  questions?
17  MR. PRIVITERA: No, no other
18  questions.
19  THE CHAIRMAN: Thank you all
20  for coming. Thank you for your
21  testimony.
22  There will be a decision,
23  and you will be hearing from us in
24  writing probably in a couple of

Page 99

1  weeks.
2  MR. SHEVIN: Thank you.
3  DR. ESTEVEZ: Thank you very
4  much.
5          - - -
6  (Whereupon the doctor and
7  her counsel and Dr. Modavi left
8  the hearing room at or about 4:30
9  p.m., and then the reporter left
10  the hearing room so the Committee
11  could discuss the matter)
12          - - -

Page 100

1          C E R T I F I C A T I O N
2
3  I, IRENE BERNSTEIN,
4  Registered Diplomate Reporter, certify
5  that the foregoing is a true and accurate
6  transcript of the foregoing hearing, that
7  the testimony was taken by me at the
8  time, place, and on the date herein
9  before set forth.
10  I further certify that I am
11  neither attorney nor counsel for, nor
12  related to nor employed by any of the
13  parties to the action in which this
14  hearing was taken; further, that I am not
15  a relative or employee of any attorney or
16  counsel employed in this case, nor am I
17  financially interested in this action.
18
19
20  Irene Bernstein
    Registered Diplomate Reporter
21          Notary Public
22
23
24

INDEX

ECFMG Hearing                    CondenseIt!™              #0-597-216-1 - basement
                                                          Lucrecia Teresa Estevez

**-#-**

**#0-597-216-1** [1]
1:4

**-1-**

**1320** [1] 2:19
**14th** [1] 10:18
**16th** [1] 48:22   49:18
49:20
**19** [1]   3:4
**19008** [1]     1:24
**1993** [1] 64:11
**1994** [1] 13:5    47:3
47:13   47:20
**1995** [1] 47:4
**1997** [5] 13:5    48:15
50:11   90:21   91:7
**1998** [11]   9:8
9:14   10:18   10:23
11:12   11:15   34:20
48:22   49:13   91:7
96:16
**1999** [1] 12:2   12:8
12:20

**-2-**

**2000** [2] 12:9   12:20
**2001** [5] 9:3    13:11
13:23   14:6   14:7
**2002** [1] 1:9
**2011** [1] 14:3
**20870** [1]     34:10
**22** [1]   1:9
**22nd** [1] 49:13

**-3-**

**305** [1]   2:20
**3242** [1] 19:7
**33146** [1]     2:19
**3624** [1] 1:9
**399** [1]   50:8
**3:03** [1]   1:11

**-4-**

**401** [1]   1:23
**4:30** [1] 99:8

**-5-**

**55538** [1]     50:10
**556** [1]   34:10
**58** [1]   3:9

**-6-**

**661-6664** [1]   2:20

**-7-**

**75** [1]   3:4

**77** [1]   3:5

**-8-**

**81** [1]   3:9
**86** [2]   3:5    3:6

**-9-**

**90** [1]   3:6
**93** [1]   3:4
**97** [1]   3:4

**-A-**

**a** [253]   1:12   1:13
2:9    5:17   6:19
7:17   7:18   7:21
8:1    8:16   9:16
9:18   9:24   10:17
11:5   11:20   12:5
12:10   12:14   13:1
14:7   14:17   14:19
14:22   15:3   15:8
15:9   15:10   16:12
17:9   19:5   19:18
20:6   20:9   20:14
20:16   20:20   20:23
21:18   22:4   22:6
22:14   23:17   23:19
23:21   24:4   24:15
24:19   25:5   25:8
25:18   25:19   25:22
26:9   26:14   27:1
27:18   28:6   28:19
28:20   31:11   32:8
32:13   33:2   33:21
34:4   34:6   34:24
35:11   35:14   35:14
35:16   35:19   35:23
36:2   36:14   36:17
36:20   37:4   37:16
37:18   37:21   38:21
38:8   38:18   40:2
40:3   40:15   40:16
40:16   40:20   40:23
41:13   41:15   41:22
42:8   42:12   42:15
42:20   43:7   43:11
43:16   43:16   44:18
44:20   45:16   46:23
47:1   47:6   48:7
48:10   48:13   48:21
48:23   49:24   50:3
50:8   50:15   50:18
51:2   51:4   51:6
51:12   51:17   52:1
52:1   52:3   52:7
52:9   52:12   52:18
52:21   52:21   53:7
53:10   53:12   53:17
53:20   54:2   54:11
56:2   56:17   56:24
58:9   58:14   58:18
58:20   58:22   58:22
58:23   59:4   59:8
59:10   59:12   59:24
60:2   60:6   60:6
60:17   60:21   60:24
61:1   61:4   61:7
61:13   61:19   62:23

63:1   63:5   63:7
64:1   64:1   64:5
64:9   64:19   66:13
66:16   67:1   67:4
67:9   67:17   67:19
68:5   68:5   68:10
68:12   69:1   69:4
69:6   69:8   69:14
69:17   69:19   70:16
70:22   70:24   71:5
71:8   71:15   71:18
72:3   72:7   72:15
73:6   73:12   73:20
73:23   74:7   74:8
74:10   74:16   74:17
74:19   75:5   75:11
77:21   79:20   80:7
80:24   81:9   81:13
81:15   81:16   81:17
82:10   82:13   82:17
83:18   84:13   85:14
85:18   86:1   86:20
88:2   .88:12   88:14
89:19   89:19   89:22
89:22   90:16   91:1
91:16   93:22   94:3
94:22   96:19   97:14
98:22   98:24   100:1
100:5   100:15
**abbreviate** [1]   70:15
**able** [8] 24:7    37:19
39:11   62:10   65:6
71:20   82:9   89:17
**above** [3]     47:24
70:24   73:4
**above-captioned** [1]
1:8
**absent** [3]     40:10
42:1   73:19
**absolutely** [3]   43:1
52:18   74:10
**academic** [1]   56:3
**accept** [2]   74:17
79:23
**accepted** [1] 74:8
**access** [1] 81:23
**accordance** [2] 9:21
19:15
**accurate** [2] 93:19
100:5
**achieved** [1] 41:20
70:11
**Acosta** [1]   36:15
**action** [7]   9:1
11:3   12:3   13:24
13:24   100:13   100:17
**actions** [1]   11:12
**activity** [2] 64:14
68:4
**adamant** [1]   26:5
**add** [2] 83:15   89:6
**additional** [5] 10:6
13:13   13:19   35:17
35:19
**address** [2]     19:4
58:7

**addressed** [2]   49:9
50:5
**adequately** [1] 80:11
**administration** [3]
15:10   17:7   36:24
**admission** [2]   11:4
11:20
**admissions** [1] 84:24
**advanced** [1] 47:22
**advise** [1]   10:12
**affidavit** [1]   15:23
37:5   46:8   50:1
53:14
**again** [16]     11:9
12:2   13:23   21:3
21:6   28:15   31:10
31:24   38:19   38:19
39:5   43:24   53:21
53:21   69:24   89:24
**ago** [3]   61:4   66:22
85:1
**ahead** [5]     18:8
18:12   46:21   49:22
56:14
**aid** [1]   47:20
**allotted** [1]     54:14
**allow** [1]     86:13
**along** [1]   4:3
**always** [2]     69:1
95:6
**America** [6]     4:6
8:9   13:16   13:16
58:10   72:16
**American** [1]   59:15
**amount** [3]     37:22
94:3   94:3
**anyhow** [1]   21:22
**apparent** [1] 81:24
**appeal** [2]     9:1
14:8
**Appeals** [5]     2:1
6:10   7:17   7:21
8:1
**APPEARANCES** [1]
2:17
**appeared** [1]   16:20
**appellate** [1]   8:14
**applicants** [1]   84:19
**application** [7] 9:9
9:16   10:18   20:2
44:21   45:5   85:9
**applications** [1]
52:16
**applied** [2]   9:7
92:9

**apply** [1]     44:19
**appointment** [2]
23:16   24:16
**appreciate** [1]   85:12
**appreciated** [1] 6:12
**approaches** [2] 64:3
64:5
**approval** [1]   32:18
**approved** [2]   69:8
69:11   69:15
**April** [3]     12:2
12:20   13:11
**archives** [1]     26:11
**arises** [1]     71:18
**aside** [3] 70:10   81:15
82:14
**assigned** [1]     71:21
**assistant** [2]   24:14
75:13   97:24
**assume** [1]     85:24
**assured** [1]     21:4
**attached** [3]     50:7
50:14   96:23
**Attachment** [1] 49:9
**attempting** [1] 10:19
**attendance** [2]   13:4
47:8
**attended** [10]     9:10
13:2   27:6   32:5
37:21   38:1   40:9
51:1   62:13   84:20
**attending** [1]   25:11
36:19   36:23
**attorney** [8]     2:20
4:3   8:24   14:9
27:15   27:23   100:11
100:15
**attributable** [1] 15:14
**August** [1]     11:12
**aunt** [1] 77:22
**authentic** [1]   33:5
**Avenue** [1]   1:23
**average** [1]   73:9
**awarded** [2]     39:11
43:21
**aware** [1]   60:13
**away** [3] 20:22   28:12
45:18
**awful** [1]     30:19

**-B-**

**background** [1] 17:3
**backtrack** [1]   37:18
**bad** [4] 42:2   74:7
74:16   74:16
**bar** [7]   9:5    11:3
11:19   12:4   12:12
13:11   14:1
**based** [4]     17:2
59:12   71:3   71:5
**basement** [5] 94:20
95:19   95:23   96:3

