027606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 02-22032-CIV-HUCK/TURNOFF

FLORIDA BAR NO. 854646

LUCRECIA ESTEVEZ,

    Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.
_____/



## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME IN FILING RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

    COMES NOW the Defendant, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES (hereinafter "ECFMG"), by and through its undersigned attorneys and pursuant to Rules 7(b) and 16(b) of the Federal Rules of Civil Procedure, and Rule 7.1 of the Local Rules of the Southern District of Florida, hereby files its Motion for Enlargement of Time in Filing Response to Plaintiff's Amended Complaint, and states:

    1.    A response to Plaintiff's Amended Complaint is due to be mailed by January 31, 2003.

    2.    Although the Plaintiff filed the Amended Complaint and a Supplemental Memorandum of Law on January 13, 2003, the undersigned never received a copy of it. The undersigned's firm has several safeguard procedures in place to ensure that complaints are carefully tracked and calendared. As such, the undersigned did not learn of the Amended Complaint until January 29, 2003 when viewing on the PACER database.

    3.    Furthermore, the Amended Complaint and the Supplemental Memorandum is



CASE NO. 02-22032-CIV-HUCK/TURNOFF

voluminous, totaling 146 pages, including exhibits. Thus, in order to properly respond, the undersigned will need additional time to review all of the documents.

4. Plaintiff's counsel has been informed of the situation and has agreed and consented to a fourteen (14) day extension from January 31, 2003 to respond to the Amended Complaint. Therefore, a response will be due by February 14, 2003.

5. As such, based on the foregoing circumstances, Defendant requests that this Court enter an Order granting a fourteen (14) day extension of time from January 31, 2003, to file a response to Plaintiff's Amended Complaint by February 14, 2003.

WHEREFORE, Defendant respectfully requests that this Court grant a fourteen (14) day extension of time from January 31, 2003 to file a response to Plaintiff's Amended Complaint.

### Certification Pursuant to Local Rule 7.6

The undersigned counsel has contacted counsel for Plaintiff, who indicated he would agree to a fourteen (14) day extension from January 31, 2003 for Defendant to file a response to the Amended Complaint.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 31st day of January, 2003, to: Jerome H. Shevin, P.A., Levey, Airan, Brownstein, Shevin, et al., Attorneys for Plaintiff, Gables One Tower, Penthouse, 1320 S. Dixie Highway, Miami, Florida 33146.

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, Florida 33021
(954) 961-1400 Broward
(305) 940-4821 Dade

By: _____
Dale L. Friedman, Esquire

DLF/sm

-2-

027606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 02-22032-CIV-HUCK/TURNOFF

FLORIDA BAR NO. 854646

LUCRECIA ESTEVEZ,

    Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.

_____/

## ORDER ON DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME IN FILING RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

THIS CAUSE having come before the Court on Educational Commission for Foreign Medical Graduates' Motion for Enlargement of Time in Filing Response to Plaintiff's Amended Complaint dated January 29, 2003, and the Court being otherwise advised in the premises, it is hereby:

ORDERED AND ADJUDGED that Defendants' Motion for Enlargement of Time in Filing Response to Plaintiff's Amended Complaint is hereby granted. The Court grants a fourteen (14) day extension of time from January 31, 2003 to file a response to Plaintiff's Amended Complaint. A response will be due by February 14, 2003.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this _____ day of _____, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Jerome H. Shevin, Esq.
Dale L. Friedman, Esq.