UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

2003 FEB -3  AM 11: 37

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA- MIA

Case No. 02-22032-CIV-HUCK
MAGISTRATE JUDGE TURNOFF

ESTEVEZ, LUCRECIA,

    Plaintiff,

v.

EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL
GRADUATES,

    Defendant.
_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. Section 137, and Local Rule 3.6.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 30 day of JAN, 2003.

WILLIAM C. TURNOFF
United States Magistrate Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge Stephen T. Brown.



Copies of the Order shall be served on all pending parties of record by United States Mail.

All documents for filing in this case shall carry the following case number and designation:

02-22032-CIV-Huck/Brown

BY ORDER of the Court this 3rd day of February, 2003.

Clarence Maddox, Clerk

BY: _____
Deputy Clerk

Copies furnished to:

Honorable Paul C. Huck
Jerome H. Shevin, Esq.
A. Hinda Klein, Esq.