027606  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 02-22032-CIV-HUCK/TURNOFF

FLORIDA BAR NO. 854646

LUCRECIA ESTEVEZ,

    Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.
_____/



FILED by _____ D.C.

FEB 0 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME IN FILING RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

THIS CAUSE having come before the Court on Educational Commission for Foreign Medical Graduates' Motion for Enlargement of Time in Filing Response to Plaintiff's Amended Complaint dated January 29, 2003, and the Court being otherwise advised in the premises, it is hereby:

ORDERED AND ADJUDGED that Defendants' Motion for Enlargement of Time in Filing Response to Plaintiff's Amended Complaint is hereby granted. The Court grants a fourteen (14) day extension of time from January 31, 2003 to file a response to Plaintiff's Amended Complaint. A response will be due by February 14, 2003.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this 3rd day of _February_, 2003.

                                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Jerome H. Shevin, Esq.
Dale L. Friedman, Esq.

