027606            UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 02-22032-CIV-HUCK/BROWN

LUCRECIA ESTEVEZ,

       Plaintiff,

                             NOTICE OF UNAVAILABILITY

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

       Defendant.
_____/

       PLEASE BE ADVISED that the undersigned counsel is scheduled to have hip replacement surgery on February 24, 2003 and anticipates she will be out of the office from February 24, 2003 until April 14, 2003. Undersigned counsel hereby requests that no depositions, hearings or other matters be scheduled during this time. The undersigned also requests that no trials be set until May 24, 2003. A copy of a letter from the undersigned's doctor is attached confirming the unavailability represented above.

       We hereby certify that a true and correct copy of the foregoing was mailed this 10th day of February, 2003 to: Jerome H. Shevin, P.A., Levey, Airan, Brownstein, Shevin, et al., Attorneys for Plaintiff, Gables One Tower, Penthouse, 1320 S. Dixie Highway, Miami, Florida 33146.

                                       CONROY, SIMBERG, GANON,
                                       KREVANS & ABEL, P.A.
                                       Attorneys for Defendant
                                       3440 Hollywood Blvd., 2nd Floor
                                       Hollywood, Florida 33021
                                       (954) 961-1400; (305) 940-4821 Dade

                                       BY: _____
                                           Dale L. Friedman, Esquire
                                           Fla. Bar No. 854646