027606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 02-22032-CIV-HUCK/BROWN

FLORIDA BAR NO. 854646

LUCRECIA ESTEVEZ,

        Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

        Defendant.
_____/



### DEFENDANT'S MOTION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES

        Defendants, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, by and through the undersigned counsel, pursuant to Rules 7(b) of the Federal Rules of Civil Procedure, Local Rules 7.1 and 7.6 of the Southern District of Florida, hereby moves for a continuance of trial and all pretrial deadlines, and as grounds for this Motion state:

        1.     On January 28, 2003, this Court entered an Order setting a jury trial date for October 20, 2003, along with a Pretrial Schedule.

        2.     The undersigned will be undergoing hip replacement surgery on February 24, 2003. The expected recovery time for this type of procedure is approximately six (6) weeks. Please see note from William A. Leone, Jr., M.D. attached hereto as Exhibit A.

        3.     Although the parties will continue to diligently engage in discovery, as lead counsel, the undersigned has been actively involved in the discovery process in the defense of this action.



4. Due to the recovery time which the undersigned counsel will need after her surgery, the undersigned counsel will be limited in her level of involvement in this case for approximately six weeks. (See Exhibit B, Affidavit of Dale L. Friedman).

5. Therefore, based on the foregoing, Defendant requests that this Court enter an Order granting a ninety day continuance of trial date and pretrial deadlines.

WHEREFORE, Defendants respectfully request that this Honorable Court grant a minimum of a ninety day continuance of the trial and all pretrial deadlines.

### Certification pursuant to Local Rule 7.6

The undersigned counsel has contacted counsel for the Plaintiff, who consented to a forty-five (45) day extension.

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, Florida 33021
(954) 961-1400 Broward
(305) 940-4821 Dade
(954) 967-8577 Fax

BY: _____
Dale L. Friedman, Esquire
Fla. Bar No. 854646

Steven W. Marcus, Esquire
Fla. Bar No. 194980

CASE NO. 02-22032-CIV-HUCK/TURNOFF

### Certificate of Service

WE HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 10th day of February 2003, to: Jerome H. Shevin, P.A., Levey, Airan, Brownstein, Shevin, et al., Attorneys for Plaintiff, Gables One Tower, Penthouse, 1320 S. Dixie Highway, Miami, Florida 33146.

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, Florida 33021
(954) 961-1400 Broward
(305) 940-4821 Dade

By: /s/ Dale Friedman
Dale L. Friedman, Esquire

DLF/sm

# EXHIBIT A

## WILLIAM A. LEONE, JR., M.D., F.A.C.S.

### HIP AND KNEE RECONSTRUCTIVE SURGERY

DIPLOMATE, AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW, AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS
FELLOW, AMERICAN COLLEGE OF SURGEONS

ORTHOPAEDIC CENTER
725 NORTH FEDERAL HIGHWAY
FORT LAUDERDALE, FLORIDA 33308
TELEPHONE (954) 958-4800
FAX (954) 958-4899

January 20, 2003

RE:  Friedman, Dale

To Whom It May Concern:

Please be advised above patient will be having a Right Total Hip Replacement on February 24, 2003.

Patient will be able to return to work 6 weeks post op, but will be unable to try any cases for 3 months post op.

If any further information is required, please contact my office.

Sincerely,

William A. Leone, Jr., M.D.
WAL/llh

Holy Cross Medical Group

# EXHIBIT B

027606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 02-22032-CIV-HUCK/TURNOFF

FLORIDA BAR NO. 854646

LUCRECIA ESTEVEZ,

    Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.
_____/

## AFFIDAVIT OF DALE L. FRIEDMAN

State of Florida    )
                            ) ss:
County of Broward  )

       Before me the undersigned authority duly authorized in the State and County aforesaid to take acknowledgments, personally appeared this day Dale L. Friedman, who after being duly sworn upon her oath deposes and says:

       1.     I am an attorney at the law firm of Conroy, Simberg, Ganon, Krevans & Abel, P.A. and I have been retained by Educational Commission for Foreign Medical Graduates to represent them in this matter. I have personal knowledge of the matters set forth herein.

       2.     I am primary counsel in the suit of *LUCRECIA ESTEVEZ v. EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES*, Case No. 02-22032-CIV-HUCK/TURNOFF.

       3.     On or about January 13, 2003, I learned that I would need surgery to replace my right hip.

       4.     I am currently scheduled for this surgery on February 24, 2003.

5. My doctor has informed me that the approximate recovery time for this surgery would be eight weeks.

6. During my absence, I will be in rehabilitation and will be unable to perform work.

7. I am currently intimately involved in the defense of this case, and will be up until the date of my surgery on February 24, 2003.

8. I expect I will not be able to work full-time until approximately May of 2003.

9. For the foregoing reasons, my request for a ninety (90) day continuance of trial and pretrial deadlines is made in good faith.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DALE L. FRIEDMAN

Sworn to and subscribed before me this 10 day of February, 2003.

_____
Notary Public

My Commission Expires:

CATHY A. SEDLEY
MY COMMISSION # CC 953144
EXPIRES: Jul 4, 2004
1-800-3-NOTARY   FL Notary Service & Bonding, Inc

Cathy A. Sedley
(Print, Type or Stamp Commissioned Name of Notary Public)

Personally Known ☒ OR Produced Identification ☐
Type of Identification Produced:_____

DLF/sm

-2-