# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 02-22032-CIV-HUCK/BROWN

LUCRECIA ESTEVEZ,

        Plaintiff,

vs.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

        Defendant.

_____/



FILED by _____ D.C.

FEB 1 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S MOTION TO
## CONTINUE TRIAL AND ALL PRETRIAL DEADLINES

THIS CAUSE is before the Court on Defendant, Educational Commission For Foreign Medical Graduates' Motion to Continue Trial And All Pretrial Deadlines, filed February 12, 2003. The Court has considered the Motion, and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED. **The trial of this cause is re-set to the two week calendar commencing November 17, 2003. Calendar Call will be held Wednesday, November 12, 2003 at 8:30 a.m.** All pretrial deadlines are extended and should be recalculated using the timetable previously established, based on the new trial date.

DONE in Chambers, Miami, Florida, this February 13, 2003.

                                  Paul C. Huck
                                  United States District Judge

Copies furnished to:
Jerome H. Shevin, Esq.
Dale L. Friedman, Esq.