UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF FLORIDA
Miami Division

CASE NO.: 02-22032-CIV-HUCK/TURNOFF

LUCRECIA ESTEVEZ,

    Plaintiff

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.

_____/

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME IN FILING RESPONSE TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

COMES NOW the Plaintiff, LUCRECIA ESTEVEZ by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure hereby files its Motion for Enlargement of Time in Filing Response to Defendant's Motion to Dismiss Amended Complaint:

1.    The undersigned has been extremely busy in connection with hearings, mediations, arbitrations, depositions and on upcoming discovery deadlines.

2.    Defendant's Counsel has agreed to this Honorable Courts granting of a twenty (20) day extension within which to file its Response to Defendant's Motion to Dismiss Complaint.



WHEREFORE, Plaintiff respectfully requests that this Court grant a twenty (20) day extension of time from February 28, 2003 to file a response to Plaintiff's Amended Complaint.

### Certification Pursuant to Local Rule 7.6

The undersigned counsel has contacted counsel for Defendant, who indicated he would agree to a twenty (20) day extension from February 28, 2003 for Plaintiff to file a response to the Motion to Dismiss which will be filed on or before March 20, 2003.

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was furnished via fax and U.S. Mail this _27th_ day of February, 2003 to: Dale L. Friedman, Esquire, Conroy, Simberg, Ganon, Krevans & Abel, P.A., 3440 Hollywood Boulevard, 2nd Floor, Hollywood, Florida 33021.

Jerome H. Shevin, P.A.
Levey, Airan, Brownstein, Shevin, et al.
Attorneys for the Plaintiff
Gables One Tower, Penthouse
1320 S. Dixie Highway
Miami, Florida 33146
Telephone: (305) 661-6664

By: _____
Jerome H. Shevin
FBN: 097952