UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-22032-CIV-HUCK/TURNOFF

LUCRECIA ESTEVEZ,

        Plaintiff,

vs.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

        Defendant.
_____/



## ORDER GRANTING, IN PART, PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME IN FILING RESPONSE TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

THIS CAUSE is before the Court on Plaintiff's Motion for Enlargement of Time ...Motion to Dismiss Amended Complaint, filed March 3, 2003. The Court has considered the Motion, and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED, in part. Plaintiff shall file its response on or before March 17, 2003.

DONE in Chambers, Miami, Florida, this March 3, 2003.

Paul C. Huck
United States District Judge

Copies furnished to:
Jerome H. Shevin, Esq.
Dale L. Friedman, Esq.

