UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-22032-CIV-HUCK/TURNOFF

LUCRECIA ESTEVEZ,

        Plaintiff,

vs.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

        Defendant.
_____/



FILED by _____ D.C.

APR 11 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### NOTICE OF ORAL ARGUMENT

PLEASE TAKE NOTICE that oral argument on Defendant's Motion to Dismiss Amended Complaint will be held on **Wednesday, April 16, 2003 at 2:00 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida.

DONE in Chambers, Miami, Florida, April 11, 2003.

                                                              *Cynthia Reisman*
                                                              Deputy Clerk
                                                              United States District Court

Copies furnished via fax to:
Jerome H. Shevin, Esq. 305-661-6477
Dale L. Friedman, Esq. 954-967-8577

