

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 02-22032-CIV-HUCK/TURNOFF

LUCRECIA ESTEVEZ,

        Plaintiff

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

        Defendant.

_____/

### PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES AND FOR EQUITABLE RELIEF AGAINST DEFENDANT'S ARBITRARY AND CAPRICIOUS ACTIONS AND VIOLATIONS OF PLAINTIFFS DUE PROCESS RIGHTS AND TO SET ASIDE DEFENDANT'S DENIAL OF PLAINTIFF'S RIGHT TO TAKE THE REMAINING UNITED STATES MEDICAL LICENSING EXAMS REQUIRED SO THAT SHE CAN BECOME A PRACTICING PHYSICIAN IN THE UNITED STATES OF AMERICA

COMES NOW the Plaintiff, LUCRECIA ESTEVEZ, by and through undersigned counsel and pursuant to the Fed. R. Civ. P. 15(a), hereby files her Motion for Leave of Court to File Second Amended Complaint for Damages and for Equitable Relief, and in support thereof states:

1. On March 24, 2003, Defendant, Educational Commission for Foreign Medical Graduates, filed its Reply in Support of Motion to Dismiss Amended Complaint ("Defendant's Reply").

2. In paragraph one of Defendant's Reply, Defendant acknowledges Estevez' assertion of her United States citizenship, and that she is not merely a resident of the State of



Florida. (See ¶ 1, Defendant's Reply). Further, Defendant uses this admission by Estevez later in its Reply, in relation to whether Plaintiff can establish that the Defendant is a "state actor" under the applicable federal regulations. (See ¶ 4, Defendant's Reply).

3. Further, Defendant states that the fact of Dr. Estevez' United States citizenship, as well as allegations relating to the Defendant's principal place of business (See ¶ 1, Defendant's Reply), are appropriate facts to be plead in the complaint, and not in a related motion.

4. Moreover, in paragraph two of Defendant's Reply, Defendant alleges, among other things, that the Plaintiff "must clarify her allegations through a Second Amended Complaint before Defendant should be required to answer." (See ¶ 2, Defendant's Reply).

5. Consequently, Plaintiff seeks to file her Second Amended Complaint to include necessary facts and allegations in this case, which Defendant acknowledges should be properly plead in the Second Amended Complaint. A copy of the proposed Second Amended Complaint is attached hereto as Exhibit "A."

6. Plaintiff seeks to file her Second Amended Complaint for Damages to prove Defendant's arbitrary and capricious actions, which have violated Estevez' due process rights under the law, and also to set aside the denial of Defendant's right to take the remaining medical licensing examinations required of her under United States law, so that she may become a physician properly licensed and authorized to practice medicine in the State of Florida.

WHEREFORE, Plaintiff, LUCRECIA ESTEVEZ, respectfully requests that this Court grant Plaintiff's Motion for Leave of Court to File Second Amended Complaint for Damages and for Equitable Relief.

Respectfully Submitted,

**Jerome H. Shevin, P.A.**
Levey, Airan, Brownstein, Shevin,
  Friedman, Roen & Kelso LLP
Attorneys for the Plaintiff
Gables One Tower, Penthouse 1275
1320 S. Dixie Highway
Miami, Florida 33146
Telephone: (305) 661-6664

By: _____
Jerome H. Shevin
Fla. Bar No. 097952


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via fax and U.S. Mail this 11th day of April, 2003 to: **Dale L. Friedman, Esq.**, Attorney for Defendant, Conroy, Simberg, Ganon, Krevans & Abel, P.A., 3440 Hollywood Boulevard, 2nd Floor, Hollywood, Florida 33021.

By: _____
Jerome H. Shevin