UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-22032-CIV-HUCK/TURNOFF

LUCRECIA ESTEVEZ,

           Plaintiff,

vs.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

           Defendant.
_____/



FILED by ___ D.C.
APR 14 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## NOTICE OF ORAL ARGUMENT

PLEASE TAKE NOTICE that oral argument on Plaintiff's Motion for Leave of Court to File Second Amended Complaint and for Equitable Relief is set for **Monday, April 21, 2003 at 3:30 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida.

DONE in Chambers, Miami, Florida, April 14, 2003.

_____
Deputy Clerk
United States District Court

Copies furnished to:
Jerome H. Shevin, Esq. 305-661-6477
Dale L. Friedman, Esq. 954-967-8577

