| Daily Page | Tuesday, April 22, 2003 | Huck.OR6 |
|---|---|---|

  

**22  Tuesday**

11:00 AM  ORAL ARG. - M2D Am. Cmplt.

    02-22032-CIV
    ESTEVEZ
    V
    EDUCATION COMMISSION

FILED by _____ D.C.
APR 2 2 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

- Hearing on Oral Argument Held
- Order to Follow

Court Reporter: Patricia Sanders