UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 02-22032-CIV-HUCK/Turnoff

LUCRECIA ESTEVEZ,

        Plaintiff,

vs.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

        Defendant.
_____/



FILED by _____ D.C.

APR 2 2 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION TO AMEND
## AND DENYING MOTION TO DISMISS

    THIS CAUSE is before the Court on Defendant's Motion to Dismiss Amended Complaint . . . [DE # 5] and Plaintiff's Motion to File Second Amended Complaint . . . [DE# 24]. The Court has considered both motions, the parties' respective legal memoranda, pertinent portions of the record, and oral argument held this date. For the reasons stated in open court, it is

    ORDERED AND ADJUDGED that the motion to amend is GRANTED in part. The proposed seconded amended complaint attached to the motion is DENIED. Plaintiff shall have until May 9, 2003, to file another second amended complaint, which will be her final opportunity to state a claim against Defendant. The motion to dismiss the amended complaint is DENIED as moot.

    DONE in Chambers, Miami, Florida, this 22nd day of April, 2003.

                                              Paul C. Huck
                                              United States District Judge

Copies furnished to:
Counsel of Record

