UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-22032-CIV-HUCK/TURNOFF

LUCRECIA ESTEVEZ,

        Plaintiff,

vs.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

        Defendant.
_____/



## ORDER DENYING MOTION FOR MORE DEFINITE STATEMENT

THIS CAUSE is before the Court upon Defendant's Motion for More Definite Statement - [DE#17-2]. Defendant's Motion to Dismiss Amended Complaint having been denied, and Plaintiff's motion to amend for a second time having been granted, it is

ORDERED AND ADJUDGED that the subject motion is DENIED.

DONE in Chambers, Miami, Florida, this ___ day of April, 2003.

                      Federico A. Moreno
                      United States District Judge
                      For Paul C. Huck
                      United States District Judge

Copies furnished to:
Counsel of Record

