027606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 02-22032-CIV-HUCK/BROWN

FLORIDA BAR NO. 854646

LUCRECIA ESTEVEZ,

    Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.
_____/

## DEFENDANT'S SECOND MOTION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES

Defendant, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, by and through the undersigned counsel, pursuant to Rules 7(b) of the Federal Rules of Civil Procedure, and Local Rules 7.1 and 7.6 of the Southern District of Florida, hereby moves for a second continuance of trial and all pretrial deadlines, and as grounds for this Motion states as follows:

1.    On January 28, 2003, this Court entered an Order setting a jury trial date, along with a Pretrial Schedule. Pursuant to this Order, this case was set for trial during the two-week period commencing October 20, 2003. As the result of Defendant's prior Motion for Continuance, which was requested because the undersigned counsel, Dale Friedman, underwent a hip replacement, this action was later reset for trial during the two-week period commencing November 17, 2003.

2.    The Court has ordered Plaintiff to file a Second Amended Complaint in this action no later than May 9, 2003, and has stated that this will be Plaintiff's final opportunity to amend her complaint to state a cause of action.

3. Because Plaintiff's first two complaints did not clearly set forth a cognizable cause of action, Defendant has not been able to proceed with discovery in this action. Moreover, the pleadings are not yet closed, and the Second Amended Complaint may be the object of another motion to dismiss. Indeed, there is a reasonable likelihood that Plaintiff will be unable to state a cause of action in the Second Amended Complaint. In the interests of judicial economy, to avoid superfluous discovery in a case that may conclude at the pleadings stage, Defendant requests that this Court grant a second ninety (90) day continuance of the trial and all pretrial deadlines.

4. This continuance is requested in good faith and not for purposes of delay.

WHEREFORE, Defendants respectfully request that this Honorable Court grant a minimum of a ninety day continuance of the trial and all pretrial deadlines.

### Certification pursuant to Local Rule 7.1(A)(3)(a)

The undersigned counsel has contacted counsel for the Plaintiff, who consented to a __45__ day extension.

> CONROY, SIMBERG, GANON,
> KREVANS & ABEL, P.A.
> 3440 Hollywood Boulevard
> Second Floor
> Hollywood, Florida 33021
> (954) 961-1400 Broward
> (305) 940-4821 Dade
> (954) 967-8577 Fax
>
> BY: _/s/ Dale Friedman_
>         Dale L. Friedman, Esquire
>         Fla. Bar No. 854646
>
>         Mara Shlackman, Esquire
>         Fla. Bar No. 0988618

## Certificate of Service

WE HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this___ day of _May_ 2003, to: Jerome H. Shevin, P.A., Levey, Airan, Brownstein, Shevin, et al., Attorneys for Plaintiff, Gables One Tower, Penthouse, 1320 S. Dixie Highway, Miami, Florida 33146.

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, Florida 33021
(954) 961-1400 Broward
(305) 940-4821 Dade

By: /s/ Dale Friedman
Dale L. Friedman, Esquire