UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-22032-CIV-HUCK/BROWN

LUCRECIA ESTEVEZ,

    Plaintiff,

vs.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.
_____/



FILED by ___ D.C.
MAY 23 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S SECOND MOTION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES

THIS CAUSE is before the Court on Defendant, Educational Commission For Foreign Medical Graduates' Second Motion to Continue Trial And All Pretrial Deadlines, filed May 21, 2003. The Court has considered the Motion, and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED. **The trial of this cause is re-set to the two week calendar commencing January 26, 2004. Calendar Call will be held Wednesday, January 21, 2003 at 8:30 a.m.** All pretrial deadlines are extended and should be recalculated using the timetable previously established, based on the new trial date.

DONE in Chambers, Miami, Florida, this May 22, 2003.

                                      Paul C. Huck
                                      United States District Judge

Copies furnished to:
Jerome H. Shevin, Esq.
Dale L. Friedman, Esq.