027606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NIGHT BOX
FILED
JUN 24 2003
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 02-22032-CIV-HUCK
MAGISTRATE: Stephen T. Brown

LUCRECIA ESTEVEZ,

Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

Defendant.
_____/

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO SERVE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT, AND INCORPORATED MEMORANDUM OF LAW

COMES NOW, the Defendant, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES ("ECFMG"), by and through the undersigned counsel, files this Motion for Enlargement of Time to Serve a Reply to Plaintiff's Response to Defendant's Motion to Dismiss Second Amended Complaint, and Incorporated Memorandum of Law, stating grounds as follows:

1. On June 19, 2003, Plaintiff served its Response to Defendant's Motion to Dismiss Second Amended Complaint, and Incorporated Memorandum of Law.

2. Defendant's Reply to Plaintiff's Response is due to be served on or before Friday, June 27, 2003.

CASE NO. 02-22032-CIV-HUCK

3. The associate who has been handling the legal issues in this matter and who drafted the Motion to Dismiss has left the firm, and the legal issues including this motion have been transferred for handling to the undersigned.

4. Due in part to the resignation of this former associate, the undersigned has had an inordinately heavy work load which has rendered him unable to complete the Reply memorandum in a timely fashion. This has included the filing of an Answer Brief on June 19, 2003, in Neel v. Gilbert Southern, First District Court of Appeal, Case No.: 1D02-3695; preparation of a Reply in Support of Motion to Dismiss on June 23, 2003, in Angueira v. PRA III, Southern District of Florida Case No.: 03-21091-CIV-Ungaro-Benages; preparation a Motion to Dismiss Amended Complaint on June 24, 2003, in a copyright case, Rockwell Homes v. Ideal Homes, Inc., Middle District of Florida, Case No.: 2:01-cv-608-FtM-DNF. In addition, the undersigned has appellate briefs due in Mohammed v. Ameritrail, Ltd, Fourth District Court of Appeal, Case No.: 4D02-4286 (due June 26, 2003); CRCS v. Martinez, First District Court of Appeal, Case No.: 1D02-4610 (due June 25, 2003); and Dollar Tree v. Robinson, First District Court of Appeal, Case No.: 1 D02-4714 (due June 26, 2003).

5. Because of the foregoing, while the undersigned has been working diligently on the Reply since receiving Plaintiff's Response, he is simply unable to complete it in time to be filed on June 27, 2003.

6. Defendant is requesting an enlargement of time up to and including Thursday, July

CASE NO. 02-22032-CIV-HUCK

3, 2003, to serve its Reply.

7. Defendant has attempted to contact counsel for Plaintiff and was informed that he is out of town and cannot be reached for comment.

WHEREFORE Defendant, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, moves this Honorable Court for an enlargement of time up to and including July 3, 2003, to serve its Reply to Plaintiff's Response to Defendant's Motion to Dismiss Second Amended Complaint in the above-captioned matter.

I certify that a true and correct copy hereof has been furnished to Jerome H. Shevin, Levey, Airan, Bronstein, Shevin, Gables One Tower, Penthouse, 1320 S. Dixie Highway, Miami, FL 33146 via Facsimile and (fax # 305-661-6477) by U.S. mail on June 25, 2003.

CONROY, SIMBERG, GANON, KREVANS
& ABEL, P.A.
Attorneys for Defendant
3440 Hollywood Boulevard
Second Floor
Hollywood, Florida 33021
(954) 961-1400 Broward
(305) 940-4821 Dade
Fax No. (954) 967-8577

BY: /s/ Brian P. Knight
Dale L. Friedman, Esquire
FLORIDA BAR NO. 854646
Brian P. Knight, Esquire
FLORIDA BAR NO. 993662

BPK
1713538.WPD
03.0624

-3-