027606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 02-22032-CIV-HUCK
MAGISTRATE: Stephen T. Brown

LUCRECIA ESTEVEZ,

    Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.
_____/

FILED by _____ D.C.

JUN 2 6 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER ON DEFENDANT', EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, MOTION FOR ENLARGEMENT OF TIME TO SERVE ITS REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

THIS CAUSE having come before the Court on Educational Commission for Foreign Medical Graduates Motion for Enlargement of Time and the Court being otherwise advised in the premises, it is hereupon:

ORDERED AND ADJUDGED that Defendant's Motion for Enlargement of Time is hereby granted. Defendant shall serve its Reply to Plaintiff's Response to Defendant's Motion to Dismiss Second Amended Complaint on or before July 3, 2003.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this 25 day of June, 2003.

_____
UNITED STATES MAGISTRATE JUDGE
District

Copies furnished to:

Dale F. Friedman, Esq., Attorney for Florida Yacht Brokers Association, Inc., Conroy, Simberg, Ganon, Krevans & Abel, P.A., 3440 Hollywood Blvd., Second Floor, Hollywood, Fl 43021. Fax: (954) 967-8577.
Jerome H. Shevin, Esq., Attorney for Lucrecia Extevez, Levey, Airan, Bronstein, Shevin, Gables One Tower, Penthouse, 1320 S. Dixie Highway, Miami, FL 33146. Fax: (305) 661-6477.