027606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 02-22032-CIV-HUCK
MAGISTRATE: Stephen T. Brown

LUCRECIA ESTEVEZ,

Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

Defendant.
_____/

### DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF SECOND AMENDED COMPLAINT

COMES NOW, the Defendant, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, by and through the undersigned counsel, and pursuant to Local Rule 7.1 of the Local Rules of the Southern District Court of Florida, hereby files this Motion to Strike Plaintiff's Response to Defendant's Reply in Support of Second Amended Complaint, stating grounds as follows:

1.  Rule 7.1(C) of the Local Rules of the Southern District Court of Florida provides that a party opposing a motion can serve an opposing memorandum of law within ten days of service of the motion, and the movant within five days thereafter can serve a reply memorandum in support of the motion. The Rule further provides that "[n]o further or additional memoranda of law shall be



CASE NO. 02-22032-CIV-HUCK

filed without prior leave of Court."

2. Plaintiff did not seek prior leave of Court before filing her response to Defendant's reply memorandum, and therefore her response should be stricken as unauthorized under the Local Rules, and should not be considered by the Court.

WHEREFORE, Defendant, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, respectfully requests that this Court grant its Motion to Strike Plaintiff's Response to Defendant's Reply in Support of Second Amended Complaint.

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to Jerome H. Shevin, Levey, Airan, Bronstein, Shevin, Gables One Tower, Penthouse, 1320 S. Dixie Highway, Miami, FL 33146 (fax # 305-661-6477) by mail on July 24, 2003.

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Attorneys for Defendant
3440 Hollywood Boulevard
Second Floor
Hollywood, Florida 33021
(954) 961-1400 Broward
(305) 940-4821 Dade
Fax No. (954) 967-8577

BY: _____
Dale L. Friedman, Esquire
FLORIDA BAR NO. 854646
Mara Shlackman, Esquire
FLORIDA BAR NO. 988618

-2-