UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division



CASE NO.: 02-22032-CIV-HUCK/TURNOFF

LUCRECIA ESTEVEZ,

    Plaintiff

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.

_____/

### PLAINTIFF'S MOTION AND MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF SECOND AMENDED COMPLAINT

COMES NOW the Plaintiff, LUCRECIA ESTEVEZ, by and through undersigned counsel, hereby files her Motion and Memorandum in Response to Defendant's Motion to Strike Plaintiff's Response to Defendant's Reply in Support of Second Amended Complaint, and as support thereof states:

1. On July 3, 2003 Defendant, ECFMG served its Defendant's Reply in Support of Motion to Dismiss Second Amended Complaint, which was not properly served within the time allowed as provided by the Federal Rules of Procedure.

2. Plaintiff, LUCRECIA ESTEVEZ, served her Plaintiff's Response to Defendant's Reply in Support of Second Amended Complaint on July 22, 2003, two (2) days past the time allowed for service.



3. The undersigned was out of town from July 2, 2003 to July 9, 2003 and his assistant/paralegal was out of town from July 14, 2003 to July 21, 2003. Unfortunately, due to a clerical error, the service date for Plaintiff's Response was miscalculated.

4. We are asking that the Court find this good faith error as "excusable neglect" and that it not be held against the client. Therefore, denying Defendant's Request to Strike the Plaintiff's Response would and should be denied. In this context, the undersigned has no objection to the Court also granting leave of court to Defendant, who also filed its Reply in Support of Motion to Dismiss Second Amended Complaint three (3) days late. (See supporting Affidavit of the undersigned also attached hereto as Exhibit "A")

WHEREFORE, Plaintiff, LUCRECIA ESTEVEZ, respectfully requests that this Court grant Plaintiff's Motion to Deny the Defendant's Motion to Strike Plaintiff's Response to Defendant's Reply in Support of Second Amended Complaint

Respectfully Submitted,

Jerome H. Shevin, P.A.
Levey, Airan, Brownstein, Shevin,
Friedman, Roen & Kelso LLP
Attorneys for the Plaintiff
Gables One Tower, Penthouse 1275

1320 S. Dixie Highway  
Miami, Florida 33146  
Telephone: (305) 661-6664  

By: /s/ Jerome H. Shevin  
Jerome H. Shevin  
Fla. Bar No. 097952

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via fax and U.S. Mail this 30th day of July, 2003 to: **Dale L. Friedman, Esq.**, Attorney for Defendant, Conroy, Simberg, Ganon, Krevans & Abel, P.A., 3440 Hollywood Boulevard, 2nd Floor, Hollywood, Florida 33021.

By: /s/ Jerome H. Shevin  
Jerome H. Shevin

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, came and after being duly sworn says:

1. My name is Jerome H. Shevin, Esq.

2. I am an attorney licensed to practice in the State of Florida. My office address is 1320 South Dixie Highway, Penthouse 1275, Miami, Florida 33146.

3. I have personal knowledge of all matters contained within this affidavit.

4. I am the attorney representing Lucrecia Estevez, Plaintiff in the case of Lucrecia Estevez vs. E.C.F.M.G., U.S.D.C. Case Number 02-22032-CIV-HUCK.

5. I was out of town from July 2, 2003 to July 9, 2003..

6. Also, the undersigned's assistant/paralegal was out of town from July 14, 2003 to July 21, 2003.

7. Plaintiff's Response to Defendant's Reply in Support of Second Amended Complaint was to be served by no later than July 18, 2003 after service of Defendant's Reply in Support of Motion to Dismiss Second Amended Complaint, served on July 22, 2003, but was miscalculated and served on July 22, 2003 (2 days late).

8. The above was an honest error and the undersigned respectfully requests that the Court consider same to be excusable neglect. In this context, the Defendant's Reply in Support of its Motion to Dismiss Second Amended Complaint was also served late; said pleading was to be served by no later than June 30, 2003 and was actually served on July 3, 2003.

9. The above facts are true and accurate to the best of my ability.

_____
JEROME H. SHEVIN

The foregoing instrument was acknowledged before me this 30th day of July, 2003, by JEROME H. SHEVIN, ESQUIRE who is personally known to me or who had produced _____ _____ as identification and who did/did not take an oath.

_____
Notary Public-State of Florida

OFFICIAL NOTARY SEAL
ISOLINA P LLABRE
COMMISSION NUMBER
DD090818
MY COMMISSION EXPIRES
MAR. 28, 2006

Isolina Llabre
(Name of acknowledger Typed, Printed or Stamped)

MY COMMISSION EXPIRES: