UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF FLORIDA
Miami Division

CASE NO.: 02-22032-CIV-HUCK/TURNOFF

LUCRECIA ESTEVEZ,

    Plaintiff

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.
_____/

## NOTICE OF VACATION

YOU ARE NOTIFIED that the undersigned counsel will be on vacation between Monday, August 25, 2003 and Wednesday, September 3, 2003. Therefore, all hearings, depositions, etc. should be scheduled before or after the above referenced dates.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was furnished via U.S. mail this ___ day of September, 2003 to: Dale L. Friedman, Esquire, Conroy, Simberg, Ganon, Krevans & Abel, P.A., 3440 Hollywood Boulevard, 2nd Floor, Hollywood, Florida 33021.

Jerome H. Shevin, P.A.
Attorney for Defendant
Gables One Tower, Penthouse
1320 S. Dixie Highway
Miami, Florida 33146
Telephone: (305) 661-6664