UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

SEP 0 5 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

CASE NO.: 02-22032-CIV-HUCK/BROWN

LUCRECIA ESTEVEZ,

Plaintiff,

vs.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL

THIS CAUSE is before the Court on Defendant, Educational Commission For Foreign Medical Graduates' Motion for Continuance of Trial, filed September 3, 2003. The Court has considered the Motion, and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED. **The trial of this cause is re-set to the two week calendar commencing March 22, 2004. Calendar Call will be held Wednesday, March 17, 2004 at 8:30 a.m.** All pretrial deadlines are extended and should be recalculated using the timetable previously established, based on the new trial date.

DONE in Chambers, Miami, Florida, this 4 day of September, 2003.

Paul C. Huck
United States District Judge

Copies furnished to:
Jerome H. Shevin, Esq.
Dale L. Friedman, Esq.

