027606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA\

MIAMI DIVISION

CIVIL ACTION NO. 02-22032-CIV-HUCK

LUCRECIA ESTEVEZ,

    Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.

_____/

## NOTICE OF CHANGE OF ATTORNEY

The Defendant hereby notifies the Court and the parties that Steven W. Marcus has left the undersigned law firm and is no longer serving as counsel for this Defendant. It is requested that all future pleadings, discovery, orders, correspondence and other papers be served on **EDWARD S. POLK, ESQ.**, in place of Mr. Marcus.

WE HEREBY CERTIFY that a true copy hereof has been furnished to Jerome H. Shevin, Esq., Levey, Airan, Bronstein, Shevin, Gables One Tower, Penthouse, 1320 S. Dixie Highway, Miami, FL 33146 by mail on September 11, 2003.

CIVIL ACTION NO. 02-22032-CIV-HUCK

CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Attorneys for Defendant
Venture Corporate Center I
Second Floor
3440 Hollywood Blvd.
Hollywood, Florida 33021
(954) 961-1400 (Broward)
(305) 940-4821 (Dade)
(954) 967-8577 (Fax)

By: _____
    Edward S. Polk
    Florida Bar No. 239860

18X4563.WPD
03.0911

-2-