96:6
**basic** [1] 70:18
**basis** [2] 56:2        58:15
**becoming** [1]        60:2
**Beede** [1]        49:10
**begged** [1]        26:15
**beginning** [1]        47:7
**behalf** [2]        34:11
86:7
**Behavior** [1]        11:8
11:14    11:24
**behind** [1]        62:3
**Belize** [1]        12:18
**belongs** [1]        34:12
**Bernstein** [4]        1:12
1:22    100:3    100:20
**best** [2]   35:12    86:3
**better** [1]        85:22
**between** [1]        21:24
59:6    68:20    71:13
**big** [1]   50:24
**Bill** [1]   7:8
**bit** [4]   22:6    37:19
56:18    86:21
**black** [1]        50:24
**Blanca** [1]        77:22
**board** [6]        7:19
7:22    8:2    38:18
67:18    82:8
**Boards** [1]        11:19
**Bockius** [1]        2:11
**bottom** [4]        14:15
17:5    17:13    17:22
**brief** [3] 5:17    8:19
14:14
**briefly** [1]        57:10
**bring** [2]        24:20
95:3
**Broomall** [1]        1:24
**brought** [1]        72:6
**bunch** [1]        20:16
**bungle** [4]        63:2
63:4    66:9    69:6
**bureaucracy** [8]
63:8    66:13    66:17
67:10    67:20    68:7
68:8    69:5
**bureaucratic** [3]
63:1    63:4    66:9
**business** [2]        19:4
58:7

### -C-

**C** [4]        2:4        2:14
100:1    100:1
**C-A-H-S-U** [1] 70:15
**C-O-N-E-S** [1] 33:12
**CAHSU** [4]        70:8
70:15    74:6    74:9
**California** [1]        88:1
**cannot** [7]        60:17

60:24    65:18    74:3
74:15    84:10    85:4
**caps** [1]  33:13
**career** [7]        25:20
25:22    28:17    28:20
28:20    29:19    53:3
**carefully** [1]        86:10
**cares** [1] 90:5
**Carol** [1]        49:10
**case** [11] 5:18    15:2
17:4    18:3    38:5
39:13    41:9    57:6
69:13    84:5    100:16
**cases** [4]        84:7
84:8    89:13    90:2
**centered** [1]        67:21
**Central** [1]        4:5
8:9    9:11    9:21
12:16    13:3    13:7
13:15    13:16    32:6
34:13    47:5    47:10
47:17    50:11    58:10
59:15    72:16
**certain** [1]        37:21
65:10    94:3
**certification** [12]
9:6    11:5    12:5
12:13    14:2    30:10
36:2    36:9    47:6
47:12    47:18    60:11
**certified** [3]        9:9
90:24    91:21
**certifies** [1]        34:8
**certify** [3]        36:8
100:4    100:10
**certifying** [1]        56:1
**chair** [2] 2:3        5:5
**CHAIRMAN** [57]
3:6    4:14    4:21
5:2    5:16    6:15
6:20    7:6    7:20
8:15    8:20    14:10
18:7    18:11    18:14
18:20    22:9    30:23
46:17    49:15    54:12
54:24    55:7    55:11
56:6    56:9    56:19
57:7    57:11    69:23
70:6    72:23    75:1
75:4    77:3    77:6
81:6    83:23    84:4
84:12    85:13    86:19
87:4    87:8    87:11
87:14    87:18    87:20
88:3    88:6    88:24
89:3    90:16    93:8
93:13    98:15    98:19
**change** [1]        45:10
**chapter** [1]        29:8
**charge** [3]        21:19
21:21    77:24
**check** [8]        45:7
45:9    78:11    78:12
78:14    78:16    78:18
78:19
**Chicago** [1]        37:24

**choice** [1]        79:24
**circumstances** [3]
19:11    44:17    54:6
**city** [3]   19:6    34:18
40:14
**class** [11]        23:2
39:18    39:24    40:11
41:5    41:6    45:17
61:22    86:23    87:3
88:21
**classes** [12]        30:1
30:10    37:23    37:24
38:2    38:3    39:19
44:24    45:19    45:23
46:3    62:13
**clear** [2] 43:1    66:20
**clerics** [1]        67:14
**clinical** [3]        36:1
70:19    71:5
**closed** [6]        61:3
62:1    62:4    62:21
63:15    64:18
**Coconut** [1]        19:8
**columns** [1]        41:19
**coming** [4]        24:11
27:19    38:21    98:20
**commencing** [1]
1:10
**COMMISSION** [1]
1:1
**Committee** [20] 2:1
4:11    5:6    6:11
7:18    7:22    8:1
9:2    11:1    11:2
11:7    11:13    11:24
12:1    13:9    13:22
19:11    49:8    86:6
99:10
**Committee's** [2]
11:10    14:5
**common** [1]        26:13
**Commonwealth** [1]
1:14
**communicate** [1]
39:8
**communicated** [1]
50:23
**communication** [1]
38:10
**communications** [2]
10:22    61:17
**complaint** [2]        80:8
80:13
**complete** [5]        15:3
42:4    50:12    71:20
82:2
**completed** [15]    10:3
27:7    36:3    37:2
59:21    73:18    73:21
77:13    82:4    84:9
85:3    92:18    92:21
97:3    97:5
**completely** [6]    10:2
19:23    26:4    44:4
50:15    96:24

**completion** [3]   19:18
35:23    38:12
**complicating** [1]
68:7
**complications** [2]
63:21    74:12
**computerized** [1]
94:10
**concern** [1]        48:11
**concerning** [1]    13:14
**condition** [1]    52:21
**CONES** [36]        16:12
16:12    16:15    16:15
19:21    32:15    32:24
33:8    33:16    34:23
35:18    36:9    36:11
42:17    43:5    43:6
52:6    62:19    64:11
64:20    64:24    65:7
65:14    65:16    65:19
65:21    68:3    68:20
68:22    68:24    69:8
69:11    69:15    69:21
90:24    91:21
**CONES's** [1]        68:9
**confront** [1]        97:12
**connection** [1]    37:12
**considered** [1]    13:22
**contact** [1]        43:2
**contention** [1]    55:17
**continue** [4]        12:3
13:24    37:8    47:23
**continuously** [1]
15:5
**conversation** [1]
22:4
**copy** [5] 9:16    12:14
49:19    50:19    91:1
**Coral** [1]        2:19
**correct** [24]        16:17
18:1    36:19    36:20
37:1    41:14    41:15
43:6    43:10    48:9
48:12    48:24    52:11
52:17    53:11    53:16
53:17    53:19    54:10
54:11    58:19    58:20
59:24    75:24
**correspond** [1]    20:22
**correspondence** [1]
36:22
**corrupt** [1]        17:7
**corruption** [1]    67:11
**Council** [2]        33:11
34:7
**counsel** [5]        2:11
48:18    99:7    100:11
100:16
**count** [1]        73:6
**country** [2]        23:19
24:3
**couple** [7]        20:23
62:10    62:12    75:6
88:2    88:14    98:24

**couples** [2]        61:20
61:20
**course** [10]        22:12
37:22    38:3    42:3
52:16    63:14    74:20
75:18    77:13    94:22
**courses** [31]        15:7
15:12    15:15    16:2
16:8    37:3    37:7
37:12    41:17    41:24
42:4    42:9    45:12
54:9    55:19    59:3
59:7    59:20    59:23
62:11    62:15    70:11
70:18    71:8    71:10
71:11    73:16    74:3
79:17    93:20    97:5
**court** [7] 5:10    6:22
18:19    18:22    31:15
34:2    57:14
**crappy** [1]        84:13
**create** [2]        67:10
69:6
**created** [2]        68:3
74:12
**credentials** [9]    2:15
7:9    9:2    10:24
12:1    13:8    13:21
20:8    81:20
**credit** [3]        37:22
41:24    94:4
**credits** [5]        13:14
39:12    43:20    80:20
**cross-reference** [1]
73:14
**crying** [1]        26:19
**cultural** [1]        67:17
**curriculum** [2]    37:17
50:12
**cut** [1]   45:2

### -D-

**D** [1]        3:1
**dandy** [1]        32:20
**date** [2] 60:16    100:8
**dated** [1]        10:17
48:22
**dates** [1] 13:4
**days** [1] 84:24
**deal** [3] 30:12    65:10
98:9
**dealing** [1]        21:23
**dean** [12]        4:5
8:9    10:1    20:13
20:13    21:10    55:14
58:10    75:14    79:12
97:23    97:24
**Deborah** [2]        2:5
7:24
**December** [2]        11:15
14:6
**decision** [7]        11:10
13:12    14:5    74:7
74:16    74:11    98:22

**ECFMG Hearing**                 CondenseIt!™                 **deferred – fact**
                                                              **Lucrecia Teresa Estevez**

deferred [1] 13:12
definitely [2] 20:20 35:16
degree [3] 19:19 59:11 60:7
del [11] 9:11 9:21 13:3 13:7 13:15 32:6 34:13 47:5 47:11 47:17 50:11
delay [1] 14:22
delayed [2] 60:14 60:19
denied [1] 81:23
department [3] 2:15 7:10 80:8
describe [1] 58:21
described [1] 68:10
descriptions [1] 41:19
designated [1] 94:11
desperate [1] 29:1
details [2] 23:11 85:6
determination [1] 14:18
determine [1] 93:18
devastated [1] 26:18
differences [1] 66:2
different [4] 23:18 64:10 64:15 70:17
Dino [2] 2:10 8:4
diploma [40] 9:17 9:23 10:1 12:15 16:18 19:12 30:6 31:6 31:8 31:22 31:23 32:7 32:11 33:19 34:23 37:1 42:21 42:21 43:2 48:17 50:14 50:18 50:21 51:1 52:2 52:6 52:15 52:20 53:5 54:22 55:15 81:3 81:21 91:2 91:3 91:17 91:20 92:13 92:17 96:24
diplomas [1] 82:7
Diplomate [4] 1:12 1:23 100:4 100:20
direct [1] 49:5
directed [1] 16:24
directly [3] 49:4 49:5 65:6
disbursed [1] 44:15
discrepancies [1] 39:9
discrepancy [1] 41:3
discuss [1] 99:11
discussed [1] 42:18
discussion [1] 57:1
Dixie [1] 2:19
doctor [5] 34:9 40:13 60:3 60:7 99:6

document [18] 16:17 33:18 33:24 48:2 48:19 48:22 50:2 50:17 50:18 50:24 51:2 51:18 52:5 62:24 72:4 72:7 72:21 73:5
documentation [1] 69:14
documents [28] 12:22 19:20 30:8 30:9 32:15 33:2 33:16 33:22 35:4 35:5 35:18 38:14 41:9 43:18 52:15 52:24 53:1 53:22 62:20 68:23 72:13 83:9 86:10 90:22 90:23 93:2 93:4 94:12
doesn't [1] 36:6 82:21 95:18
dollars [2] 15:18 27:3
Domingo [1] 34:18
Dominican [27] 9:12 17:10 19:13 19:24 24:6 34:18 54:20 61:2 61:11 61:16 61:21 62:1 63:5 64:13 66:19 66:21 70:3 71:24 81:19 84:12 84:21 86:23 87:2 90:19 91:9 92:14 92:16
Dona [1] 77:21
done [5] 19:22 64:6 64:7 69:1 86:12
down [9] 23:12 24:11 43:24 56:17 61:3 66:13 72:6 95:7 96:2
Dr [119] 3:6 4:12 4:16 4:18 4:19 4:21 5:5 5:7 5:15 7:14 7:24 8:7 8:13 8:23 9:7 10:11 11:3 11:11 11:16 12:7 12:10 14:4 14:8 14:12 16:3 22:11 31:1 31:10 32:1 32:3 34:11 34:12 36:15 57:9 57:16 72:18 75:7 75:10 75:17 75:21 76:1 76:5 76:8 76:11 76:12 76:22 77:1 77:15 77:20 78:8 78:13 78:17 78:24 79:8 79:13 79:19 79:24 80:14 80:16 81:10 81:12 81:16 82:15 82:24 83:7 83:12 84:6 84:17 85:20 86:2 86:8 86:20 87:1 87:6 87:9 87:13 87:17 87:19 87:22 88:4 88:23

89:2 89:5 90:18
91:5 91:8 91:12
91:13 91:15 91:16
91:18 91:19 91:22
91:23 92:3 92:4
92:5 92:6 92:11
92:12 92:15 92:19
92:20 93:3 93:5
93:6 93:24 94:13
94:18 96:10 96:13
96:17 97:1 97:7
97:14 99:3 99:7
due [2] 63:16 63:18 63:20
duly [2] 7:3 57:20
during [3] 51:10 51:24 74:20

**-E-**

E [4] 2:5 3:1 34:12 100:1
earned [1] 17:14
East [1] 58:14
ECFMG [45] 1:4 2:1 2:4 2:6 2:8 2:9 2:11 7:10 7:13 7:15 8:5 9:2 9:8 9:19 10:5 10:11 10:24 11:11 12:1 12:7 12:9 12:11 12:21 13:6 13:8 13:10 13:21 14:4 14:7 20:7 20:22 21:24 25:4 28:12 38:15 39:8 43:19 48:4 48:7 50:5 51:3 60:11 80:21 92:10 96:16
EDUCAID [7] 15:9 44:14 45:14 46:7 47:13 47:21 54:5
education [11] 2:14 15:21 17:12 33:11 34:8 35:20 37:9 47:24 53:15 84:10 85:4
EDUCATIONAL [1] 1:1
educator [1] 81:14
effect [2] 51:23 73:23
eighth [1] 35:1
eighty [3] 39:21 40:1 87:3
eighty-five [1] 40:11
eighty-nine [2] 15:18 70:24
either [9] 23:17 28:19 30:13 49:2 62:23 73:19 80:1 82:24 88:9
El [1] 58:13
eligibility [1] 47:19
eligible [1] 11:22
employed [2] 100:12

100:16
employee [1] 100:15
encompass [1] 82:21
end [6] 4:24 29:8 30:15 76:15 94:22 96:12
endorse [1] 45:9
endorsed [1] 78:18
English [2] 34:7 51:16
enrolled [2] 12:19 61:20
enrollment [3] 30:1 47:19 74:20
enter [1] 82:10
entire [1] 37:17
entitled [1] 56:1
environment [3] 63:7 66:18 68:11
especially [1] 61:3
Esquire [1] 2:10 2:18 4:4
essentially [2] 41:20 60:4
establish [1] 59:14
Este [11] 9:12 9:21 13:3 13:7 13:15 32:6 34:13 47:6 47:11 47:17 50:11
Estevez [97] 1:5 2:21 3:3 4:3 4:12 4:16 4:18 5:7 5:15 7:2 8:13 8:14 8:23 9:7 10:11 11:3 11:11 12:8 12:10 14:4 14:8 14:12 19:5 22:11 31:1 32:3 34:11 47:5 49:3 50:8 58:17 70:11 72:18 74:8 74:11 75:7 75:10 75:17 75:21 76:1 76:5 76:8 76:12 76:22 77:1 77:15 77:20 78:4 78:8 78:13 78:17 78:24 79:4 79:8 79:13 79:19 79:24 80:14 80:16 80:24 83:8 85:20 86:2 86:8 86:20 87:1 87:6 87:9 87:13 87:17 87:19 87:22 88:4 88:23 89:2 89:5 91:5 91:11 91:15 91:18 91:22 92:3 92:5 92:11 92:15 92:20 93:5 93:24 94:13 94:18 96:10 96:13 97:1 97:3 97:7 97:14 99:3
Estevez's [7] 11:16 15:21 47:8 47:18 81:16 82:15 83:13
evaluated [1] 59:18

evaluation [2] 59:19 74:2
evaluations [1] 73:17
event [1] 49:22
eventually [6] 32:17 39:6 43:24 75:12 79:5 92:24
everybody [1] 32:10
everywhere [2] 26:8 26:20
evidence [10] 14:24 17:3 18:3 46:13 55:6 55:10 55:18 81:21 82:22 83:20
exact [4] 60:17 60:18 62:3 73:13
exactly [8] 15:17 15:24 37:6 61:7 73:14 74:3 84:7 86:5
exam [1] 14:23 17:15 86:14
EXAMINATION [1] 58:2
examined [2] 7:4 57:21
example [1] 61:19 84:16
examples [2] 64:2 64:8
exams [5] 9:5 11:4 12:4 12:12 14:1
except [2] 16:23 90:7
Excuse [1] 33:7 85:17
executes [1] 34:14
exhibit [1] 72:11
exist [2] 69:11 69:18
existence [1] 75:23
exists [1] 37:14
expect [1] 68:10
experience [3] 26:17 30:19 61:15
experiences [1] 61:12
explanation [1] 51:21
extended [1] 69:3
extent [2] 17:23 56:8
extort [1] 67:11
extorting [1] 88:13
extortion [1] 88:19
extremely [2] 26:17 71:11

**-F-**

F [1] 100:1
facility [1] 93:17
fact [9] 16:5 26:9 41:12 60:4 60:13 71:19 81:22 97:8

ECFMG Hearing                    CondenseIt!™                    facts – issue
Lucrecia Teresa Estevez

97:15
facts [1] 82:22
failed [5]                    38:2
39:22   45:17   71:8
71:23
failing [6]                   44:24
45:19   45:23   70:23
71:9   73:10
false [12]                    10:2
10:8   20:10   50:15
50:18   51:1   51:22
52:1   55:16   69:19
96:24·  97:13
falsified [1]                 82:7
Family [1]                    36:4
far [6]        14:21   26:11
45:16   54:17   55:11
59:4
fashion [1]                   69:2
father [3]                    24:1
24:2   89:22
fax [1]   49:8
February [2]          9:13
34:20
Federation [1]        11:18
fee [1]   66:1
few [4]   37:16   61:4
64:1   64:2
field [1] 45:22
Fifteen [1]           87:10
fifth [1] 24:5
fifty-six [2]         39:16
40:2
figured [1]           40:20
file [2]   24:19   34:10
filed [1] 8:24   37:5
files [1] 22:23
filing [1]            26:12
fill [1]   44:20
final [1] 37:19
finally [3]           24:23
43:13   78:23
financial [1]         47:19
financially [1] 100:17
financier [1]         53:15
finding [1]           28:13
fine [6]   6:6   16:22
18:14   27:11   32:19
46:17
finish [3]            28:16
28:20   90:10
finished [3]          19:23
25:24   94:22
first [27] 6:15   7:3
9:7   10:23   14:16
23:19   28:3   33:17
37:13   37:20   38:20
39:1   39:10   39:14
39:20   44:2   48:5
51:3   57:20   60:7
68:7   71:13   72:10
73:2   73:10   92:1
92:8

fix [1]    26:1
flawed [1]            70:3
Florida [3]           2:19
19:8   88:2
flourishes [1]        63:8
fly [1]   24:2
focus [2]             48:11
57:5
follow [1]            82:6
follows [3]           7:4
31:19   57:21
forced [1]            82:1
foregoing [1]         100:5
100:6
FOREIGN [1]           1:1
foreigners [5]        21:20
21:21   87:5   87:7
88:24
forever [1]           28:21
forgive [1]           22:5
form [3] 9:16   50:8
66:23
formal [1]            96:15
formalized [1] 96:22
formed [1]            64:12
forth [4] 36:5   69:1
74:13   100:9
forward [1]           17:16
found [5]             28:8
28:15   37:16   63:17
94:7
four [12] 36:1   46:7
46:22   47:1   47:12
47:16   53:2   53:24
84:19   87:12   95:16
97:5
four-year [2]         15:3
19:18
Frances [4]           21:13
21:17   48:4   50:3
friendly [1]          68:11
friends [2]           87:21
87:23
fulfill [1]           59:10
full [1] 57:15
funded [1]            47:3
funds [4]             15:19
44:14   47:22   54:7

-G-

Gables [2]            2:18
2:19
Garcia [5]            75:8
75:10   76:11   96:17
98:4
Gentile [24]          2:4
3:5   7:16   7:17
33:7   49:12   72:22
77:5   77:6   77:7
77:17   78:1   78:6
78:10   78:15   78:21
79:1   79:7   79:11
79:15   79:22   80:6

80:15   81:4
given [7]             37:21
51:21   64:24   71:9
83:6   83:8   97:8
giving [1]            80:1
goes [6] 23:8   27:8
28:14   29:5   29:12
69:9
gonna [1]             29:6
good [11]             5:3
35:6   40:21   41:13
44:23   45:12   74:7
74:17   80:4   96:19
97:9
government [6] 27:2
35:4   62:2   63:18
64:12   64:20
governor [2]          35:14
35:16
grade [13]            26:14
40:2   40:4   40:10
40:24   41:12   41:13
42:8   70:23   79:21
94:24   95:3   95:11
graded [1]            71:2
grades [16]           15:14
16:7   17:18   26:12
36:5   37:11   42:2
59:3   59:7   70:12
70:16   71:9   73:3
73:9   73:10   96:1
grading [1]           70:21
graduate [6]          22:20
23:1   50:13   59:16
84:11   85:5
graduated [8]         9:10
9:13   12:20   23:7
55:21   81:18   82:5
91:14
GRADUATES [1]
1:1
graduating [1]  60:6
graduation [5] 10:10
13:5   32:8   32:9
59:21
granted [2]           23:16
24:15
great [1] 28:11
grossly [2]           88:10
89:8
group [1]             61:1
Grove [1]             19:8
guaranteed [1]  62:8
guess [6]             24:10
28:21   32:20   39:7
89:17   95:24
guy [3]   26:7   26:15
89:16
guys [1] 85:1

-H-

H [2]    2:18   4:4
Hallock [3]           2:9
7:14   7:15

handle [1]            98:10
Harvard [1]           1:23
Hazim [5]             28:5
31:10   32:1   34:12
53:6
Health [6]            4:6
8:9   12:16   13:16
58:10   72:16
hear [2] 57:13   90:12
heard [6]             20:11
61:9   82:13   83:7
83:11   89:24
hearing [7]           1:7
4:8   98:23   99:8
99:10   100:6   100:14
hearts [1]            86:11
held [1] 1:7
help [1] 27:20
hereby [1]            34:8
herein [1]            100:8
hers [1] 15:23
herself [1]           22:14
Hi [1]   7:8
hidden [1]            51:6
Highway [1]           2:19
himself [1]           89:20
hire [1] 27:14
hired [2] 20:17   76:17
hold [1] 35:12·
holds [1]             60:2
home [6]              19:23
19:24   89:19   91:24
92:7   92:23
honest [1]            73:12
honors [12]           16:7
42:6   42:10   59:3
59:7   70:11   70:20
71:1   73:3   73:3
73:6   73:8
hoping [1]            40:15
horribly [1]          88:11
hospital [1]          40:17
hotel [1] 89:19
humiliating [1] 26:17
hurricane [1]         23:20
hypothetical [2]
82:21   83:2

-I-

I.D [1]  50:9
ID [1]   1:4
idea [4]  21:14   39:2
51:7   53:4
identical [1]         84:7
identify [1]          48:19
ill [1]   24:1
immaterial [1] 83:17
immediately [1]
20:12
impossible [1] 25:13

inappropriate [2]
48:8   83:2
incapable [1]         71:23
incidentally [1]
46:11
includes [1]          40:24
including [1]         52:24
incompetent [2]
88:11   88:11
incomplete [1] 37:23
inconsistency [3]
71:12   71:18   72:1
incorrect [1]         22:22
indicate [3]          15:24
77:9   82:20
indicated [1]         10:19
17:24   37:6   71:22
96:18   96:23
indicating [2]  33:23
73:17
indication [1]  50:19
individual [5]  34:14
43:4   69:21   96:14
97:10
individuals [2] 63:11
65:1
informal [1]          83:21
information [6] 10:6
13:13   13:17   13:19
23:9   97:13
inquiry [1]           16:23
instance [7]          36:13
36:14   38:5   39:13
40:6   40:7   64:17
instances [1]         64:1
institution [14] 31:8
31:22   32:4   32:23
35:5   43:9   44:16
45:15   58:18   60:22
60:23   60:23   68:21
68:22
institutions [2] 61:10
70:2
instrument [1] 34:15
interested [2]  34:17
100:17
internal [1]          36:4
63:20
internship [1]  42:22
interrupt [1]         18:16
introduce [1]         5:13
introduced [1] 22:14
involved [2]          16:18
23:22
Irene [4] 1:11    1:22
100:3   100:20
Irregular [3]         11:8
11:14   11:24
irregularities [2]
62:7   63:17
irrelevant [1]        44:5
83:16
issue [2] 52:22   66:20

**ECFMG Hearing**                 **Condenselt!** ™                 **issued - objective**
**Lucrecia Teresa Estevez**

**issued** [8]                          31:8
31:22   34:11   34:16
38:6    39:6    47:11
62:18
**issues** [2]                          62:8
66:1
**issuing** [1]                         32:4
**itself** [2] 33:20                    68:5

**-J-**

**J.D** [1]    2:12
**James** [2]                           2:9
7:14
**Jerome** [2]                          2:18
4:4
**Jerry** [1] 8:11
**job** [4]    40:15    40:16
66:22   67:9
**jobs** [1] 67:7
**joined** [2]                          14:20
14:22
**Jose** [1]  34:12
**JR** [1]    2:4
**July** [2]  10:18    10:23
**jump** [1] 85:24
**June** [7]  9:8      12:9
48:22   49:12   49:18
49:18   96:16          .

**-K-**

**keep** [6]  28:21    29:2
29:22   30:13   87:14
88:5
**Kelly** [25]                          2:14
4:10    4:19    4:23
5:16    7:7     7:8
7:9     8:15    8:18
8:22    14:11   21:1
21:1    21:7    21:7
38:16   44:4    49:7
49:7    49:14   49:20
51:4    72:14   97:20
**Kelly's** [1]                         39:4
**kept** [4]  54:22    94:19
95:22   96:1
**kind** [4]  34:15    61:17
71:12   94:10
**knew** [8]                            20:15
35:2    40:21   87:22
88:21   89:13   94:24
95:1
**knowledge** [1] 35:13
**known** [1]                           34:24
**knows** [2]                           75:19
85:22
**Kolvenbach** [1] 53:19

**-L-**

**lady** [1]  22:15
**last** [6]  22:16    23:2
23:5    35:24   76:16
79:5

**lawyer** [1]                          8:12
**learn** [1] 85:9
**learned** [1]                         63:6
**least** [1] 66:21
**leave** [3] 27:10    31:9
31:24
**leaves** [1]                          45:22
**left** [5]  52:23    90:19
92:15   99:7    99:9
**legalized** [7]                       19:20
32:16   33:2    35:4
35:9    35:9    36:11
**length** [3]                          9:4
12:11   13:10
**less** [2]  59:8     73:9
**letter** [7] 10:17   20:6
20:9    40:23   41:7
41:10   44:3
**letters** [1]                         40:19
**Lewis** [1]                           2:11
**liaison** [1]                         21:24
**liars** [1] 55:2
**licensing** [1]                       82:8
**lied** [1]  54:20
**life** [1]  19:9
**line** [4]  14:15    17:5
17:13   17:22
**listed** [5]                          62:11
62:15   79:18   79:20
94:11
**live** [1]  19:6      58:12
**loan** [7]  15:19    62:8
77:10   77:12   77:19
78:2    81:1
**loans** [5]                           44:20
45:3    45:20   77:7
80:9
**longer** [2]                          54:13
62:19
**look** [14] 20:21    21:7
23:8    25:16   26:8
26:20   29:6    56:16
86:9    86:11   93:17
95:19   96:5    96:11
**looked** [1]                          14:16
**looking** [5]                         22:23
29:2    33:22   40:14
56:3
**loose** [1] 83:21
**lose** [1]  26:14
**lost** [1]  69:2
**low** [1]   42:2
**Lucrecia** [10]                       1:5
2:20    3:3     4:2
7:2     8:14    19:5
34:11   50:8    74:8
**lying** [1] 55:22

**-M-**

**M-O-D-A-V-I** [2]
8:8     57:17
**M.D** [6]   2:2      2:5

**2:9       12:15    75:9**
96:17
**ma'am** [3]            19:2
91:22   92:3
**mail** [1] 21:5
**main** [1] 57:5
**man** [7]   24:7     24:23
24:24   26:20   27:18
30:9    94:14
**manager** [2]          2:14
7:9
**managing** [1]         58:15
**March** [1]            12:19
**mark** [1] 72:10
**Market** [1]           1:9
**Mary** [5]             19:7
21:13   21:17   48:3
50:3
**match** [1]            74:1
**material** [1]         6:2
**materials** [1]        5:23
**matter** [8]           1:3
1:8     10:14   10:20
11:7    11:9    97:14
99:11
**Maurice** [6]          3:8
4:5     8:8     57:16
57:19   58:9
**may** [5]   1:8      12:8
22:17   68:19   81:9
**May-August** [1]
22:17
**mean** [17]            23:15
26:3    26:6    26:18
27:15   27:17   28:18
28:24   29:4    30:16
34:4    35:7    45:13
63:3    66:12   80:23
91:9
**meaning** [1]          51:7
**means** [1]            35:9
**meant** [1]            91:10
**meantime** [1]         40:16
**Med** [1]  36:4
**medical** [28]         1:1
2:14    9:20    10:7
10:21   11:18   12:22
13:2    17:11   19:14
19:19   37:8    38:13
42:5    42:7    43:19
47:23   47:24   53:2
55:14   61:21   74:9
82:7    84:9    84:21
85:3    88:10   91:11
**medicine** [8]         12:18
34:10   53:13   58:11
60:3    60:7    82:10
97:6
**meet** [2] 8:6      60:9
**meeting** [2]          43:13
52:10
**member** [4]           7:17
7:18    7:21    8:1
**memo** [1]             50:1

52:1
**memorandum** [1]
48:23
**mentioned** [3]        35:10
36:17   38:17
**met** [1]   74:13
**Mexico** [1]           58:14
**Middle** [1]           58:14
**might** [1]            50:21
**mirrors** [1]          83:12
**Miss** [1] 36:17
**mistake** [2]          20:14
20:20
**Modavi** [18]          3:8
4:5     4:20    4:22
8:7     8:8     16:3
57:10   57:16   57:17
57:19   58:9    81:10
81:12   82:24   84:6
84:17   99:7
**moment** [1]           86:1
**money** [15]           27:2
27:5    39:3    43:9
43:14   43:15   44:8
45:6    45:24   46:4
55:20   56:2    56:5
67:15   88:13
**moneys** [2]           30:4
47:3
**months** [1]           23:15
**Morgan** [1]           2:11
**morning** [1]          27:23
**most** [2] 19:9     40:18
**move** [3]             5:1
17:16   46:12
**moved** [1]            40:13
**Mrs** [1]  49:10
**Ms** [13]   15:20    47:4
47:8    47:18   48:14
49:3    49:6    50:16
58:17   70:11   74:11
82:24   97:2
**must** [1] 20:14

**-N-**

**N** [2]     3:1      100:1
**name** [12]            8:3
8:7     19:3    19:5
28:5    53:18   57:15
58:6    58:9    68:13
78:20   78:20
**named** [2]            21:12
77:21
**names** [1]            78:19
**National** [2]         33:10
34:7
**nature** [5]           37:3
48:9    50:23   93:21
94:16
**necessarily** [1]      63:9
**necessary** [1]        68:22
**need** [5]  6:3      6:21
56:12   56:13   57:11

**needed** [3]           38:19
43:19   44:5
**neither** [1]          100:11
**nervous** [1]          22:6
**never** [14]           10:14
22:7    37:4    38:1
40:9    41:5    41:5
51:10   53:8    76:20
76:23   90:7    92:15
95:1
**new** [4]   19:9     38:14
40:14   43:18
**next** [2]  27:13    95:2
**nice** [4]  6:19     8:6
22:15   40:23
**ninety** [2]           70:24
73:4
**ninety-five** [2]      47:14
47:20
**ninety-four** [1]      64:12
**ninety-seven** [3]
47:4    47:21
**ninety-six** [3]       47:4
47:14   47:20
**ninth** [1] 35:1
**nobody** [1]           89:23
**none** [1]  37:13
**nor** [6]   50:13    97:4
100:1   100:11  100:12
100:16
**Nosology** [1]         40:8
**Notary** [2]           1:13
100:21
**notes** [1]            56:16
**nothing** [4]          37:14
58:24   74:23   86:17
**notice** [1]           14:7
**notified** [3]         11:11
12:7    14:4
**notify** [3]           11:17
28:12   80:21
**November** [1]         14:6
**now** [28] 6:22     19:6
19:10   29:24   31:5
31:20   33:15   33:24
35:17   36:17   38:14
40:12   41:16   42:16
43:8    44:13   48:1
48:14   50:16   51:13
53:13   54:18   55:22
60:20   62:22   64:23
69:20   71:22
**number** [7]           17:9
50:9    60:18   60:21
71:8    80:16   80:18
**NX** [1]   34:10

**-O-**

**O** [1]     10:12
**oath** [1]  41:17
**OB-GYN** [1]           36:4
**objection** [1]        83:15
**objective** [1]        80:18

CondenseIt!™

obtain [3]         61:15
62:10   81:20
obtained [2]      13:20
32:7
obtaining [1]     60:11
obvious [1]       41:4
obviously [1]     14:20
55:24
October [1]        9:3
13:23   14:2      50:11
off [4]   45:1    45:2
56:22   57:1
office [5]        35:11
36:16   68:9      79:10
84:24
official [1]      29:10
29:14   29:22     38:7
52:22
often [1] 90:5
once [7]  19:17   19:22
20:11   34:24     37:19
45:4    92:20
one [41]  2:18    6:21
9:8     10:15     16:9
20:3    20:5      20:16
35:2    38:7      38:7
39:10   40:3      40:5
43:12   43:21     44:13
47:13   50:15     59:14
62:9    64:17     65:18
66:5    66:6      66:7
66:20   72:12     73:16
76:14   79:6      80:17
80:19   81:10     81:10
85:14   86:19     89:16
90:5    93:15     97:19
one-year [2]      11:20
14:19
ones [1] 42:18
ongoing [1]       97:9
open [1] 45:22
opened [1]        63:15
operating [1]     76:4
operation [1]     58:16
Operations [2]    2:13
7:13
opportunity [1] 5:22
opposed [1]       39:10
order [8] 15:17   37:8
61:15   64:13     67:11
77:10   80:21     93:22
ordered [1]       62:1
orientation [1]   63:19
original [8]      19:12
30:6    30:8      31:6
31:21   52:23     91:2
96:2
originally [2]    24:13
75:11
otherwise [4]     11:22
17:24   24:22     45:1
outside [1]       76:17
oversee [2]       64:14
68:3

overseeing [1]    58:15
owe [5]   27:1    27:3
39:3    44:11     44:11
owed [4]          43:14
43:15   44:8      65:2
owing [1]         43:9
own [1]  67:10
owner [1]         35:10
owners [1]        63:20

-P-

p.m [2]   1:11    99:9
package [2]       38:18
51:5
page [3] 3:2      34:10
51:15
pages [1]         37:16
paid [5]  27:5    30:4
30:4    65:23     68:2
panel [1]         75:2
papers [2]        32:18
80:3
paragraph [2]     47:2
47:16
paragraphs [3]    46:7
46:22   53:24
parentheses [2] 33:12
47:11
part [7]  20:3    20:5
41:8    53:22     88:19
92:1    92:8
particular [1]    66:15
parties [1]       100:13
parts [1] 35:20
party [1] 34:17
Paso [1] 58:13
pass [1] 70:24
passed [5]        38:4
39:21   39:24     41:6
55:19
passersby [1]     67:16
passing [3]       46:3
60:10   79:20
pathology [2]     38:6
39:14
paying [1]        15:20
payment [2]       77:11
77:12
payments [2]      30:2
53:1
Pediatrics [1]    40:8
Pedro [1]         35:15
pending [2]       13:12
31:18
Pennsylvania [2]
1:10    1:14
penny [1]         44:11
pension [1]       67:5
Penthouse [1]     2:18
people [5]        41:2
66:3    67:8      84:8

87:16
percent [1]       29:18
performed [1]     71:10
period [1]        11:6
11:21   12:4      12:6
50:19   51:24     64:19
persistent [1]    28:19
person [17]       20:15
21:12   21:18     21:20
21:23   22:3      24:15
24:17   26:4      28:1
32:14   40:21     58:22
77:23   88:18     89:8
96:21
personnel [1]     67:14
Ph.D [1] 96:18
Ph.D. [1]         75:9
Philadelphia [1]
1:10
physically [3]    32:12
38:9    39:1
physician [2]     81:13
82:9
physiology [3]    75:11
75:12   76:13
picked [1]        32:11
pike [1] 95:7
pinpoint [1]      60:24
place [5]         35:15
44:12   63:1      66:4
100:8
places [1]        40:18
plan [1]  5:9
pleaded [1]       26:16
pleading [2]      26:7
26:19
plus [1] 83:9
point [9] 20:16   38:7
41:23   53:13     54:19
60:1    62:22     80:19
82:18
points [1]        56:13
policeman [1]     67:2
policemen [1]     67:14
political [1]     63:19
politician [2]    23:22
35:11
politics [1]      23:23
position [2]      48:7
83:11
positive [1]      72:5
possession [1]    51:23
possible [3]      27:21
71:16   86:3
Powell [16]       2:5
3:6     7:24      7:24
90:18   91:8      91:13
91:16   91:19     91:23
92:4    92:6      92:12
92:19   93:3      93:6
practicals [1]    70:13
practice [2]      82:10
practicing [1]    60:3

preposterous [1]
17:2
present [1]       5:23
presentation [1]
6:8
presented [1]     69:15
president [1]     2:9
2:13    7:12      7:15
presumably [1] 82:4
pretty [3]        41:13
42:23   89:14
prevent [1]       82:8
previous [1]      59:17
primary [3]       58:12
68:20   68:21
print [1] 50:24
Privitera [13]    2:10
3:5     3:9       8:3
8:4     81:8      83:4
85:11   85:15     85:19
85:23   86:16     98:17
probable [2]      71:7
71:17
problem [9]       25:2
25:4    25:5      25:8
26:1    67:17     68:6
80:20   81:2
problems [4]      17:9
74:11   76:21     76:24
procedurally [1]
46:11
procedure [1]     9:22
procedures [1]  19:16
proceed [1]       18:6
proceeding [1]  83:20
process [2]       60:14
85:9
produced [1]      68:2
producing [1]     62:19
profession [1]    58:8
professional [1]
76:10
professors [1]  70:17
program [2]       82:11
94:10
progress [6]      15:6
17:20   47:9      54:9
74:19   77:16
prominent [1]   89:23
promised [1]    68:17
promoted [1]    75:13
proof [1]         29:4
proper [1]        74:19
prove [1]         27:4
provide [1]       33:3
provided [3]      9:15
13:1    47:18
providing [2]   80:9
80:11
prune [1]         56:17
Public [2]        1:13
100:21

publish [1]       34:1
46:6    46:21     49:23
53:24   56:12
Puerto [2]        84:20
88:1
pull [1] 93:19
purported [1]     9:17
purposes [1]    15:19
pursue [3]        25:19
25:22   59:20
put [6]   4:22    4:23
22:3    22:3      24:19
44:22
putting [1]       15:20

-Q-

QUESTIONING [1]
3:2
questions [10]    6:10
18:15   63:24     75:1
75:6    77:4      81:7
93:9    98:16     98:18
quick [1]         81:9
quite [3] 8:18    83:21
90:4

-R-

R [1]     100:1
read [7]  6:1     6:3
46:23   51:8      51:15
53:24   54:3
real [1] 81:9
really [4]        20:15
25:17   80:23     82:5
reason [9]        44:7
50:20   55:12     62:3
65:15   65:23     65:24
82:1    88:16
receipt [2]       13:13
47:6
receipts [1]      30:1
receive [4]       43:3
77:10   78:11     78:12
received [22]     9:24
10:5    10:17     12:9
14:7    19:12     19:13
19:17   20:6      21:2
36:2    37:11     43:13
49:5    61:18     64:10
70:16   78:14     78:23
79:2    90:22     96:16
receiving [1]     54:8
recently [3]      19:7
37:6    40:12
reciting [1]      65:22
recollection [1] 95:20
recommend [1] 14:19
recommendation [1]
41:10
recommended [1]
59:19
record [16]       11:17
19:2    25:17     34:3

ECFMG Hearing

CondenseIt!™

recorded - specifically
Lucrecia Teresa Estevez

42:24    54:1    56:4
56:22    57:1    58:5
65:18    72:8    72:15
75:8    82:20    84:13
**recorded** [1]    95:12
**records** [30]    20:10
22:16    24:18    25:6
25:9    25:10    26:21
27:10    28:9    29:3
29:23    61:16    64:10
64:16    64:21    64:23
65:2    65:6    65:9
65:14    65:15    66:3
66:5 ´    81:24    92:17
93:19    94:19    95:22
96:2    96:7
**rector** [21]    23:13
23:14    23:21    24:8
24:21    28:5    34:12
43:14    52:10    52:13
74:6    77:23    79:2
88:9    89:7    93:1
93:16    97:22    97:23
98:8    98:10
**rectory** [4]    32:10
44:22    45:9    95:10
**refer** [1]  11:6
**reference** [4]    40:19
40:24    50:5    66:10
**referenced** [1]    77:8
**referred** [1]    62:23
**referring** [1]    66:16
**reflect** [1]    63:12
**regard** [6]    17:11
31:5    31:21    36:24
48:14    61:18
**register's** [1]    79:10
**Registered** [4]    1:12
1:23    100:4    100:20
**registrar's** [1]    36:15
**regular** [3]    56:2
58:15    69:2
**reinforcing** [1]  70:1
**relate** [1]    33:16
**related** [2]    45:12
100:12
**relates** [1]    83:17
**relation** [2]    62:7
64:15
**relationship** [3] 76:10
96:19    97:10
**relative** [2]    52:15
100:15
**released** [1]    54:7
**relocated** [1]    19:7
**remand** [1]    11:23
**remember** [3]    40:22
59:4    73:15
**remembered** [1]
41:11
**Renee** [3]    75:8
75:10    96:17
**repeat** [2]    31:11
70:19

**repeated** [1]    31:18
**rephrase** [1]    83:5
**reported** [4]    1:11
10:15    15:5    15:17
**reporter** [13]    1:13
1:23    5:10    6:23
18:19    18:22    31:15
31:17    34:2    57:14
99:9    100:4    100:20
**reports** [1]    54:8
**represent** [1]    8:4
**Republic** [26]    9:12
17:10    19:14    19:24
24:6    34:19    54:20
61:2    61:11    61:16
61:22    63:6    64:13
66:19    66:21    70:3
71:24    81:19    84:13
84:22    86:24    87:2
90:20    91:10    92:14
92:16
**Republican** [1] 62:2
**request** [8]    9:4
12:10    12:24    13:9
13:22    34:17    53:14
65:9
**requested** [1]    53:14
**requests** [2]    77:19
78:3
**required** [1]    78:16
**requirement** [1]15:8
**requirements** [5]
59:10    53:19    60:10
65:11    74:13
**reservation** [1] 82:17
**residence** [3]    19:3
58:7    58:13
**residency** [4]    59:15
60:5    60:12    82:11
**reso** [1]  68:5
**resolve** [1]    10:14
10:20    80:19
**resolved** [1]    80:22
**resolving** [1]    81:2
**respond** [1]    84:3
**response** [6]    9:3
9:24    93:11    96:9
96:15    96:22
**result** [1]    86:3
**retake** [1]    42:3
**retirement** [2]    67:4
67:12
**retrospect** [2]    74:5
74:7
**return** [1]    68:18
**returned** [1]    53:8
**review** [3]    2:1
11:9    38:18
**reviewed** [5]    10:24
11:14    12:2    13:9
51:17
**Ricans** [1]    84:20
**Rico** [1]  88:1

**right** [25]    7:6
8:21    17:15    19:10
20:22    22:10    22:18
28:12    30:24    33:22
42:15    45:18    46:6
46:16    46:19    48:1
49:11    53:20    56:6
57:7    69:16    72:2
74:22    78:9    88:3
**room** [4] 4:8    89:19
99:8    99:10
**rotations** [8]    13:18
23:6    30:11    35:24
36:1    36:3    70:13
70:19
**rules** [1] 83:19
**run** [1]  54:13

—S—

**S** [1]    2:12
**San** [1]  35:15
**Santa** [1]    34:18
**satisfactorily** [1]
73:22
**satisfactory** [7] 15:6
15:14    17:19    17:20
47:9    54:9    70:20
**saw** [2]    24:23    51:3
**says** [8]    16:15    17:1
21:22    47:2    49:18
50:7    69:10    69:18
**scenario** [1]    88:6
**Schabel** [3]    2:2
5:5    7:21
**school** [70]    9:18
9:20    10:7    10:21
12:17    12:23    13:2
15:5    16:24    17:1
17:7    17:11    19:14
20:9    20:12    21:2
21:3    21:16    24:8
25:20    25:22    32:14
35:11    36:10    36:18
36:19    36:23    37:15
38:11    38:13    42:5
42:7    42:11    43:3
43:19    43:23    45:17
47:7    47:8    47:15
47:23    47:24    48:12
50:13    51:10    52:9
54:19    55:14    58:11
58:16    61:21    70:14
70:14    71:13    71:14
72:9    73:10    76:18
78:3    78:5    78:12
78:13    80:10    82:4
84:21    88:10    88:14
90:23    91:11    97:6
**school's** [1]    10:12
**schools** [1]    17:18
**science** [1]    70:18
**Sciences** [7]    4:6
8:10    12:17    13:16
58:11    59:15    72:16
**score** [2] 10:15    71:5
**scored** [2]    42:10

73:5
**scores** [2]    15:24
41:18
**scraping** [1]    42:8
**seal** [2]    32:18    44:22
**sealed** [1]    92:21
**second** [11]    37:15
38:13    39:17    39:22
40:1    42:5    42:7
42:10    43:19    51:15
85:14
**Secondly** [1]    44:6
**security** [2]    66:22
66:23
**see** [18]    23:12    23:14
23:23    24:7    24:9
24:22    27:14    27:24
28:4    30:9    33:10
33:18    42:19    54:15
56:16    67:13    98:5
98:7
**Seeling** [24]    2:12
3:4    7:11    7:12
46:15    48:18    75:3
75:4    75:5    75:15
75:19    75:22    76:3
76:6    76:9    76:20
76:23    77:2    83:19
84:2    96:13    97:2
97:8    98:14
**semester** [13]    15:12
22:16    23:3    23:3
23:5    35:1    36:1
41:1    47:3    76:14
76:16    94:23    95:2
**semesters** [2]    45:1
95:7
**sending** [3]    43:23
52:1    82:6
**sent** [8]    6:2    20:2
21:5    44:3    44:8
51:2    51:4    78:7
**set** [2]    74:13    100:9
**seventy-five** [3]
29:18    70:22    70:23
**several** [7]    61:3
61:14    62:3    63:14
66:21    68:19    84:24
**shape** [1]    66:24
**Shevin** [64]    2:18
3:4    3:9    4:4
4:13    4:16    5:21
6:14    6:17    8:11
8:12    8:24    14:9
14:12    14:13    18:9
18:13    18:17    18:24
19:1    31:4    31:13
32:22    33:9    33:14
46:10    46:19    46:20
48:21    49:11    49:17
49:21    54:12    54:23
55:4    55:9    55:23
56:7    56:15    56:20
57:3    57:9    58:4
69:23    70:5    70:8
70:9    72:3    72:20
72:24    73:1    74:23

81:11    82:16    83:14
83:24    85:16    85:17
85:21    93:14    94:9
94:15    96:8    99:2
**shorter** [1]    24:5
**shortly** [1]    20:4
**shot** [1]  89:20
**show** [8] 15:1    18:3
33:15    39:18    42:1
48:1    95:4    95:18
**showed** [1]    13:4
37:24    38:2    94:1
**showing** [4]    12:18
15:9    15:11    29:16
**shows** [4]    37:14
40:2    40:3    40:8
**side** [1]  88:7
**sign** [4]    45:20    67:1
78:16    79:2
**signature** [7]    10:7
16:20    34:9    36:12
69:9    69:17    69:19
**signatures** [5]    33:1
33:4    33:19    42:21
91:20
**signed** [6]    16:19
36:10    79:9    79:12
96:14    96:21
**similar** [1]    69:8
**simply** [1]    17:24
**singled** [2]    88:17
89:9
**sit** [2]    4:15    4:17
**situation** [10]    55:13
66:15    67:20    81:15
81:17    82:14    82:15
83:12    83:13    89:15
**situations** [1]    16:10
**six** [1]    23:15
**sleazy** [1]    88:12
**society** [1]    66:18
**solution** [1]    68:5
**someone** [3]    36:10
68:2    79:9
**sometimes** [1]    95:9
**sorry** [3] 23:9    30:21
31:11
**sort** [1]  72:8
**sounds** [1]    5:2
**South** [1]    2:19
**Spanish** [1]    34:1
51:14
**speak** [7]    21:10
24:21    28:3    93:1
97:15    98:3    98:12
**speaking** [2]    21:12
97:22    98:1
**specific** [5]    16:12
63:22    63:24    64:2
64:8
**specifically** [9] 16:4
16:19    30:7    37:11
41:11    61:6    61:8

62:7    98:7
specified [1]    11:6
12:6
specify [3]    9:4
12:11    13:10
spoke [4]    20:13
21:6    24:24    97:19
spoken [2]    24:14
38:16
staff [2] 2:8    6:11
Stafford [1]    44:19
stand [1]    33:8
standardize [1] 64:14
standards [1]    71:3
standing [2]    44:23
45:12
standpoint [1]    45:14
stands [1]    33:9
started [2]    48:2
87:1
state [3] 11:18    19:3
58:6
statement [3]    10:13
14:14    83:9
States [1]    90:21
91:4    91:24    92:7
stating [1]    23:4
status [1]    54:8
stay [2]   88:14    92:14
stellar [1]    17:17
step [3]   9:8    10:15
60:8
Stephen [4]    2:2
2:12    5:5    7:11
steps [1] 19:14
Steve [1]    7:20
still [4]   57:9    75:23
76:3    76:6
stipulated [1]    85:2
stone [1]    25:18
storage [2]    93:17
94:16
story [4] 23:18    24:5
38:11    88:8
Street [1]    1:9
19:8
student [8]    22:1
50:9    58:18    58:22
63:10    74:9    81:17
89:14
student's [1]    26:14
students [19]    20:17
33:3    35:2    60:21
60:24    61:1    61:9
61:14    62:9    63:7
64:2    64:6    64:7
65:5    67:16    67:23
76:7    76:17    86:22
studied [1]    20:1
studies [4]    10:3
82:3    90:9    97:4
study [1]    77:14

submit [2]    45:5
77:19
submitted [7]    12:14
38:14    41:8    46:14
77:18    78:2    83:10
subsequently [2]
10:5    13:20
successful [1]    70:12
successfully [2]
71:20    73:18
such [6] 34:14    47:12
47:22    50:9    50:9
94:14
summaries [1]    6:4
summarize [1]    54:16
summarizes [1] 72:8
summary [2]    5:17
8:17
Superior [2]    33:11
34:8
support [4]    67:11
67:21    83:10    93:20
supposed [1]    80:5
surface [1]    65:14
surfacing [1]    65:16
surgeon [1]    89:23
surgical [2]    38:6
39:14
suspension [1]  14:19
sustain [2]    67:12
67:21
swear [3]    5:11
6:23    18:18
sworn [6]    6:16
7:3    18:21    18:23
57:12    57:20
system [4]    26:10
70:22    84:14    94:17
Szabo [3]    75:8
76:11    96:17

-T-

T [2]    100:1    100:1
table [1] 5:12
taking [8]    14:23
43:23    45:1    45:23
45:24    48:6    48:7
92:1
tampered [1]    50:21
Tania [1]    36:15
Tara [1] 53:18
teacher [2]    75:12
76:13
teachers [1]    95:24
telling [2]    55:1
65:17
ten [9]    16:6    42:12
42:13    42:13    59:6
60:15    70:10    76:16
76:16
ten-year [1]    14:22
Teresa [5]    1:5

2:20    3:3    4:2
7:2
term [2] 15:4    67:22
terminology [1]
63:4
terms [6]    44:14
48:15    48:16    66:17
80:24    81:1
terrible [1]    88:12
testified [3]    7:4
57:21    82:23
testify [3]    15:22
16:4    57:10
testifying [1]    41:16
testimony [5]    15:1
18:10    69:24    98:21
100:7
tests [1] 71:6
Texas [1]    58:13
thank [13]    4:18
6:18    14:10    77:2
81:4    85:11    86:18
93:6    98:14    98:19
98:20    99:2    99:3
themselves [2]    5:13
67:12    67:22
Therefore [1]    67:8
thereon [1]    16:21
thinking [2]    80:24
81:1
third [2] 37:17    40:3
thirty [1]    67:3
THOMAS [1]    2:4
thought [2]    27:17
97:12
thousand [1]    15:18
thousands [1]    27:3
three [11]    32:20
39:18    39:19    40:4
40:19    41:19    46:7
46:22    47:2    53:24
95:15
three-way [1]    22:4
through [17]    6:1
6:3    8:23    14:2
14:8    16:11    22:7
25:14    26:23    27:19
33:22    35:8    38:22
43:5    53:2    64:20
85:8
times [7]    39:19
63:12    64:11    65:13
68:20    88:15    97:19
titled [1]    34:9
today [5]    5:10
41:16    72:6    83:7
86:4
together [1]    24:18
tolled [1]    11:21
Tom [1] 7:16
tomorrow [3]    27:12
68:14    68:15
too [1]    36:8    57:12

took [21] 11:3    11:15
12:3    13:24    19:15
20:3    30:7    32:14
37:7    37:15    54:21
55:19    63:1    64:21
77:21    79:5    79:17
92:8    93:2    93:3
93:21
totally [2]    17:2
26:18
touch [3]    6:19
87:15    88:5
towards [3]    30:15
76:15    94:22
Tower [1]    2:18
town [1] 35:15
transcript [38]    9:18
11:17    12:5    13:1
28:6    28:7    29:11
29:14    29:15    29:22
30:21    31:2    37:16
37:20    38:7    38:20
39:5    39:7    39:9
39:15    39:17    40:9
43:17    43:23    52:22
59:17    62:10    62:15
62:16    72:15    78:22
79:9    79:16    79:23
93:23    94:2    94:2
100:6
transcripts [2]    62:17
68:1
transfer [4]    13:14
60:21    61:2    82:1
translate [1]    34:4
34:5
translated [1]    34:6
transmitted [3]    49:2
49:3    49:4
travel [1]    58:13
tried [2] 20:7    23:14
trip [1]    24:5
true [2]   16:16    100:5
Trustee [2]    2:4
2:6
Trustees [3]    7:19
7:23    8:2
try [5]    52:9    67:15
93:18    93:18    97:15
trying [1]    77:20
tuition [3]    65:2
65:10    66:1
turmoil [1]    48:3
turn [4]   32:13    46:5
65:20    67:19
turned [3]    52:14
53:6    96:1
tutor [2] 20:17    76:18
twelve [5]    16:6
42:13    59:6    70:10
73:6
twenty [1]    87:10
twenty-fifth [1]
34:19
twice [2]    39:24

two [9]
61:20    73: .
84:19    89:13
95:6
two-page [2]    72:4
72:7

-U-

U.S [2]    27:2    80:8
UCE [15]    15:10
37:7    37:17    41:21
48:12    50:14    51:21
60:21    60:24    61:6
61:8    63:1    71:10
73:11    75:23
UCE-related [1]
37:12
Um-hmm [4]    78:24
92:11    97:1    97:7
under [5]    19:11
34:10    41:17    44:16
54:6
understand [4]    14:21
54:18    55:7    60:18
Uniremhos [1]  64:19
65:2    65:3    65:9
65:12
United [4]    90:21
91:4    91:24    92:7
Universidad [9]
9:11    9:20    13:3
13:7    32:6    47:5
47:10    47:17    50:10
universities [5] 61:4
63:14    64:15    64:18
68:4
university [38]    4:7
8:10    10:4    12:17
13:17    25:11    25:14
27:6    30:5    32:5
34:13    37:20    38:20
44:9    58:11    59:13
59:16    59:18    61:23
61:24    62:14    62:18
62:20    63:19    63:21
64:22    65:20    65:23
67:14    69:10    69:10
69:18    72:17    74:14
74:21    81:18    82:2
97:4
unless [4]    30:7
35:3    52:14    54:7
unofficial [1]    28:7
29:15
unusual [2]    58:24
67:13
up [8]    10:22    32:11
39:2    66:17    67:1
68:18    82:6    95:4
upset [1]    30:22
USMLE [14]    10:15
11:7    11:10    11:13
11:16    11:20    11:23
14:16    20:1    20:18
60:10    76:19    92:4

92:9

**-V-**

verbally [1]        62:24
verification [4]    16:11
16:13    16:14    43:18
verifications [2]
42:17    43:6
verified [16]       12:21
13:6     33:19    34:23
35:18    36:14    42:20
42:22    43:5     52:5
52:5     72:15    78:7
78:22    79:16    93:22
verify [9]          9:22
20:8     32:24    36:13
38:19    39:4     43:20
55:15    77:12
verifying [2]       25:5
25:9
Vice [2] 2:13       7:12
violation [1]       14:17
visibly [1]         30:22

**-W-**

waited [1]          20:23
wall [2] 25:18      68:12
wanting [1]         65:23
warned [1]          24:11
water [1]           6:19
Wednesday [1] 1:8
week [1] 32:8
weeks [4]           20:5
20:24    32:20    99:1
welcome [3]         5:4
25:19    28:16
well-behaved [1]
58:23
whatsoever [1] 50:23
whole [5]           27:17
29:18    38:17    66:18
66:18
WILLIAM [1]  2:14
willing [1]         6:9
window [1]          95:14
windows [1]         95:16
wish [1] 30:17
withdrawn [1]  10:9
withdrew [1]        50:10
within [1]          32:14
without [1]         50:19
witness [8]         3:2
18:18    30:22    33:21
51:17    72:5     83:18
85:18
woman [9]           17:14
21:15    32:9     44:3
51:9     51:24    77:21
89:21    98:1
words [2]           82:12
98:8
worried [1]         95:6

worth [1]           15:19
writeoff [1]        27:18
writing [1]         98:24
written [1]         62:23
wrong [4]           44:3
48:8     49:1     86:13
wrote [2]           9:19
10:11

**-X-**

X [1]       3:1

**-Y-**

year [7]  17:21     38:8
43:16    44:20    47:7
47:23    59:14
years [12]          26:9
30:2     47:15    53:2
60:15    60:18    61:4
63:15    66:22    67:3
81:13    87:12
yet [5]    11:5     12:5
40:10    41:2     85:7
York [2] 19:6       40:14

**-Z-**

zero [1]  70:22

EXHIBIT "I"

## AFFIDAVIT

BEFORE ME, the undersigned authority, duly authorized to administer oaths and take

acknowledgments, personally appeared Tera Kolvenbach, as representative of

EDUCAID, who, upon first being duly sworn, deposes and says as follows:

1.  That this affidavit is based upon my knowledge as representative of EDUCAID;

2.  That EDUCAID has provided loans to Lucrecia Estevez, Social Security Number:
    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, Date of Birth: 11/23/56.  The total original principal balance of the
    loans issued during the time period January 1994 to August 1997 was $89,000.00;

3.  These monies were funded each semester in 1994, 1995, 1996 and 1997 to Ms.
    Estevez and the Universidad Central del Este, upon receipt of a certification at the
    beginning of each school year from the school, of Ms. Estevez' attendance and
    satisfactory progress.  The Universidad Central del Este issued four (4) such
    certifications to EDUCAID, one in each of the 1994, 1995, 1996 and 1997 school
    years; and

4.  If Universidad Central del Este had not provided certification of Ms. Estevez
    enrollment and eligibility for financial aid in 1994, 1995, 1996 and 1997, EDUCAID
    would not have advanced funds for her in each such school year to continue her
    medical education at the above medical school.

FURTHER AFFIANT SAYETH NOT

_____          *Tera Kolvenbach*
WITNESS                            Tera Kolvenbach, as representative of EDUCAID

Sworn to and subscribed before me this 24th day of April, 2002, by *Tera Kolvenbach*
as representative of EDUCAID, who is personally known to me or who produced a
California driver's license as identification.

                                   _____
                                   CALIFORNIA NOTARY PUBLIC

My commission expires: 4-10-04

L. ERVIN
COMM. # 1290378
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
COMM. EXP. APRIL 10, 2004

EXHIBIT "J"



República Dominicana

# *Secretaria de Estado de Salud Pública y Asistencia Social*
## HOSPITAL REGIONAL "DR. ANTONIO MUSA"
### *San Pedro de Macorís, República Dominicana*

San Pedro de Macorís, R.D.
Marzo 21, 2002

To Whom It May Concern:

It is my pleasure to recommend Lucrecia Estevez, who attended my class of Pediatrics and Nosology at Universidad Central del Este, during May-September of 1997 semester. Lucrecia Estevez No. 55538 completed her course successfully with a grade of 85. Ms. Estevez was a very good student, who demonstrated a good knowledge on this subject. She was very punctual and very conscientious.

Lucrecia had excellent traits for a medical student- future physician. She got along very well with the patients, the hospital staff as well as her classmates.

I am happy to recommend Ms. Lucrecia Estevez for any training or residency opportunity you may have. I am sure she will do the utmost to prove to be an asset in the medical field.

Sincerely,

Dr. Miguel Polnio Reyes
Medico-Pediatra
Profesor Pediatría U.C.E.
Coordinador Internado de Pediatría

# UNIVERSIDAD CENTRAL DEL ESTE
## UCE
### SAN PEDRO DE MACORIS, REP. DOM. TEL.

**TRANSCRIPCION**

FECHA: 29 DE MARZO DE 1999

MATRICULA: 055530
APELLIDOS: SUAREZ Y VERA
NOMBRES: SANDRA TERESA
FACULTAD: CIENCIAS DE LA SALUD
ESCUELA: MEDICINA
SEG. SOCIAL/CED: 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

NACIONALIDAD: AMERICANA / CUBANA
FECHA NACIMIENTO: FEMENINO
SEXO: 
INST. PROCEDENCIA: MIAMI-DADE COM. COLLEG
CLAVE ADMISION:

| <== PRIMER SEMESTRE ==> | INDICE = 74 | | | <== SEGUNDO SEMESTRE ==> | INDICE = 83 | | |
|---|---|---|---|---|---|---|---|
| CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED | CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED |
| 0101 | MATEMATICA 101 | Ene.94 | | 0201 | MATEMATICA 102 | Ene.94 | |
| 0102 | BIOLOGIA | Ene.94 | | 0202 | BIOLOGIA II | Ene.94 | |
| 0104 | QUIMICA 101 | Abr.94 | | 0204 | QUIMICA MEDICA | Dic.94 | |
| 0105 | EMBRIOLOGIA | Dic.94 | | 0205 | QUIM. INORGANICA | Ago.94 | |

| <== TERCER SEMESTRE ==> | INDICE = 73 | | | <== CUARTO SEMESTRE ==> | INDICE = 76 | | |
|---|---|---|---|---|---|---|---|
| CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED | CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED |
| 0301 | FISICA Y FILOSOFIA | Abr.94 | | 0401 | HISTORIA SOC. DOM. | Sep.94 | |
| 0302 | HISTORIA ACT. | Dic.94 | | 0402 | ANATOMIA I | Abr.95 | |
| 0303 | BIOESTADISTICA | Abr.94 | | 0403 | HISTOLOGIA GRAL. | Abr.95 | |
| 0304 | QUIMICA ORGANICA | Ago.94 | | 0404 | HISTORIA MEDICINA | Ago.95 | |
| 0305 | INV. A LA MET. INV. | | | 0405 | | Ago.95 | |

| <== QUINTO SEMESTRE ==> | INDICE = 73 | | | <== SEXTO SEMESTRE ==> | INDICE = 78 | | |
|---|---|---|---|---|---|---|---|
| CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED | CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED |
| 0501 | BIOQUIMICA | | | 0601 | BIOQUIMICA II | Dic. | |
| 0502 | FISIOLOGIA I | | | 0602 | FISIOLOGIA II | Ago. | |
| 0503 | MICROBIOLOGIA | | | 0603 | PARASITOLOGIA | Ago. | |
| 0504 | PATOLOGIA | | | 0604 | PATOLOGIA II | Ago. | |
| 0505 | MEDICINA LEGAL | | | 0605 | | Ago.98 | |

| <== SEPTIMO SEMESTRE ==> | INDICE = 73 | | | <== OCTAVO SEMESTRE ==> | INDICE = 79 | | |
|---|---|---|---|---|---|---|---|
| CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED | CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED |
| 0701 | | | | 0801 | ANAT. PATOLOGICA II | Ago. | |
| 0702 | | | | 0802 | FARMACOLOGIA | Ago. | |
| 0703 | | | | 0803 | SEMIOLOGIA | Ago. | |
| 0704 | | | | 0804 | | Ago. | |
| 0705 | | | | 0805 | EPIDEMIOLOGIA | Ago. | |
| | | | | 0806 | | Ago. | |
| | | | | 0807 | DERMA. Y VENEREO | Ago.98 | |

| <== NOVENO SEMESTRE ==> | INDICE = 80 | | | <== DECIMO SEMESTRE ==> | INDICE = 65 | | |
|---|---|---|---|---|---|---|---|
| CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED | CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED |
| 0901 | CARDIOLOGIA | Dic. | | 1001 | ANESTESIOLOGIA | | |
| 0902 | NEUMOLOGIA | Dic. | | 1002 | MEDICINA VASC. | | |
| 0903 | GASTROENTEROLOGIA | Dic. | | 1003 | COSTO | | |
| 0904 | NEFROLOGIA | Dic. | | 1004 | PEDIATRIA II | | |
| 0905 | CIRUGIA PLASTICA II | Dic. | | 1005 | | | |
| 0906 | ENDOCRINOLOGIA | | | 1006 | | | |
| | | | | 1007 | OTORRINOLARING. | | |

| <== UNDECIMO SEMESTRE ==> | INDICE = 47 | | | <== DUODECIMO SEMESTRE ==> | INDICE = | | |
|---|---|---|---|---|---|---|---|
| CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED | CODIGO | NOMBRE DE ASIGNATURA | FECHA | NOTA CRED |
| 1101 | GINECOLOGIA | | | 1201 | MED. INTERNA' RH | | |
| 1102 | | | | 1202 | CIRUGIA/RH | | |
| 1103 | | | | 1203 | GINECO-OBSTET. RH | | |
| 1104 | | | | 1204 | PEDIATRIA AMT. RH | | |
| 1105 | CLIN.PSIQUIATRICA | | | | | | |
| 1108 | MEDICINA. CLINICA | | | | | | |
| 1108 | MEDICINA. CLINICA | | | 1206 | TESIS | | |

INDICE GENERAL: 73

DESCRIPCION DE SIMBOLOS:
- AP.- APROBADA
- CC.- CONVALIDACION CONFIRMADA
- CP.- CONVALIDACION PROVISIONAL
- CU.- CURSANDO ACTUALMENTE
- RE.- REPROBADA
- NC.- NO CURSADA
- CRED.- CREDITOS DE ASIGNATURA
- CRED.- CREDITOS APROBADOS
- AUS.- AUSENTE
- CS.- CREDITOS DEL SEMESTRE
- EX.- CREDITOS ACUMULADOS

**NOTA: Para la ratificación de esta Transcripción deberá enviarse fotostática de la misma a la RECTORIA.**

NOTA(S): A).- Esta Transcripción es válida solo si lleva el sello seco de la Universidad en alto y bajo relieve y el logo impreso.
B).-

ENTREGADO 3 0 MAR 1999

NOTA GENERAL.-Con la Res. #04/92 del consejo Superior Universitario se modifica la Estructura Acadé...

DRA. TANIA ... FORERO

REGISTRO

UCE-DR-006